# EXHIBIT B-1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00336-JMS-MJD |
| WILLIAM P. BARR, ET AL, | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1.     I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region.  I have held this position since October 2016.  I have been employed by the BOP since 1994.

2.     The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.     The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences.  See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26.  The BOP undertakes its role in accordance with the BOP Execution Protocol, see Ex. A-1, unless the Director or his designee determines that deviation is required.  Wesley Ira Purkey is a condemned inmate whose execution is scheduled to occur on July 15, 2020,[1] at the

---

[1] On July 2, 2020, in *Purkey v. United States*, No. 19-3318, the United States Court of Appeals for the Seventh Circuit temporarily stayed Mr. Purkey's July 15, 2020, date of execution pending issuance of that court's mandate in that case or as specified in any subsequent order of that court.

United States Penitentiary at Terre Haute, Indiana (USP Terre Haute).

4.      I am aware that Plaintiff, Reverend Dale Hartkemeyer (AKA Seigen), has been designated by Mr. Purkey as Mr. Purkey's spiritual advisor for purposes of the execution on July 15, 2020. 28 C.F.R. § 26.4(c)(3)(i).  Mr. Purkey has requested Rev. Hartkemeyer's presence before, during, and after the execution itself.  See Ex. A-2 (BOP letter to Mr. Purkey dated July 6, 2020).

5.      I am aware that in the above referenced lawsuit, Rev. Hartkemeyer alleges that because of his age and health conditions and because of the number of BOP staff members, media, and visitors that are expected to be present at the execution, he would be subject to an unacceptably high risk of exposure to COVID-19 if he chooses to visit Mr. Purkey and attend his execution as compelled by his religious obligation.

6.      However, despite the large number of individuals expected to be present at Mr. Purkey's execution, Rev. Hartkemeyer will have very limited interactions with the vast majority of them.  There are also numerous mitigation measures in place to avoid the spread of COVID-19 to Rev. Hartkemeyer.

7.      The Terre Haute Federal Correction Complex (FCC Terre Haute) consists of USP Terre Haute, as well as a Federal Correctional Institution (FCI Terre Haute) and a prison camp. Mr. Purkey is housed at USP Terre Haute's Special Confinement Unit (SCU).  There have been zero cases of COVID-19 in the SCU, with two inmates having been tested. Staff at FCC Terre Haute are required to pass a temperature check and symptom screening daily before being allowed on the grounds of FCC Terre Haute.  As of July 2, 2020, ninety two staff members at FCC Terre Haute have been tested for COVID-19.  Of those, one staff member at the FCI previously tested positive but has recovered.  At the USP, no staff members have tested positive for COVID-19.  No FCC staff members are currently positive

2

for COVID-19.  As for the inmate population, 264 USP inmates have completed tests.  Four

USP inmates are currently positive for COVID-19.  Tests have been conducted on 141 FCI

inmates; one FCI inmate is currently positive.  *See* https://www.bop.gov/coronavirus/.  All

BOP staff are required to wear face masks. BOP has no plans to conduct COVID testing

on individuals involved in the execution in advance of the execution.  FCC Terre Haute

will continue its screening procedures.

8.      If Rev. Hartkemeyer chooses to visit Mr. Purkey in the days prior to the execution, that

visitation will occur in the SCU.  I understand that Rev. Hartkemeyer will need to drive

approximately 60 miles from his home to FCC Terre Haute.  Upon his arrival at FCC Terre

Haute, he will be given the opportunity to utilize Personal Protective Equipment ("PPE"),

in the form of a surgical face mask, gloves, a gown, and a plastic face shield.  He will be

escorted through security by BOP staff wearing face masks to a SCU visiting room only

utilized by visitors of SCU inmates.  The visiting room allows non-contact visitation—*i.e.*,

the inmate is separated from his visitor by a partition—and is sanitized after each use.  Once

inside the USP, Rev. Hartkemeyer will also be given access to hand sanitizer and a

restroom with a sink and hand soap.

9.      During any such visit, Rev. Hartkemeyer will have no interaction with any other inmates

housed at SCU or elsewhere.  Additionally, Rev. Hartkemeyer will have no interaction

with other visitors or members of the public at the SCU because regular visitation remains

suspended due to COVID-19.  If the other inmates scheduled for execution also have

visitors, such visits will take place in separate areas.

10.     If Rev. Hartkemeyer chooses to attend the execution, his interaction with BOP staff and

other individuals will be limited.  He will not have direct interaction with, nor be near, the

vast majority of individuals expected to be present for Mr. Purkey's execution.  His only

possible interaction with members of the public may be with Mr. Purkey's legal team, who, like other witnesses, will be provided PPE if they desire.

11.     As to Plaintiff's interaction with BOP employees, while the execution team consists of approximately 40 BOP staff members, the vast majority of them have assignments in areas other than the rooms in which Rev. Hartkemeyer will be located.   Similarly, while approximately 100 BOP staff members and approximately 50 members of specialized teams will have various roles in the overall security of FCC Terre Haute, their duties will not cause them to have any interaction with Rev. Hartkemeyer.  Rev. Hartkemeyer will only have interactions with those security officers in the specific areas in which he needs to be.   Furthermore, Rev. Hartkeymeyer should have no interaction with the victim's witnesses, media, or demonstrators, as those groups are separated from each other by design.  See Ex. A-1 at 23, 26-27.

12.     On the day of his execution, Mr. Purkey will be taken from the SCU to the execution facility, which is a separate facility from USP Terre Haute.  Rev. Hartkemeyer will be given the opportunity to visit Mr. Purkey at the execution facility.  In order to do so, he will again be met at a designated area and will be given the opportunity to utilize PPE in the form of a surgical face mask, gloves, a gown, and a plastic face shield.  He will then be subject to a brief escort to the execution facility where he will be met by a BOP employee who will then escort him throughout the execution facility grounds.  That BOP security escort will wear an N-95 face mask, a face shield, and gloves while in close proximity with Rev. Hartkemeyer.[2]

13.     At the execution facility, Rev. Hartkemeyer's visit will again be non-contact. The

---

[2] BOP cannot supply Rev. Hartkemeyer with an N-95 mask because in order for such a mask to be effective, Rev. Hartkemeyer must be clean shaven and undergo fit testing.

4

equipment and surfaces in the area of the visit will be disinfected prior to use.  At the conclusion of the visit, Rev. Hartkemeyer will be escorted away from the visiting area of execution facility.

14.    For the actual execution, Rev. Hartkemeyer's BOP security escort will take him to a room adjacent to the execution room.   Shortly prior to curtains opening, his BOP security escort will lead him into the execution room itself for a brief non-contact visit with Mr. Purkey. Rev. Hartkemeyer will then be permitted to remain in the execution room with the assigned BOP security escort during the execution procedure.  See Ex. A-2.  In addition to Mr. Purkey, Rev. Hartkemeyer, and his security escort, the only other individuals who will be present in the execution room are a United States Marshals' representative and a BOP official—both of whom will be at a social distance from Rev. Hartkemeyer.

15.    At the conclusion of the execution, Rev. Hartkemeyer will be given brief access to Mr. Purkey's body and then escorted away from FCC Terre Haute and back to his vehicle.


I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 6th day of July, 2020.

*Rick Winter (JC)*

Rick Winter
Federal Bureau of Prisons