# EXHIBIT D-1

# Howland, Sarah (NYC)

**From:** Cassandra Stubbs <cstubbs@aclu.org>
**Sent:** Thursday, November 12, 2020 2:38 PM
**To:** Jennifer Merrigan; Delmore, Alycia (SEA); Burgoyne, Robert (WDC); Burgoyne, Robert (WDC); Howland, Sarah (NYC); Hillier, Thomas W. (SEA)
**Subject:** FW: inmate FCI Terre Haute

---

**From:** Andrea Woods
**Sent:** Thursday, November 12, 2020 1:21 PM
**To:** Cassandra Stubbs <cstubbs@aclu.org>
**Subject:** FW: inmate FCI Terre Haute

---

**From:** Danielle Rieger <daniellerieger14@gmail.com>
**Sent:** Wednesday, November 4, 2020 5:10 PM
**To:** Katie Schwartzmann <kschwartzmann@laaclu.org>; Bruce Hamilton <BHamilton@laaclu.org>; david.luger@katten.com; hannah.koesterer@katten.com; ryan.meyer@katten.com; Andrea Woods <awoods@aclu.org>
**Subject:** inmate FCI Terre Haute

My name is Brandon Holm #19005030 I am 24 about to be 25 years old inmate at FCI Terre Haute IN in c-dorm. I am currently serving a 60-month sentence for carrying a firearm in relation to a drug trafficking crime. I have tested negative 8 times for covid-19. I have anxiety and take escitalopram oxalate once a day. I have also had open-heart surgery. our unit c-dorm just came off a 60-day quarantine lockdown because of a severe and deadly covid-19 outbreak. Over 70% of the population in c-dorm has tested positive for covid-19. Tim Hocutt was the first inmate to die in our unit from covid-19 9/14/2020 Mr. Hocutt was found dead in c-dorms communal restroom. Two hours prior to his death he complained to our unit officer and medical staff that he could not breathe. he tested positive for covid-19 just two hours before he died and was denied adequate medical care resulting in his death. for over two weeks in October, our water was contaminated. our phone and email privileges were revoked for over 60 days during our quarantine lockdown. We were not allowed to communicate with our family. inmates who tested positive that had a cellie that tested negative were put back in the cell with the negative tested cellie. If inmates in the S.H.U. requested Tylenol then their stay was extended for 7 more days. No responses on administrative remedies. refusing inmates adequate medical care. Improper P.P.E. Impossible to social distance being confined in a close-quarters environment violates C.D.C. guidelines that combined with Barbarric conditions and an uncontrolled covid-19 outbreak in c-dorm. violates the prohibition of the 8th amendment to be free from cruel and unusual punishment. Covid-19 is materially affecting operations at this facility. one inmate was maced on October 8th at about 1:45 am for having a spray bottle to sanitize the bathroom before he used it. we face a grave-risk that is unbearable and unconstitutional. Due to the unlawful and unconstitutional confinement, I am seeking immediate release and compensation.