# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

_____
                                    )
PATRICK R. SMITH and BRANDON S. HOLM, )
individually and on behalf of all others similarly )
situated,                           )
                                    )
    Plaintiffs,                    )
                                    )
v.                                  )  No. 2:20-cv-630- JMS-DLP
                                    )
                                    )
WILLIAM P. BARR, in his official capacity as the )
Attorney General of the United States; MICHAEL )
CARVAJAL, in his official capacity as the Director )
of the Federal Bureau of Prisons; and T. J. WATSON, in )
his official capacity as Complex Warden for the Terre )
Haute Federal Correctional Complex, )
                                    )
    Defendants.                    )
_____)

## **DECLARATION OF CASSANDRA STUBBS**

I, Cassandra Stubbs, declare as follows under penalty of perjury that the following statement is true and correct:

1. I am an attorney and the Project Director of the ACLU's Capital Punishment Project.

2. From June through September, I tracked information reported on the Federal Bureau of Prison's (the "BOP's") website regarding infections of COVID-19. *See* Federal Bureau of Prisons, COVID-19 Coronavirus, https://www.bop.gov/coronavirus/.

3. The BOP coronavirus website provides information on individual facilities in subareas of the website. In the first section, "COVID-19 cases," the BOP reports active COVID-19 infections, reporting by facility: "inmates positive;" "staff positive;" "inmate

deaths;" "staff deaths;" "inmates recovered;" "staff recovered." In the second section, "COVID-19 Inmate Test Information," BOP reports what appear to be the cumulative number of prisoner tests by facility (reporting "completed tests," "pending tests," and "total positive tests").

4. The BOP reports the statistics separately for the two facilities within FCC Terre Haute: USP Terre Haute and FCI Terre Haute.

5. The following chart is a summary of data I tracked by date of the "COVID-19 cases," or active infections as reported on those dates at the BOP website:

| Date | USP Inmates Positive | FCI Inmates Positive | Total |
|---|---|---|---|
| 18-Jun | 3 | 0 | 3 |
| 31-Jul | 0 | 0 | 0 |
| 4-Aug | 0 | 0 | 0 |
| 17-Aug | 3 | 0 | 3 |
| 31-Aug | 57 | 45 | 102 |
| 2-Sep | 70 | 48 | 118 |
| 18-Sep | 14 | 45 | 59 |

6. I am counsel of record in the *ACLU v. BOP*, 1:20-cv-2330-RBW, a FOIA lawsuit pending in the District of Columbia seeking to compel compliance with a FOIA request I submitted to the BOP on August 6, 20202 for information about COVID testing, contact tracing, and costs associated with the federal executions conducted at FCC Terre Haute.

7. The BOP has provided responses to this FOIA request in four separate productions to date: (1) September 18, 2020; (2) October 16, 2020; (3) October 22, 2020; and (4) November 13, 2020.

8. I have attached true and correct copies of excerpts of the BOP's responses, including responses regarding contact tracing efforts of BOP at FCC Terre Haute. The

redactions shown in the excerpts were made by the Government prior to their production of the records.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2020

By: /s/Cassandra Stubbs<br>Cassandra Stubbs