UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and<br>BRANDON S. HOLM, individually and<br>on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>WILLIAM P. BARR, in his official<br>capacity as the Attorney General of the<br>United States, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Cause No. 2:20-cv-00630-JMS-DLP<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' LIST OF EXHIBITS FOR DECEMBER 8, 2020
PRELIMINARY INJUNCTION HEARING**

Pursuant to the Court's December 3, 2020 Entry Setting Hearing [Dkt 25], defendants hereby submit their list of exhibits for the December 8, 2020 Hearing on Plaintiffs' Motion for Preliminary Injunction:

1. Declaration of T. J. Watson (Dec. 4, 2020) (with Attachments 1 and 2) [Dkt 28-1];

2. Declaration of Kevin Pistro (June 24, 2020) [Dkt 28-2].

Dated: Dec. 7, 2020

Respectfully submitted,

JOHN C. CHILDRESS
Acting United States Attorney

SHELESE WOODS
Assistant United States Attorney

BRIGHAM J. BOWEN
Assistant Director

   */s/ Lisa A. Olson*
LISA A. OLSON
JORDAN L. VON BOKERN

                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street, N.W.
                                                Washington, DC 20001
                                                (202) 514-5633
                                                Lisa.olson@usdoj.gov
                                                Jordan.L.Von.Bokern2@usdoj.gov

                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, the foregoing was filed electronically through ECF/CM.  On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

/s/ Lisa A. Olson
Lisa A. Olson.
Senior Trial Counsel