# EXHIBIT 1

# EXHIBIT F-1

FCC THY



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to Dr. (b)(6); (b)(7)(C) @bop.gov) and (b)(6); (b)(7)(C) @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | FCI (b)(6); (b)(7)(C) |
| Employee Department: | (b)(6); (b)(7)(C) |
| Last Day of Work: | July 8, 2020 until 10:30 ish. |
| First Day of Symptoms: | July 8, 2020 that evening (b)(6); (b)(7)(C) |
| Test Date: | July 8, 2020 |
| Test Confirmed Date: | July 11, 2020 |
| Test Report Date: | July 11, 2020 (b)(6); (b)(7)(C) |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | |
| *Number of known staff contacts: | ? "A lot, I made rounds on north side, SHU (b)(6); (b)(7)(C) |
| *Staff notified and given the priority testing memo? | |
| *Number of known inmate contacts: | ? Alot |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | No |
| *Were staff wearing facial covering or PPE during potential exposure window? | Wore mask while speaking with inmates, but not with staff in SHU & SCU. |

*Needed for CI

Version 2.0 Updated 7.21.2020

Sensitive But Unclassified

 **Contact Investigation**

**From:** (b)(6); (b)(7)(C)
**To:** 
**Date:** 8/15/2020 7:30 PM
**Subject:** Contact Investigation
**BC:** (b)(6); (b)(7)(C)

The following staff were identified to not have a mask on or not wearing it properly around Officer (b)(6), (b)(7)(C)

- (b)(6); (b)(7)(C) (Correctional Services)
- (b)(6); (b)(7)(C) (Health Services)
- (b)(6); (b)(7)(C) (Correctional Services)
- (b)(6); (b)(7)(C) (Correctional Services)
- (b)(6); (b)(7)(C) (Facilities)
- (b)(6); (b)(7)(C) (Correctional Services) (b)(6); (b)(7)(C)
- (b)(6); (b)(7)(C) (Correctional Services)
- (b)(6); (b)(7)(C) (Correctional Services) (b)(6); (b)(7)(C)
- (b)(6); (b)(7)(C) (Correctional Services) (b)(6); (b)(7)(C)

The following staff were identified to not have a mask on or not wearing it properly around Officer (b)(6); (b)(7)(C)

- (b)(6); (b)(7)(C) (Correctional Services)

Federal Bureau of Prisons — Contact Investigation for COVID-19 Illness

### 5. Ask about the risk factors:

| Please answer the following questions: | When and Where? |
|---|---|
| Are you living with someone diagnosed with COVID-19? | |
| Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| Are you part of a carpool to work or use public transit? | |

*(b)(6); (b)(7)(C) redaction at left of question block)*

### 6. If symptoms began prior to arrival at facility: (not applicable to staff)
a. Where were you living? NA
b. Who were you living with? NA

### 7. Please describe your previous day-to-day activities at this facility [(b)(6); (b)(7)(C)] USP — Works 2-10 PM

| Time of Day | Daily Activities |
|---|---|
| Morning | |
| Mid-Day | |
| Afternoon | Not doing a whole lot, get count slips [(b)(6);(b)(7)(C)] trash @ 7PM |
| Evening | Trash 7 - 8:30 PM   Spends down time in break room |

Margin note: csnt [wasn't] wear mask [in] break room r was cially ristanced

### 8. Ask: Has this been your pattern during the period since 9/14/20 (2 days before symptom onset), or has the way you spend your time changed in any way?

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| Sunday | | Activity hasn't changed. Days off were Friday/Sat. Worked Sunday. Called in Monday morning. |

### 9. Staff only: Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

Sunday break room; [(b)(6); (b)(7)(C)] - not in break room. break room. Can't remember who

### 9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

(large X through Where? column)

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

FCC THY



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to (b)(6); (b)(7)(C) @bop.gov) and (b)(6); (b)(7)(C) @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | USP & FCI |
| Employee Department: | C/O |
| Last Day of Work: | 7/26/20 |
| First Day of Symptoms: | 7/24/20 (bad)   7/25/20 |
| Test Date: | 7/27/20 |
| Test Confirmed Date: | 7/31/20 |
| Test Report Date: | 7/31/20 VCBH (b)(6); (b)(7)(C) |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | See below. |
| *Number of known staff contacts: | Six was all she could recall. Names were given to command center. |
| *Staff notified and given the priority testing memo? | Staff were notified. |
| *Number of known inmate contacts: | (b)(6); (b)(7)(C)  helping (b)(6);(b)(7) unit |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | (b)(6);(b)(7)(C) is on quarantine during count (b)(6);(b)(7)(C) Unit at FCI was locked down by exe. staff due to (b)(6); (b)(7)(C) working that unit. |
| *Were staff wearing facial covering or PPE during potential exposure window? | (b)(6); (b)(7)(C) Everyone pretty much had masks except in offices station |
| *Needed for CI | Temps and symptom checks completed in (b)(6); (b)(7)(C) on 7/31/20 |

Version 2.0 Updated 7.21.2020   Sensitive But Unclassified

Federal Bureau of Prisons — Contact Investigation for COVID-19 Illness

### 5. Ask about the risk factors:

| Please answer the following questions: | When and Where? |
|---|---|
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) |
| Are you living with someone diagnosed with COVID-19? | |
| Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| Are you part of a carpool to work or use public transit? | |

### 6. If symptoms began prior to arrival at facility: (not applicable to staff)
a. Where were you living?
b. Who were you living with?

### 7. Please describe your previous day-to-day activities at this facility:

| Time of Day | Daily Activities |
|---|---|
| Morning | See back page |
| Mid-Day | |
| Afternoon | |
| Evening | |

### 8. Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | ✓ | On Thurs. went to (b)(6); (b)(7)(C) went home @ ate @ home. Felt fine, then felt bad on Friday went to work leaving Friday |

Margin notes: "Went to OM to get food. Thurs or Friday. No one in OM."

### 9. Staff only: Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

(b)(6); (b)(7)(C) — in office (No masks) (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) — not sure about masks. had mask.

### 9. Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

(b)(6); (b)(7)(C) — Mon. Tue.

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

**(b)(6); (b)(7)(C)** **Here are the list of names** (b)(6);(b)(7)(C) **said he was around at work. Not sure if they had masks on or not.**

From: (b)(6); (b)(7)(C)
To:
Date: 7/21/2020 10:53 AM
Subject: Here are the list of names (b)(6);(b)(7)(C) said he was around at work. Not sure if they had masks on or not.
CC: (b)(6); (b)(7)(C)
BC:

Here are the list of names (b)(6);(b)(7)(C) said he was around at work. Not sure if they had masks on or not. These are the only names he gave to me.



Said he went to the OM on Thursday or Friday, but there were no staff in there.

(b)(6); (b)(7)(C)

RN IDC
FCC Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802-0033
Phone: 812-244-(b)(6);(b)(7)(C)
Fax: 812-238-4773
Email (b)(6);(b)(7)(C) @bop.gov

FCC THY



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to (b)(6); (b)(6); (b)(7)(C) @bop.gov) and (b)(6); (b)(7)(C) @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

He is trying to get results. Will send to me.

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | THA-FCI |
| Employee Department: | (b)(6); (b)(7)(C) day shift officer |
| Last Day of Work: | 7/17/20 |
| First Day of Symptoms: | 7/17/20 Felt okay when he came to work. About noon, he started not feeling well. Sat (b)(6); (b)(7)(C) |
| Test Date: | 7/18/20 |
| Test Confirmed Date: | 7/21/20 |
| Test Report Date: | 7/21/20 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | Only (b)(6); (b)(7)(C) |
| *Number of known staff contacts: | "6" |
| *Staff notified and given the priority testing memo? | Yes, given memo, not sure.. |
| *Number of known inmate contacts: | 120 inmates approx |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | (b)(6); (b)(7)(C) on quarantined |
| *Were staff wearing facial covering or PPE during potential exposure window? | Was wearing inside the unit around inmates. |

*Needed for CI   (+) 7/21/20, pending next text results.

Version 2.0 Updated 7.21.2020        **Sensitive But Unclassified**

8/3/20   (b)(6); (b)(7)(C)        Much improvement   (b)(6); (b)(7)(C)

Federal Bureau of Prisons — Contact Investigation for COVID-19 Illness

**5. Ask about the risk factors:**

| | Please answer the following questions: | When and Where? |
|---|---|---|
| (b)(6); (b)(7)(C) | Are you living with someone diagnosed with COVID-19? | |
| | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| | Are you part of a carpool to work or use public transit? | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**
a. Where were you living?  ✗
b. Who were you living with?  ✗

**7. Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities | |
|---|---|---|
| Morning | Works evenings | (b)(6); (b)(7)(C) |
| Mid-Day | | |
| Afternoon | Normal routine, Rds, pass food trays, count | |
| Evening | ↓ | ↓ |

**8.** Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | ✓ | (b)(6); (b)(7)(C) |

[Handwritten margin note: "Was wearing a mask"]

(b)(6); (b)(7)(C)

**9.** Staff only: Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?
(b)(6); (b)(7)(C)  Just work to home to work

**9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

(b)(6); (b)(7)(C)

FCC THY



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to (b)(6); (b)(7)(C) @bop.gov) and (b)(6); (b)(7)(C) @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | USP ¿ FCI |
| Employee Department: | C/O |
| Last Day of Work: | 7/26/20 |
| First Day of Symptoms: | 7/24/20 (bad)   7/25/20 |
| Test Date: | 7/27/20 |
| Test Confirmed Date: | 7/31/20 |
| Test Report Date: | 7/31/20 VCBH (b)(6); (b)(7)(C) |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | See below. |
| *Number of known staff contacts: | Six was all she could recall. Names were given to command center. |
| *Staff notified and given the priority testing memo? | Staff were notified. |
| *Number of known inmate contacts: | (b)(6); (b)(7)(C)  helping (b)(6);(b)(7) unit during count. |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | (b)(6); (b)(7)(C) is on Quarantine. (b)(6); (b)(7)(C) Unit at FCI was locked down by exe. staff due to (b)(6); (b)(7)(C) working that unit. |
| *Were staff wearing facial covering or PPE during potential exposure window? | (b)(6); (b)(7)(C) Every one pretty much had masks except in offices station |
| *Needed for CI | Temps and symptom checks completed in (b)(6); (b)(7)(C) on 7/31/20 |

Version 2.0 Updated 7.21.2020   Sensitive But Unclassified