UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

PATRICK R. SMITH and )
BRANDON S. HOLM, individually and )
on behalf of all others similarly situated, )
)
        Plaintiffs, )
)
    v. )      Cause No. 2:20-cv-00630-JMS-DLP
)
WILLIAM P. BARR, in his official )
capacity as the Attorney General of the )
United States, *et al.*, )
)
        Defendants. )

## ORDER

      This matter is before the Court on the Defendants' motion to stay discovery pending

Defendants' filing and this Court's ruling on the Defendants' motion to dismiss.

      Whereupon the Court, being duly advised, now finds that the motion should be, and

hereby is GRANTED.

      IT IS THEREFORE ORDERED that this matter is STAYED pending further order of

this Court.

Dated: _____      _____
                                    JUDGE
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF INDIANA

Copies to:

All ECF-registered counsel of record via email generated by the Court's ECF system