UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-cv-00630-JMS-DLP |
| ) | |
| WILLIAM P. BARR, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Granting Motion for Expedited Discovery and Denying Motion to Stay Discovery**

The plaintiffs' motion for leave to take limited expedited discovery, dkt. [40], is **granted** to the extent that the defendants' shall have **through December 15, 2020**, to respond to the plaintiffs' discovery requests. Given the time-sensitive nature of the plaintiffs' claims and the possibility that the plaintiffs will file another motion for preliminary injunction in the near future, there is good cause for expedited discovery.

The defendants' motion to stay discovery, dkt. [42], is **denied**.

The order directing the plaintiffs to respond to the defendants' motion to stay discovery, dkt. [44], is **vacated**.

**IT IS SO ORDERED.**

Date: 12/10/2020

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov