# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN,[1] in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex,<br><br>  Defendants. | No. 2:20-cv-630-JMS-DLP |

## PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65 and S.D. Ind. L.R. 65-2, plaintiffs Patrick R. Smith and Brandon S. Holm ("Plaintiffs"), individually and on behalf of a putative class of all others similarly situated, specifically, all people who are currently incarcerated at the Terre Haute Federal Correctional Complex ("FCC Terre Haute"), hereby move for a preliminary injunction that postpones all executions at FCC Terre Haute until Defendants can demonstrate that the executions do not create a substantial risk that Plaintiffs and other inmates will contract COVID-19. Specifically, Defendants should be required to demonstrate that an adequate number of inmates have received an effective vaccine or that Defendants have modified the execution logistics to significantly reduce the risk of spreading COVID-19 at FCC Terre Haute.

As set forth in the accompanying memorandum of law and demonstrated in the supporting declarations, Plaintiffs are likely to succeed on the merits in this case and will suffer irreparable

---

[1] Substituted for former Attorney General William P. Barr pursuant to Fed. R. Civ. P. 25(d).

harm in the absence of a temporary restraining order and preliminary injunction.  The balance of harms weighs in Plaintiffs' favor, and the public interest favors a preliminary injunction temporarily prohibiting the executions and the public health risk they present.

Wherefore, Plaintiffs respectfully request that the Court grant their motion and preliminarily enjoin Defendants from conducting executions at FCC Terre Haute until such time as Defendants demonstrate that the executions do not create a substantial risk that Plaintiffs and other inmates will contract COVID-19.

Dated:  December 28, 2020

Respectfully submitted,

/s/ *Robert A. Burgoyne*
John R. Maley
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Telephone:  (317) 231-7464 (direct)
            (317) 432-5509 (mobile)
Facsimile:   (317) 231-7433
John.maley@btlaw.com

Robert A. Burgoyne, *pro hac vice*
Caroline M. Mew, *pro hac vice*
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005-3960
Telephone:  (202) 654-1767
Facsimile:   (202) 654-6211
rburgoyne@perkinscoie.com
cmew@perkinscoie.com

Sarah Howland, *pro hac vice*
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, N.Y. 10036-2711
Telephone:  (212) 262-6900
showland@perkins.coie.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

*/s/ Robert A. Burgoyne*
Robert A. Burgoyne

150611793.1