# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex, <br><br> Defendants. | No. 2:20-cv-630- JMS-DLP |

## INDEX OF EXHIBITS TO PLAINTIFFS' SECOND MOTION
## FOR A PRELIMINARY INJUNCTION

Pursuant to Southern District of Indiana Local Rule 5-1(b), Plaintiffs Patrick Smith and Brandon Holm submit the following index of exhibits to the Plaintiffs' Second Motion for Preliminary Injunction.

| Exhibit | Description |
|---|---|
| 1 | Declaration of Dr. Nina Fefferman |
| A | Dr. Fefferman CV |
| B | Declarations from BOP staff reviewed by Dr. Fefferman |
| C | BOP materials regarding contact tracing and testing related to FCC Terre Haute and federal executions reviewed by Dr. Fefferman |

| | |
|---|---|
| 2 | Declaration of Charles P. Formosa |
| 3 | Declaration of Caroline M. Mew |
| A | Defendants' Responses to Requests for Production of Documents (Dec. 15, 2020) |
| B | Defendants' Responses to Interrogatories (Dec. 15, 2020) |
| C | December 22, 2020 letter from Shelese Woods and supplemental response to Request for Production No. 1 |

Dated: December 28, 2020

Respectfully submitted,

*/s/ Robert A. Burgoyne*
John R. Maley
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 231-7464 (direct)
    (317) 432-5509 (mobile)
Facsimile: (317) 231-7433
John.maley@btlaw.com

Robert A. Burgoyne, *pro hac vice*
Caroline M. Mew, *pro hac vice*
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005-3960
Telephone: (202) 654-1767
Facsimile: (202) 654-6211
rburgoyne@perkinscoie.com
cmew@perkinscoie.com

Sarah Howland, *pro hac vice*
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, N.Y. 10036-2711
Telephone: (212) 262-6900
showland@perkins.coie.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

                      Respectfully submitted,

                      */s/ Robert A. Burgoyne*
                      Robert A. Burgoyne