# EXHIBIT B

Case 2:20-cv-00630-JMS-DLP Document 47-4 Filed 12/29/20 Page 2 of 23 PageID #: 845
Case 1:19-mc-00145-TSC Document 54 Filed 11/21/19 Page 3 of 3
USCA Case #19-5322     Document #1817384     Filed: 11/25/2019     Page 44 of 48

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

In the Matter of the Federal Bureau of
Prisons' Execution Protocol Cases,

LEAD CASE: *Roane et al. v. Barr*

THIS DOCUMENT RELATES TO:

*Bourgeois v. Barr*, *et al.*, 12-cv-0782
*Lee v. Barr*, *et al.*, 19-cv-2559
*Purkey v. Barr*, *et al.*, 19-cv-03214

No. 1:19-mc-00145-TSC

DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1.      I am employed by the United States Department of Justice, Federal Bureau of Prisons
("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this
position since October 2016. I have been employed by the BOP since 1994.

2.      The statements I make hereinafter are made on the basis of my review of the official files
and records of the BOP, my own personal knowledge, or on the basis of information
acquired by me through the performance of my official duties.

3.      The BOP, under the supervision of the United States Marshals Service, is responsible for
implementing federal death sentences.   See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26.
Currently, execution dates are in place for four inmates.  Specifically, Daniel Lewis Lee's
execution is scheduled to occur on Dec. 9, 2019; Wesley Ira Purkey's execution is
scheduled to occur on Dec. 13, 2019; Alfred Bourgeois' execution is scheduled to occur
on Jan. 13, 2020; and Dustin Lee Honken's execution is scheduled to occur on Jan. 15,
2020.

4.      In advance of these dates, the BOP has been, and intends to continue, making necessary

Case 2:20-cv-00630-JMS-DLP Document 47-4 Filed 12/28/20 Page 3 of 23 PageID #: 846
Case 1:19-mc-00145-TSC Document 54 Filed 11/21/19 Page 3 of 3
USCA Case #19-5322    Document #1817384    Filed: 11/25/2019    Page 45 of 48

arrangements.

5.    Such arrangements include the activation of the execution team, which consists of over 40 BOP staff members. These staff members will, by necessity, be removed from their normal duties, which include a wide range of correctional and administrative positions within the BOP.  Pursuant to the current operational plan, these staff members are scheduled to cease their normal duties  several days in advance of a scheduled execution, in order to give the team time to practice and prepare for their role in an execution.  In addition to the team members, a number of BOP administrators will be present as well, also ceasing their normal duties in the days in advance of an execution.  Logistical items such as travel, lodging and personal arrangements have already begun for the two execution dates in December.

6.    Additionally, the BOP plans to use contractors who have made themselves available and presumably have made any necessary arrangements for personal and work related matters based on the executions scheduled in December.

7.    Executions are scheduled to take place at the Federal Correctional Complex at Terre Haute, Indiana (FCC Terre Haute). Accordingly, FCC Terre Haute is also mobilizing personnel in preparation of the currently scheduled executions. In preparation, FCC Terre Haute has also been coordinating with federal, state, and local law enforcement agencies, some of whom have indicated their plans to send personnel to FCC Terre Haute to help maintain security for the currently scheduled executions.

8.    Approximately 200 FCC Terre Haute staff will serve as institution security and support during an execution. With its staff pulled away from their normal duties, FCC Terre Haute will not be able to operate under normal conditions. For example, due to expected staffing issues and changes in security procedures, FCC Terre Haute will not be able to prepare

A18

inmate meals in the ordinary fashion. Instead, the institution plans to prepare food in advance for its approximately 2,600 inmates. This alteration in meal preparation comes at a greatly increased cost to the BOP.

9. Additionally, FCC Terre Haute has made arrangements for specific needs related solely to an execution, for example contracting for buses which will be used to transport public demonstrators who wish to assemble.

10. Schedules for FCC Terre Haute staff members are currently being created, allocating staff based on current execution dates. For additional security and support, specialized BOP teams such as Special Operations Response Teams (SORT) and Disturbance Control Teams (DCT) will travel to FCC Terre Haute from other BOP institutions. These teams consists of approximately 50 individuals. Again, logistical arrangements such as travel and lodging have already begun for the current execution dates.

11. Additionally, BOP has made travel and lodging arrangements for the victims' family members to attend the December executions.

12. Any adjustment to the execution dates would require significant planning and coordination such as that which already has been undertaken by BOP to date.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 21st day of November, 2019.

Rick Winter
Federal Bureau of Prisons

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00630-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of T.J. Watson

I, T.J. Watson, declare the following:

1.    I am currently employed by the Bureau of Prisons (BOP) as the Complex Warden at the

Federal Correctional Complex located in Terre Haute, Indiana (FCC Terre Haute), a

position I have held since November 11, 2018.  I have been employed by the BOP in

areas of increasing responsibility since 1995.

2.    The statements I make hereinafter are made on the basis of my review of the official files

and records of the BOP, my own personal knowledge, or on the basis of information

acquired by me through the performance of my official duties.

3.    The BOP, under the supervision of the United States Marshals Service, is responsible for

implementing federal death sentences.  See 18 U.S.C. §3596(a); 28 C.F.R. Part 26.[1]

---

[1] The first executions since 2003 were scheduled to take place almost a year ago.  *See*
https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse

4. Currently, executions of the following inmates are scheduled to occur on the following dates: Brandon Bernard[2] on December 10, 2020; Alfred Bourgeois[3] on December 11, 2020; Lisa Montgomery on January 12, 2021; Cory Johnson on January 14, 2021; and Dustin Higgs on January 15, 2021.

5. I am aware that Plaintiffs, inmates Patrick Smith and Brandon Holm, allege that conducting executions at FCC Terre Haute will lead to the spread of COVID-19, in violation of their Eighth Amendment rights.

6. FCC Terre Haute is situated on approximately 1145 acres and is comprised of three separate prisons in three separate buildings: the United States Penitentiary (USP), which is a high security prison; the Federal Correctional Institution (FCI), which is a medium security prison; and the Federal Prison Camp (FPC), which is a minimum security prison camp. FCC Terre Haute also includes a Central Utility Plant, a staff training center, the National Bus Center, a garage, and numerous other buildings. The execution facility is entirely separate from the aforementioned buildings. The execution facility is approximately over one hundred feet from the FCI, but physically separated by perimeter fencing and razor wire. Staff at the execution facility cannot approach anyone on FCI grounds due to the perimeter fencing. The execution facility is approximately the equivalent of several city blocks from the FPC which is further south on the property. The USP is even further away from the execution facility as it is south of the FPC.

---

[2] On October 16, 2020, Bernard was provided a notice informing him that a date has been set for the implementation of his death sentence.

[3] Alfred Bourgeois was originally scheduled to be executed on January 13, 2020, but legal impediments prevented the government from proceeding at that time. On November 20, 2020, Bourgeois received a notice informing him of his current execution date.

7.      Plaintiffs Smith and Holm are currently designated to reside at the medium-security

Federal Correctional Institution (FCI).  See Attachments 1 and 2, Inmate Quarters History

for Smith and Holm, respectively.

8.      The BOP and FCC Terre Haute have implemented rigorous safeguards and precautions in

light of the COVID-19 pandemic.  The BOP is following the guidance and directives

from the World Health Organization (WHO), the Centers for Disease Control (CDC), the

Office of Personnel Management (OPM), the Department of Justice, and the Office of the

Vice President. Agency-wide modified operations in response to COVID-19 were

announced by BOP on March 13, 2020. See

https://www.bop.gov/resources/news/20200313_covid-19.jsp. [4]  These modifications

have remained in place and currently include the following measures, among others:

- temperature checks and COVID-19 screening are being conducted for staff, contractors, and other visitors, with those who register a temperature of 100.4° Fahrenheit or higher denied access to the grounds;

- as much as possible, staff are being assigned to the same posts and are not rotating;

- the movements of inmates are limited so as to prevent congregating and to maximize social distancing. Essential inmate work details, such as Food Service, continue to operate with appropriate screening (i.e. temperature checks and reporting symptoms). Inmate movement in small numbers is authorized for use of the Commissary, Laundry, Showers, Telephone, to include legal calls, and for access to TRULINCs (email) mental health or medical care;

---

[4] While these modifications were initially scheduled to last for 30 days, they have been extended a number of times. *See* https://www.bop.gov/resources/news/
pdfs/20200414_press_release_action_plan_6.pdf; https://www.bop.gov/resources/news/
20200520_covid-19_phase_seven.jsp;
https://www.bop.gov/foia/docs//COVIDPhase8June30.pdf;
https://www.bop.gov/foia/docs//COVIDphase9_08052020.pdf; and
https://www.bop.gov/coronavirus/covid19_status.jsp

- Prior to entering the institution, or in Receiving and Discharge, all new intakes to an institution, including voluntary surrenders, BOP-to-BOP transfers, or transfers from outside the BOP system are screened by medical staff for COVID-19. This process includes a symptom screen, a temperature check, and an approved viral PCR test (either an Abbott ID NOW point-of-care [POC] test or a commercial PCR test) performed on a sample obtained from a nasopharyngeal, mid-turbinate, or anterior nares swab. Inmates who arrive symptomatic AND/OR test positive will be placed in MEDICAL ISOLATION. Inmates who arrive asymptomatic AND test negative will be placed in QUARANTINE.
See https://www.bop.gov/coronavirus/covid19_status.jsp.

9.     At FCC Terre Haute, all staff, inmates, and visitors are required to wear masks inside the institution.  Masks are provided if a visitor does not have one.  Additionally, all visitors can be provided full personal protective equipment (PPE) to include face shields, gowns, and gloves if they desire.  Where possible, social distancing is practiced, consistent with Center for Disease Control (CDC) guidelines.

10.     Staff have been educated regarding the importance of staying home if they are feeling ill, and are required to self-report any COVID-19 exposure (known or suspected) as well as any positive COVID-19 test.  If a staff member tests positive for COVID-19, he or she is required to stay home in compliance with current CDC guidelines. Staff do not move between the separate facilities and buildings unless necessary, for example, if one institution is in need of additional staff due to staff being on leave on a given day, or otherwise requires assistance of additional staff.  Some positions also by their nature involve working at multiple institutions, including custody staff, facilities staff, as well as medical, dental, and psychology staff.

11.     Inmate movement within the individual institutions is limited to small groups and subject to appropriate screening measures. Inmate movement in small numbers is allowed for commissary, laundry, showers, telephone, TRULINCS (email), recreation, law library, as well as mental health and health care needs.  Showers, phones, and surfaces are cleaned

between each use and throughout the day. A full explanation of BOP inmate movement, both within institutions as well as between institutions, along with the logistics of inmate activities is available on the BOP's website. *See*

*https://www.bop.gov/coronavirus/covid19_status.jsp*

12.     FCC Terre Haute has multiple rapid Abbot test machines, and uses them to immediately test symptomatic inmates in order to isolate and quarantine them more quickly. Rapid testing has been used to test symptomatic inmates, and asymptomatic inmates who had close contact with an inmate who tested positive for COVID-19. If an inmate tests positive, then generally the rest of the inmates on that range (row of cells) are tested. If appropriate, entire units are locked down (remain in their cells) and tested. Inmates are all required to wear masks outside of their cells and to maintain social distance outside their cells.

13.     BOP and FCC Terre Haute maintain data on the number of positive cases and testing. See https://www.bop.gov/coronavirus/. As of the signing of this declaration, the website lists 175 FCI inmates and 20 FCI staff[5] as current positive cases. It lists 25 USP inmates and 3 staff as current positive cases. The website also lists 927 inmates at the FCI and Camp, and 935 inmates at the USP as having completed tests.[6] Id.

14.     Historical data for the number of positive inmate and staff cases can be found at https://oig.justice.gov/coronavirus. By selecting "visit dashboards" then the "facility case trends" tab, and using the scroll function to select a specific BOP institution, the user can

---

[5] Data for the Federal Prison camp is included in the data listed on the website for the FCI.

[6] As explained on the website, the number of positive tests at a facility is not equal to the number of cases, as one person may be tested more than once. The number of tests recorded per site reflects the number of persons at the specific facility who have been tested, whether at that site or at a prior facility.

find a graph showing the number of inmates or staff with lab-confirmed and open cases at a particular complex or facility on a particular day. This website cites the aforementioned BOP website as the source of this data. The website also provides a graph reflecting the total number of individuals reported by the county where the BOP facility is located as having a confirmed COVID-19 case.

15. In the days leading up to an execution, the FCC Terre Haute inmate population is locked down, thereby minimizing the interaction between inmates, as well as the interaction between inmates and staff.

16. Although it is difficult to predict with certainty for any particular execution, for the upcoming executions, BOP estimates that approximately 50 to 125 individuals including the BOP's execution team, state and local law enforcement, and various witnesses, and demonstrators will travel to FCC Terre Haute. All individuals arriving at FCC Terre Haute will be temperature checked and screened as described above in paragraph 8.

17. The execution team is comprised of approximately 40 BOP employees, who are employed at locations other than FCC Terre Haute. The execution team does not quarantine upon arriving in Indiana, as they generally arrive only a few days prior to a scheduled execution and must complete various time-sensitive tasks upon their arrival. To the greatest extent possible, the execution team generally does not enter the FCI (where Plaintiffs are housed), USP, or FPC at all while at FCC Terre Haute. The execution team is primarily engaged in duties which occur in and around the execution facility, and generally does not interact with any inmate, other than the inmate housed at the execution facility. A limited number of execution team staff occasionally have a need to enter the FCI, USP, or FPC for reasons related to the execution, but such occurrences are rare and will be minimized. No members of the BOP execution team carry out duties

specific to FCC Terre Haute or are assigned such duties while on the grounds. Some members of the execution team have interaction with FCC Terre Haute personnel incident to their role in the operation of the execution. For example, the execution team may interact when going through security check points, receiving the inmate, receiving witnesses, and meeting with Terre Haute personnel to discuss operations logistics and equipment. However, such interactions are usually brief and infrequent (for example, when receiving the inmate and witnesses), and during all such interactions, BOP staff are required to wear masks and to the extent possible remain socially distanced.

18.     In past executions, a number of security and support personnel such as Special Operations Response Teams (SORT) and Disturbance Control Teams (DCT) also travelled to FCC Terre Haute from other BOP institutions.  However, such personnel are not scheduled to travel to Terre Haute for upcoming executions.

19.      Non-BOP personnel such as media, witnesses, legal counsel, and Ministers of Record will not be permitted to enter the FCI, or to interact with any FCC Terre Haute inmate, other than the condemned inmate.  Any visits with the condemned inmate would take place outside the presence of other inmates, either in the Special Confinement Unit (SCU), which is located at the USP, or the execution facility. During such visits, visitors are required to wear masks and to the extent possible remain socially distanced.

20.     While the execution witness rooms may not allow for great distancing, full Personal Protective Equipment (PPE) is available to all members of the execution team while at FCC Terre Haute, to include fit-tested N-95 masks, gloves, gowns, and face shields. Other individuals who attend an execution, including attorneys, media, and witnesses, are required to wear masks and will be provided PPE if they request it.  At a minimum, all members of the execution team must wear a mask.

21.     Additionally, demonstrators have the opportunity to be present at an execution in a designated area on FCC Terre Haute grounds. However, no demonstrators have chosen to come into FCC Terre Haute grounds, instead electing to demonstrate in an area across the street from FCC Terre Haute. If demonstrators were to choose to be present on grounds, they would still be screened and temperature checked, as well as screened for security purposes, by FCC Terre Haute staff off-site, and then transported to the demonstration area by FCC Terre Haute staff. That demonstration area is near the main public road and not near any of the prison buildings.

22.     In addition to the individuals coming to FCC Terre Haute for an execution, approximately 70 or more FCC Terre Haute staff have functions related to execution events. These FCC Terre Haute employees are not considered part of the execution team, and instead include staff that work at the USP, FCI, and FPC. For example, FCC staff manage check points and perimeter security, staff the command center, and escort witnesses and demonstrators. FCC staff managing check points will check ID's and temperatures; some staff in the command center will likely meet with some execution team staff in order to coordinate the operation; and staff escorting witnesses and demonstrators will by necessity interact with the witnesses and demonstrators. Therefore, FCC staff will have some interaction with both the public and the BOP personnel attending the execution. However, through all of these interactions, all individuals on FCC Terre Haute grounds will be required to wear masks, and will have been screened prior to entering the institution grounds. Many such interactions are limited in time, for example, when checking ID's and temperatures, and staff will minimize the amount of time they are within six feet of others.

23.    After an execution, the BOP execution team members are afforded an opportunity to test

for COVID-19.  FCC Terre Haute staff are advised and encouraged to obtain a test if they

had a known exposure or experience symptoms.  They are not permitted to return to work

until they are symptom-free. Of course all individuals are free to seek testing in the

community.  Approximately 5-7 members of the BOP execution team have historically

elected to be tested prior to returning to their home communities.  COVID tests are

conducted on a voluntary basis.

24.    I am aware the Court requested an update with regard to a staff member who tested

positive for COVID-19 and was disclosed during the course of litigation. *See*

*Hartkemeyer v. Barr*, 2:20-cv-00336-JMS-JLP, dkt. 77-1. Contact tracing was

immediately initiated to determine with whom this staff member had come into close

contact. The staff member's contacts were determined by the use of video as well as his

personal recollection. No additional cases of COVID-19 were discovered as a result.

BOP will continue to conduct the same contact tracing procedures if additional staff

members test positive in the future.


I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and

correct.  Executed this _7_ day of December, 2020.

T.J. Watson
Federal Bureau of Prisons

# ATTACHMENT 1

```
 THABO  531.01 *                 INMATE HISTORY              *    12-02-2020
PAGE 001 OF 001 *                  QUARTERS                  *    14:49:57

  REG NO..: 53264-074 NAME....: SMITH, PATRICK RYAN
  CATEGORY: QTR          FUNCTION: PRT       FORMAT:


FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
THA    C03-061L   HOUSE C/RANGE 03/BED 061L       09-28-2020 1204 CURRENT
THA    Z04-211LAD HOUSE Z/RANGE 04/BED 211L AD    09-27-2020 2201 09-28-2020 1204
THA    Z03-142LAD HOUSE Z/RANGE 03/BED 142L AD    09-27-2020 2124 09-27-2020 2201
THA    C03-061L   HOUSE C/RANGE 03/BED 061L       08-17-2020 1053 09-27-2020 2124
THA    Z04-202UAD HOUSE Z/RANGE 04/BED 202U AD    08-16-2020 2044 08-17-2020 0748
THA    Z03-142LAD HOUSE Z/RANGE 03/BED 142L AD    08-16-2020 2010 08-16-2020 2044
THA    C03-061L   HOUSE C/RANGE 03/BED 061L       05-11-2020 1413 08-16-2020 2010
THA    R01-001L   HOUSE R/RANGE 01/BED 001L       05-11-2020 1256 05-11-2020 1413
THP    B01-128L   HOUSE B/RANGE 01/BED 128L       04-25-2020 0544 05-11-2020 1213
THA    C03-061L   HOUSE C/RANGE 03/BED 061L       04-25-2020 0404 04-25-2020 0405
THA    C03-061L   HOUSE C/RANGE 03/BED 061L       04-23-2020 1909 04-24-2020 2323
THA    C03-060U   HOUSE C/RANGE 03/BED 060U       04-23-2020 0900 04-23-2020 1909
THA    F03-105U   HOUSE F/RANGE 03/BED 105U       10-07-2019 1831 04-23-2020 0900
THA    R01-001L   HOUSE R/RANGE 01/BED 001L       10-07-2019 1343 10-07-2019 1831
OKL    E03-529U   HOUSE E/RANGE 03/BED 529U       09-16-2019 1827 10-07-2019 0846
OKL    E03-901L   HOUSE E/RANGE 03/BED 901L       09-16-2019 1645 09-16-2019 1827



 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

ATTACHMENT 2

```
  THABO  531.01 *              INMATE HISTORY              *    12-02-2020
PAGE 001 OF 001 *                QUARTERS                 *      14:56:20

  REG NO..: 19005-030 NAME....: HOLM, BRANDON SCOTT
  CATEGORY: QTR          FUNCTION: PRT         FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
THA    C03-061U   HOUSE C/RANGE 03/BED 061U    07-01-2020 1807 CURRENT
THA    C04-083U   HOUSE C/RANGE 04/BED 083U    07-01-2020 1800 07-01-2020 1807
THA    F03-105L   HOUSE F/RANGE 03/BED 105L    02-13-2020 1834 07-01-2020 1800
THA    R01-001L   HOUSE R/RANGE 01/BED 001L    02-13-2020 1543 02-13-2020 1834
```

```
  G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LISA MONTGOMERY )<br><br>   Plaintiff, )<br><br>   v. )<br><br>WILLIAM P. BARR, *et al.,* )<br><br>   Defendants ) | No. 1:20-cv-03214 (TNM) |

<u>**DECLARATION OF RICK WINTER**</u>

I, Rick Winter, do hereby declare and state as follows:

1.  I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region.  I have held this position since October 2016.  I have been employed by the BOP since 1994.

2.  The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.  The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences.  See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26.

4.  Ms. Montgomery is currently housed at the Federal Medical Center at Carswell, Texas (FMC Carswell) and will be transported to FCC Terre Haute in advance of her execution.

5.  I am aware that Ms. Montgomery claims her transfer to the United States Penitentiary at Terre Haute threatens severe and irreparable harm to her.  (Doc. 12-1 at 19).

6.  The BOP currently is considering several different options to transport Ms. Montgomery

from FMC Carswell to FCC Terre Haute, but the final plan is yet to be determined.  The current options being considered involve transporting Ms. Montgomery one to two days prior to her execution.

7.      BOP plans that the transport team will include male and female staff members, including a female psychologist and female nurse. All BOP employees are required to complete Annual Training.  In 2020, lesson plans in that training included Mental Health, Sexually Abusive Behavior and Intervention Program, and Suicide Prevention.  Additionally, BOP psychologists are required to take an additional course titled PREA [Prison Rape Elimination Act] for Medical and Mental Health Care-BOP.  The transport team may also include individuals from other law enforcement agencies.

8.      Upon her arrival at FCC Terre Haute, the BOP does not plan to house Ms. Montgomery at the United States Penitentiary. To clarify, FCC Terre Haute is a complex consisting of the United States Penitentiary (USP Terre Haute), Federal Correctional Institution (FCI Terre Haute), a Federal Prison Camp, and a number of other associated buildings.  The execution facility at FCC Terre Haute is a separate building from the USP, FCI, and Federal Prison Camp.

9.      The BOP plans to house Ms. Montgomery at the execution facility. Ms. Montgomery will not be housed at the USP[1], FCI, or Federal Prison Camp, absent extraordinary circumstances.

10.     Ms. Montgomery will be the only inmate present at the execution facility.  Therefore, she will not be housed with, nor encounter, any other inmate while at FCC Terre Haute.

11.     At the execution facility, she will be observed in her cell by a BOP team which includes

---

[1] USP Terre Haute contains the Special Confinement Unit (SCU), which houses male inmates with a sentence of death.  Ms. Montgomery will not be housed in the SCU.

both female and male staff members.  A BOP doctor and psychologist will be on call and available to provide a response if necessary, throughout the time Ms. Montgomery is housed at FCC Terre Haute.

12.     Lisa Montgomery's execution is scheduled to occur on January 12, 2021, at the Federal Correctional Complex at Terre Haute, Indiana (FCC Terre Haute).

13.     On November 20, 2020, I reviewed a declaration containing the information contained in the aforementioned paragraphs 1 through 11. However, I was traveling, so I authorized signature on my behalf by an attorney representing defendants in this matter.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 24th day of November, 2020.

*Richard M. Winter*
Rick Winter
Federal Bureau of Prisons

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| DALE HARTKEMEYER (AKA SEIGEN) | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00336-JMS-MJD |
| | ) | |
| WILLIAM P. BARR, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

## **DECLARATION OF RICK WINTER**

I, Rick Winter, do hereby declare and state as follows:

1.      I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region.  I have held this position since October 2016.  I have been employed by the BOP since 1994.

2.      The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3.      I previously provided a declaration in this matter stating that "as of July 2, 2020, ninety two staff members at FCC Terre Haute have been tested for COVID-19.  Of those, one staff member at the FCI previously tested positive but has recovered.  At the USP, no staff members have tested positive for COVID-19.  No FCC staff members are currently positive for COVID-19."  See ECF No. 33, Ex. A ¶ 7.

4.      On the morning of July 8, a BOP staff member at FCI Terre Haute learned that individuals with whom he visited the prior weekend tested positive for COVID-19.  The staff member

1

immediately left work, which was at 11:30 a.m., and entered self-quarantine (i.e., he has not returned to FCI Terre Haute since departing on July 8).

5.    On the evening of July 11, the staff member informed BOP that he received a positive COVID-19 test result earlier that day.

6.    Between the staff member's potential exposure and his departure on July 8, he, among other things, attended the law enforcement meeting with outside law enforcement in preparation for the scheduled executions; attended a meeting regarding the handling of demonstrators at the scheduled executions; and attended to an issue at the SCU.

7.    Although the staff member did not wear a mask at all times during this period, he did not come into contact with the BOP execution protocol team, which arrived the afternoon of July 8 (i.e., after the staff member had departed), nor does he recall coming into contact with any members of the Crisis Support Team (CST), who are involved in victim witness transportation and logistics.

8.    During this period, the staff member did not visit the execution facility or the adjacent command center, nor does he recall being in the witness staging area or any of the vehicles that will transport witnesses for the executions.

9.    BOP is taking steps to determine with whom the staff member was in contact, and will follow guidelines issued by the Centers for Disease Control and Prevention. For the duration of the execution or until a negative test is obtained, BOP will ensure that those staff members identified as having had contact with the infected staff member do not have contact with the inmates scheduled for execution, ministers of record, witnesses of the execution, attorneys, or press.

10.    BOP will continue to perform the mitigation measures identified in my prior declaration dated July 6, including temperature check and symptom screen all individuals arriving at

FCC Terre Haute and disinfecting all areas that will be visited by ministers of record, witnesses of the execution, attorneys, and press.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 12th day of July 2020.

Rick Winter (SC)

Rick Winter
Federal Bureau of Prisons