EXHIBIT C

FCC THY



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to Dr. ██████ @bop.gov) and ██████ @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | ██████ |
| Institution: | FCI ██████ |
| Employee Department: | ██████ |
| Last Day of Work: | July 8, 2020 until 10:30 ish. |
| First Day of Symptoms: | July 8, 2020 that evening ██████ |
| Test Date: | July 8, 2020 |
| Test Confirmed Date: | July 11, 2020 |
| Test Report Date: | July 11, 2020 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | ██████ |
| *Number of known staff contacts: | 2  "Alot, I made rounds on north side, SHU |
| *Staff notified and given the priority testing memo? | ██████ |
| *Number of known inmate contacts: | 2  Alot |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | No |
| *Were staff wearing facial covering or PPE during potential exposure window? | Wore mask white speaking with inmates, but not with staff in SHU ; SCU. |

*Needed for CI

Version 2.0 Updated 7.21.2020

**Sensitive But Unclassified**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

### Overview:

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do Not file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

### Definitions:

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - o Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - o Caring for a sick person with COVID-19
  - o Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - o Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

| Inmate Name (b)(6); (b)(7)(C) | Registration #: | Facility Intake Date: NA |
| STAFF MEMBER (b)(6); (b)(7)(C) | DEPT Custody | FACILITY FCP |
| Interviewer Name: (b)(6); (b)(7)(C) | Interview Date: 7/11/20 | |

*Federal Bureau of Prisons*                              *Contact Investigation for COVID-19 Illness*

---

**1.**   **Review the COVID diagnosis with the person:**                    (b)(6), (b)(7)(C)
☑ Assess person's knowledge of the condition.
☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
☑ Describe how COVID is transmitted (droplet).
☑ Discuss the need to identify potentially exposed contacts.

**2.**   **Ask about the history:**
**a.**   Have you had any known contact with a confirmed or probable diagnosis of COVID? ☑ Yes ☐ No.
If YES, where and when?
(b)(6); (b)(7)(C)                                    Tested on 7/6   Results⊕ 7/8/2[ ]

**b**   Have you had a positive COVID test? ☑ YES ☐ NO.
IF YES, where and when?   Went   Wednesday 7/8 / Results positive on 7/11/20

**c.**   Have you been diagnosed with COVID-19? ☑ YES ☐ NO.     (b)(6); (b)(7)(C)
IF YES, where and when?   Resulted positive 7/11/20

**3.**   **Ask about medical history: (NA for staff)**
What other medical conditions do you have?   ⊘

**4.**   **Ask about history of COVID symptoms:**

| (b)(6); (b)(7)(C) | Have you had any of the following symptoms? | If Yes, how long have you had them? When did they start? |
|---|---|---|
| | Cough | (b)(6); (b)(7)(C) |
| | Fever | |
| | Shortness of breath | |
| | Chills | |
| | Muscle pain | |
| | Lethargy or fatigue | |
| | Headache | |
| | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | Chest pain or tightness | |
| | Sore throat | |
| | Loss of taste or smell | |
| | Other: | |

**Date of symptom onset:** 7/8/20

Contact Investigation – Interview Questions (page 1 of 3)

Federal Bureau of Prisons

Contact Investigation for COVID-19 Illness

**5. Ask about the risk factors:**

| YES | NO | Please answer the following questions: | When and Where? |
|---|---|---|---|
| (b)(6), (b)(7)(C) | | Are you living with someone diagnosed with COVID-19? | (b)(6); (b)(7)(C) |
| | | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| | | Are you part of a carpool to work or use public transit? | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

a. Where were you living?

b. Who were you living with?

**7. Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | (b)(6); (b)(7)(C) |
| Mid-Day | Depends. M-went to SHU mask on (b)(6); (b)(7)(C) |
| Afternoon | Office computer work (b)(6); (b)(7)(C) lunch 5 out mask (b)(6); (b)(7)(C) |
| Evening | used 7/8/20 (b)(6); (b)(7)(C) meeting no mask, no staff 2 mask (b)(6); (b)(7)(C) |

**8. Ask: Has this been your pattern during the period since 7/6/20 (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | Pretty much the same everyday. |

**9. Staff only:** Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness? (b)(6); (b)(7)(C)

Lunch 2 staff. (b)(6); (b)(7)(C)

Had mask on. Doesn't think inmates had mask

**9. Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

Tues 7/7 Evening

(b)(6); (b)(7)(C)

(b) USP.

Not wearing mask)

7/7/20 made rounds

(b)(6); (b)(7)(C)

2 mask on

7/7/20

(b)(6); (b)(7)(C)

No masks.

Tues evening! (b)(6); (b)(7)(C)

Not sure who staff. Can't remember.

Not sure about any masks. Was inside. No direct with I'm just walked in.

*Federal Bureau of Prisons*                    *Contact Investigation for COVID-19 Illness*

---

**11. Ask: In the last 2 days……Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

<span style="color:red">(For Staff: Only close contacts that work at institution)</span>

(b)(6); (b)(7)(C)

NO

---

**12. Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |

---

**13. Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

---

**14. Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

*See prior page*

---

**15. Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?**

Not that I know of.

---

**16. Ask: Do you have any questions about the COVID-19 illness?**

None.

COVID-1 Contact Investigation – Interview Questions (page 3 of 3)

**Fwd: Previous Staff Positive**

| | |
|---|---|
| **From:** | THA/Command Center~ |
| **To:** | (b)(6); (b)(7)(C) |
| **Date:** | 7/31/2020 11:33 AM |
| **Subject:** | Fwd: Previous Staff Positive |
| **Attachments:** | (b)(6); Covid Results |

>>> THA/Command Center~ 7/31/2020 8:14 AM >>>
Name: (b)(6); (b)(7)(C)
Department: Correctional Services
Last day at Work:  07/08/2020
First Symptoms:  07/08/2020
Test Date: 07/11/2020  POSITIVE  07/22/2020 NEGATIVE  07/23/2020 NEGATIVE
Test Confirmed Date: 07/11/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No

(b)(6); (b)(7)(C)       5/23/2020 10:20 AM >>>
Confirmed positive and now recovered.

We did not have this individual in our database as positive.
Please provide the following information:
Name:
Department:
Last day at Work:
First Symptoms:
Test Date:
Test Confirmed Date:
On/Returning from TDY in past 14 days:
If Yes, Name of Institution where TDYed:

(b)(6); (b)(7)(C)

Health Services Division
Federal Bureau of Prison
(b)(6); @bop.gov
202-305-(b)(6);

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient
(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and
destroy all copies of the original message.

>>> THA/Command Center~ 6/23/2020 10:15 AM >>>
Please see the attached results for the positive staff member at FCC Terre Haute.  He is now considered recovered.

**Exposure Testing Info**

| STAFF | TEST DATE | TYPE | TEST TYPE | TEST RETURN DATE | TEST RESULT | CONTACT # | Column1 | NOTES |
|---|---|---|---|---|---|---|---|---|
| (b)(6); (b)(7)(C) | 5/18/2020 | EXP | SWAB | 5/19/2020 | Negative | (b)(6); (b)(7)(C) | | |
| | 5/18/2020 | EXP | SWAB | 5/20/2020 | Negative | | | |
| | 5/18/2020 | EXP | SWAB | 5/22/2020 | Negative | | | |
| | 5/18/2020 | EXP | SWAB | 5/20/2020 | Negative | | | |
| | 5/18/2020 | EXP | SWAB | 5/20/2020 | Negative | | | |
| | 5/18/2020 | EXP | SWAB | 5/20/2020 | Negative | | | |
| | 5/18/2020 | EXP | SWAB | 5/20/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/28/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/28/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/28/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/28/2020 | Negative | | | |
| | 5/24/2020 | EXP | SWAB | 5/27/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/27/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/28/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/30/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/29/2020 | Negative | | | |
| | 5/26/2020 | EXP | SWAB | 5/28/2020 | Negative | | | |
| | 5/29/2020 | EXP | SWAB | 5/31/2020 | Negative | | | |
| | 6/1/2020 | EXP | SWAB | 6/4/2020 | Negative | | | |
| | 6/4/2020 | EXP | SWAB | 6/6/2020 | Negative | | | |
| | 6/4/2020 | EXP | SWAB | 6/7/2020 | Negative | | | |
| | 6/4/2020 | EXP | SWAB | 6/7/2020 | Negative | | | |
| | 6/5/2020 | EXP | SWAB | 6/6/2020 | POSITIVE/Recovered | | | **RECOVERED -** 1 negative test reported |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |

| (b)(6); (b)(7)(C) | | | | | | (b)(6); (b)(7)(C) | | |
|---|---|---|---|---|---|---|---|---|
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/11/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/11/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP ( 2 degrees of sep) | SWAB | 6/10/2020 | Negative | | contact tracing 28 | S/L |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/8/2020 | EXP | SWAB | 6/10/2020 | Negative | | contact tracing 28 | |
| | 6/9/2020 | EXP | SWAB | 6/11/2020 | Negative | | contact tracing 28 | |

| (b)(6), (b)(7)(C) | | | | | (b)(6), (b)(7)(C) | | |
|---|---|---|---|---|---|---|---|
| | 6/9/2020 | EXP | SWAB | 6/11/2020 | Negative | contact tracing 28 | |
| | 6/9/2020 | EXP ( 2 degrees of sep) | SWAB | 6/11/2020 | Negative | contact tracing 28 | S/L |
| | 6/10/2020 | EXP | SWAB | 6/11/2020 | Negative | contact tracing 28 | |
| | 6/10/2020 | EXP | SWAB | 6/12/2020 | Negative | contact tracing 28 | |
| | 6/11/2020 | Temp outside of THX | SWAB | 6/12/2020 | Negative | | |
| | 6/11/2020 | EXP | SWAB | 6/17/2020 | Negative | | |
| | 6/15/2020 | EXP | SWAB | 6/17/2020 | Negative | | |
| | 6/15/2020 | EXP | SWAB | 6/17/2020 | Negative | contact tracing 28 | |
| | 6/22/2020 | EXP | SWAB | 6/24/2020 | Negative | | |
| | 6/22/2020 | Re-Test | SWAB | 6/23/2020 | Negative | | |
| | 7/8/2020 | EXP | SWAB | 7/11/2020 | POSITIVE/Recovered | | RECOVERED - 2 negative tests reported |
| | 7/13/2020 | EXP | SWAB | 7/20/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/18/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/16/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/12/2020 | EXP | SWAB | 7/20/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/16/2020 | EXP | SWAB | 7/22/2020 | Negative | contact tracing 68 | |
| | 7/17/2020 | EXP | SWAB | Return to work 7/26/2020 Test results 7/31/2020 | Negative | contact tracing 68 | Tested at CVS |
| | 7/17/2020 | EXP | SWAB | Return to work 7/26/2020 Test results 7/31/2020 | Negative | contact tracing 68 | Tested at CVS |
| | 7/17/2020 | EXP | SWAB | Return to work 7/27/2020 Test results 8/1/2020 | Negative | contact tracing 68 | Tested at CVS |
| | 7/13/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |
| | 7/14/2020 | EXP | SWAB | 7/17/2020 | Negative | contact tracing 68 | |

| (b)(6); (b)(7)(C) | | | | | | (b)(6); (b)(7)(C) | | |
|---|---|---|---|---|---|---|---|---|
| | 7/14/2020 | EXP | SWAB | 7/16/2020 | Negative | | contact tracing 68 | |
| | 7/14/2020 | EXP | SWAB | 7/18/2020 | Negative | | contact tracing 68 | |
| | 7/14/2020 | EXP | SWAB | 7/18/2020 | Negative | | contact tracing 68 | |
| | 7/13/2020 | EXP | SWAB | 7/18/2020 | Negative | | contact tracing 68 | |
| | 7/15/2020 | EXP | SWAB | 7/18/2020 | Negative | | | |
| | 7/18/2020 | SYMPTOMATIC | SWAB | 7/21/2020 | POSITIVE/Recovered | | | **RECOVERED** - 1 negative test / Reported back to work 08/04/2020 |
| | 7/20/2020 | EXP | SWAB | 7/22/2020 | Negative | | | |
| | 7/20/2020 | SYMPTOMATIC | SWAB | 7/22/2020 | POSITIVE/Recovered | | contact tracing 92 | **RECOVERED** - 08/03/2020 - 2nd positive test; 08/10/2020 - negative test |
| | 7/21/2020 | EXP | SWAB | 7/23/2020 | Negative | | | |
| | 7/20/2020 | EXP | SWAB | 7/22/2020 | Negative | | contact tracing 92 | |
| | 7/21/2020 | EXP | SWAB | 7/24/2020 | Negative | | contact tracing 92 | |
| | 7/21/2020 | EXP | SWAB | 7/22/2020 | Negative | | contact tracing 92 | |
| | 7/22/2020 | EXP | SWAB | 7/24/2020 | Negative | | | |
| | 7/22/2020 | EXP | SWAB | 7/24/2020 | Negative | | contact tracing 92 | |
| | 7/22/2020 | SYMPTOMATIC | SWAB | 7/27/2020 | POSITIVE/Recovered | | | **RECOVERED** - Per new guidelines - He has been symptom-free for 10 days. A negative test is no longer required. Returned to work 08/12/2020. |
| | 7/22/2020 | EXP | SWAB | 7/24/2020 | Negative | | contact tracing 92 | |
| | 7/23/2020 | EXP | SWAB | 7/25/2020 | Negative | | contact tracing 94 | |
| | 7/23/2020 | SYMPTOMATIC | SWAB | 7/26/2020 | Negative | | | |
| | 7/24/2020 | EXP | SWAB | 7/27/2020 | Negative | | contact tracing 94 | |
| | 7/26/2020 | EXP | SWAB | 8/8/2020 | Negative | | | Test CVS |
| | 7/26/2020 | EXP | SWAB | 8/3/2020 | Negative | | contact tracing 94 | |
| | 7/26/2020 | EXP | SWAB | 7/28/2020 | Negative | | | |
| | 7/27/2020 | SYMPTOMATIC | SWAB | 7/31/2020 | POSITIVE/Recovered | | | **RECOVERED** - Per new guidelines - She has been symptom-free for 10 days. A negative test is no longer required. Returned to work 08/11/2020. |
| | 7/27/2020 | EXP | SWAB | 7/29/2020 | Negative | | contact tracing 92 | |
| | 7/27/2020 | EXP | SWAB | 7/29/2020 | Negative | | contact tracing 92 | |
| | 7/27/2020 | EXP | SWAB | 8/8/2020 | Negative | | | **Tested at CVS** (10 days) / Spoke to 08/07/2020 |
| | 7/28/2020 | EXP | SWAB | 7/30/2020 | Negative | | | |
| | 7/28/2020 | SYMPTOMATIC | SWAB | 7/31/2020 | Negative | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/29/2020 | EXP - at secondary place of employment | SWAB | 7/31/2020 | Negative | | | |
| 7/29/2020 | EXP - at secondary place of employment | SWAB | 7/31/2020 | Negative | | | |
| 7/30/2020 | SYMPTOMATIC | SWAB | 8/3/2020 | Negative | | Bronchitis | |
| 7/31/2020 | EXP | SWAB | 8/3/2020 | Negative | | | |
| 7/31/2020 | SYMPTOMATIC | SWAB | 8/3/2020 | Negative | | | |
| 7/31/2020 | EXP | SWAB | 8/3/2020 | Negative | | | |
| 8/3/2020 | EXP | SWAB | 8/6/2020 | Negative | contact tracing 109 | | |
| 8/3/2020 | EXP | SWAB | 8/5/2020 | Negative | contact tracing 109 | | |
| 8/5- Declined Testing | EXP | N/A | N/A | N/A | | | |
| 8/3/2020 | EXP | SWAB | 8/11/2020 | Negative | contact tracing 109 | Tested at CVS (10 days) ;  08/09 (b)(6); (b)(7)(C) | |
| 8/3/2020 | EXP | SWAB | 8/5/2020 | Negative | contact tracing 109 | | |
| 8/3/2020 | EXP | SWAB | 8/5/2020 | Negative | contact tracing 109 | | |
| 8/4/2020 | SYMPTOMATIC | SWAB | 8/6/2020 | Negative | contact tracing 109 | | |
| 8/4/2020 | EXP | SWAB | 8/10/2020 | Negative | contact tracing 109 | | |
| 8/3- Declined Testing | EXP | N/A | N/A | N/A | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| 8/3/2020 | SYMPTOMATIC | SWAB | 8/5/2020 | Negative | | | |
| 8/3/2020 | EXP | SWAB | 8/7/2020 | Negative | | | |
| 8/5/2020 | EXP | SWAB | 8/7/2020 | Negative | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| 8/5/2020 | SYMPTOMATIC | SWAB | 8/7/2020 | Negative | | | |
| 8/5/2020 | SYMPTOMATIC | SWAB | 8/7/2020 | Negative | | | |
| 8/7/2020 | SYMPTOMATIC/EXP | SWAB | 8/10/2020 | Negative | | | |
| 8/7/2020 | SYMPTOMATIC | SWAB | 8/11/2020 | Negative | | | |
| 8/10/2020 | EXP | SWAB | 8/12/2020 | Negative | | | |
| 8/12/2020 | SYMPTOMATIC | SWAB | 8/16/2020 | Negative | | lower respiratory infection | |

| (b)(6), (b)(7)(C) | | | | | (b)(6), (b)(7)(C) | | |
|---|---|---|---|---|---|---|---|
| 8/13/2020 | SYMPTOMATIC | SWAB | 8/15/2020 | POSITIVE | | | headache, cough, sore throat, upset stomach, fever, loss of taste. (b)(6) made contact on 8-24. He is feeling better and due to return to work on 8-28 |
| 8/13/2020 | EXP | SWAB | 8/15/2020 | POSITIVE | | | friend tested postive -runny nose and is very tired. (b)(6) tried to make contact 8-24-20. Left message. |
| 8/13/2020 | SYMPTOMATIC | SWAB | 8/15/2020 | Negative | | | Headache and has felt bad for 2 days |
| 8/13/2020 | EXP | SWAB | 8/14/2020 | Negative | | | |
| 8/14/2020 | EXP | SWAB | 8/15/2020 | Negative | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| 8/13/2020 | EXP | SWAB | 8/15/2020 | Negative | | | |
| 8/17/2020 | EXP | SWAB | 8/19/2020 | Negative | | contact tracing 144 | |
| 8/16/2020 | EXP | SWAB | 8/16/2020 | POSITIVE | | contact tracing 144 | RECOVERED - Per new guidelines - He has been symptom-free for 10 days. A negative test is no longer required. Return to work on 8-28-20. |
| 8/17/2020 | EXP | SWAB | 8/20/2020 | Negative | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| Declined Testing | EXP | N/A | N/A | N/A | | | |
| 8/17/2020 | EXP | SWAB | 8/20/2020 | Negative | | | |
| 8/17/2020 | EXP | SWAB | 8/18/2020 | Negative | | | |
| 8/17/2020 | EXP | SWAB | 8/19/2020 | Negative | | | Girlfriend tested Positive for COVID-19 |
| 8/17/2020 | SYMPTOMATIC | SWAB | 8/20/2020 | Negative | | contact tracing 151 | Exposed to staff who tested positive / Headache and Sore Throat / Spoke to on 08-19-2020 |
| 8/19/2020 | EXP | SWAB | 8/21/2020 | Negative | | | Exposed to inmate who tested positive. Test negative on 8-21-20 |
| 8/20/2020 | SYMPTOMATIC | SWAB | 8/22/2020 | NEGATIVE | | | Sore throat, sneezing and coughing for a while. Last day of work (F2 and big room bubble) on 8.18/Spoke to on 8-21-2020 |
| 8/24/2020 | EXP | SWAB | 8/26/2020 | Negative | | | Around symptomatic inmate in A1. Decided to get tested on his own (b)(6) made contact 8-24-20. He is scheduled for tesing at 730pm 8-24-20. He will call with results 8-27-20 (b)(6) attempted to call. Mailbox full. Wife says negative |
| 8/23/2020 | SYMPTOMATC | SWAB | 8/27/2020 | Negative | | | Body aches, head ache, fever |
| 8/24/2020 | SYMPTOMATIC | SWAB | 8/26/2020 | Negative | | | Feeling ill after working a double shift. |
| 8/24/2020 | SYMPTOMATIC | SWAB | 8/26/2020 | Negative | | | Fever, cough, headache |
| 8/24/2020 | SYMPTOMATIC | SWAB | 8/26/2020 | Negative | | | (b)(6), called 8-27-20. left VM |
| 8/24/2020 | SYMPTOMATIC | SWAB | 8/26/2020 | Negative | | | States that she went to the doctor due to sinus/ear infections. Dr. recommended testing. Return to work 8-26-20 |
| 8/25/2020 | SYMPTOMATIC | SWAB | 8/28/2020 | Negative | | | Chills, fever, headache (b)(6), called 8-27 |
| 8/25/2020 | SYMPTOMATIC | SWAB | 9/1/2020 | Negative | | | Cold like symptoms. Called 8-27 and 8/31. Left VM |

| (b)(6); (b)(7)(C) | | | | | (b)(6); (b)(7)(C) | | |
|---|---|---|---|---|---|---|---|
| | 8/29/2020 | EXP | SWAB | | Pending | | Contact with Positive Family member/ using FFLA |
| | 8/31/2020 | SYMPTOMATIC | SWAB | | Pending | | Not specific |
| | 8/31/2020 | EXP | SWAB | | Pending | | Exposed to friend who tested positive for COVID |
| | 9/1/2020 | EXP | SWAB | | Pending | | Exposed to person who tested positive for COVID |
| | 9/1/2020 | EXP | SWAB | | Pending | | Contact with Positive Family member |



FCC THX

# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to (b)(6); (b)(7)(C) @bop.gov) and (b)(6); (b)(7)(C) @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

## Include the following information when reporting:

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | USP |
| Employee Department: | Custody |
| Last Day of Work: | 7-20-20 |
| First Day of Symptoms: | 7-21-20 |
| Test Date: | 7-22-20 |
| Test Confirmed Date: | 7-27-20 . |
| Test Report Date: | 7-27-20 . |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | (b)(6); (b)(7)(C) |
| *Number of known staff contacts: (b)(6) | "Can't recall – (b)(6); (b)(7)(C) |
| *Staff notified and given the priority testing memo? | The only real staff he could recall being around were at a local establishment recently closed down du to a positive covid positive employee. |
| *Number of known inmate contacts: | Unknown |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | No. We are on modified lock down anyway. |
| *Were staff wearing facial covering or PPE during potential exposure window? | "I can't recall", "I think so as far as wearing a mask". Obviously was not wearing one while out with friends. |

*Needed for CI

**Sensitive But Unclassified**

Version 2.0 Updated 7-21-2020

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

### Overview:

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

### Definitions:

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur –** which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - o  Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - o  Caring for a sick person with COVID-19
  - o  Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - o  Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

| Inmate Name: | | Registration #: | | Facility Intake Date: | |
|---|---|---|---|---|---|
| STAFF MEMBER: | (b)(6); (b)(7)(C) | | DEPT  CO | | FACILITY  DSP |
| Interviewer Name: | (b)(6); (b)(7)(C) | | | Interview Date:  7/27/20 | |

7/28/20 Call from [(b)(6); (b)(7)(C)]   VCBH.  Finally got in
touch z [(b)(6); (b)(7)(C)]  te was feeling  worse, so
they advised he go to hospital.   Phone #
_____ ___ ___ _____ _____   7/30/20   [(b)(6); (b)(7)(C)]

*Saw 18th - for 20th day*
*19 - for 20th day*    **Goes there all the time**

*Federal Bureau of Prisons*                    (b)(6); (b)(7)(C)

1. **Review the COVID diagnosis with the person:**          (b)(6); (b)(7)(C)
   ☑ Assess person's knowledge of the condition.
   ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
   ☑ Describe how COVID is transmitted (droplet).
   ☑ Discuss the need to identify potentially exposed contacts.

2. **Ask about the history:**
a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☑ Yes ☐ No.
   IF YES, where and when? ON (b)(6), (b)(7)(C)

b. Have you had a positive COVID test? ☑ YES ☐ NO.
   IF YES, where and when? 7/22 - tested 7/27 results back positive.

c. Have you been diagnosed with COVID-19? ☑ YES ☐ NO.
   IF YES, where and when?

3. **Ask about medical history: (NA for staff)**
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| (b)(6); (b)(7)(C) Have you had any following symptoms? | IF Yes, how long have you had them? When did they start? (b)(6); (b)(7)(C) |
|---|---|
| Cough | |
| Fever | |
| Shortness of breath | |
| Chills | |
| Muscle pain | |
| Lethargy or fatigue | |
| Headache | |
| GI symptoms-Nausea or Diarrhea (3+ stools in 24 hours) | |
| Chest pain or tightness | |
| Sore throat | |
| Loss of taste or smell | |
| Other: | |

**Date of symptom onset:** 7/21/21

Contact Investigation – Interview Questions (page 1 of 3)

*Tues 21st 14th 20th*

(b)(6); (b)(7)(C)  *Co workers Can't recall*   (b)(6); (b)(7)(C)

*Federal Bureau of Prisons*                                      *Contact Investigation for COVID-19 Illness*

---

**11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

**(For Staff: Only close contacts that work at institution)**

Nobody.

---

**12. Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |

**13. Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

**14. Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**15. Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?**

No.

**16. Ask: Do you have any questions about the COVID-19 illness?**

No going day by day

*Federal Bureau of Prisons*                                    *Contact Investigation for COVID-19 Illness*

| 5. | **Ask about the risk factors:** | | | |
|---|---|---|---|---|
| | (b)(6); (b)(7)(C) | lease answer the following questions: | When and Where? | |
| | | re you living with someone diagnosed with COVID-19? | | |
| | | ave you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | (b)(6); (b)(7)(C) | |
| | | re you part of a carpool to work or use public transit? | | |

| 6. | **If symptoms began prior to arrival at facility: (not applicable to staff)** |
|---|---|
| a. | Where were you living? |
| b. | Who were you living with? |

**7. Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | *Sleep  work* |
| Mid-Day | |
| Afternoon | |
| Evening | |

**8. Ask: Has this been your pattern during the period since 7/1/ (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | *Nothing changed* |

**9. *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?**

**9. Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

FCCTHX



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to (b)(6); (b)(6); (b)(7)(C) @bop.gov) and (b)(6); (b)(7)(C) @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | Housed @ USP but was around approx. 70 inmates (b)(6); (b)(7)(C) |
| Employee Department: | (b)(6); (b)(7)(C) |
| Last Day of Work: | 6/4/20 |
| First Day of Symptoms: | 6/1/20  (b)(6); (b)(7)(C) 6/5/20 |
| Test Date: | 6/4/20 |
| Test Confirmed Date: | 6/6/20 |
| Test Report Date: | 6/6/20 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | Was in the office most of the time. Reports any inmates he was around was correct social distancing & had masks on |
| *Number of known staff contacts: | minimal |
| *Staff notified and given the priority testing memo? | ? |
| *Number of known inmate contacts: | approx 70, however all were appropriate & social distance and masks were work. |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | No |
| *Were staff wearing facial covering or PPE during potential exposure window? | Yes |

*Needed for CI

**Sensitive But Unclassified**

Version 2.0 Updated 7.21.2020

## CONTACT INVESTIGATION Questions for COVID-19 Illness
### Staff and Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- **Do NOT file interview documentation in the inmate's medical record or staff record.**

**Patient Name:**_____**Registration #:**_____**Facility Intake Date:** _____

**STAFF MEMBER:** (b)(6); (b)(7)(C)

**Interviewer Name** (b)(6); (b)(7)(C)     **Interview Date:** 6 | 5 | 2020

1. **Review the COVID diagnosis with the person:**
   - ☑ Assess person's knowledge of the condition.
   - ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
   - ☑ Describe how COVID is transmitted (droplet).
   - ☐ Discuss the need to identify potentially exposed contacts.

2. **Ask about the history:**
   a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☑ Yes ☐ No.
      IF YES, where and when?
      Last contact   Wed
   b. Have you had a positive COVID test? ☐ YES ☐ NO.
      IF YES, where and when?
      Test pending
   c. Have you been diagnosed with COVID-19? ☐ YES ☐ NO.
      IF YES, where and when?

3. **Ask about medical history: (NA for staff)**
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| (b)(6); (b)(7)(C) | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|---|---|---|
|  |  | (b)(6); (b)(7)(C) |
|  | Cough? |  |
|  | Fever? |  |
|  | Shortness of breath |  |
|  | Chills? |  |
|  | Lethargy or fatigue? |  |
|  | Chest pain or tightness? |  |
|  | Sore throat? Other? (b)(6); (b)(7)(C) |  |

**Date of symptom onset:**_____

11. Ask: In the last **5** days... ..Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19?

(For Staff: Only close contacts that work at institution)

NONE

12. **Inmates - Ask: Did you have any visitors 5 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

13. **Inmates - Ask: Since  /  /   (5 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

14. **Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

15. **Ask: Is there any other information that might help identify anyone else you've been in contact with?**
Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?

Staff member reports staying in office most of time. The inmate interactions were brief, and staff / inmate wearing face covers at all time. A distance btw also.

16. **Ask: Do you have any questions about the COVID-19 illness?** Member
No questions; Staff Member who called by local health Dept and informed of CoV info.

COVID-1 Contact Investigation – Interview Questions (page 3 of 3)

**5.** **Ask about the risk factors:**

| YES | NO | Please answer the following questions: | When and Where? |
|---|---|---|---|
| (b)(6);(b)(7)(C) | | Are you living with someone diagnosed with COVID-19? | |
| | | Have you had contact with someone diagnosed with COVID-19 (> 30 minutes, < 6 feet)? | (b)(6); (b)(7)(C) |

**6.** **If symptoms began prior to arrival at facility: (not applicable to staff)**

| a. | Where were you living? |
|---|---|
| b. | Who were you living with? |

**7.** **Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | (b)(6); (b)(7)(C)  M−F   7:30 −4pm |
| Mid-Day | |
| Afternoon | |
| Evening | |

**8.** **Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**9.** ***Staff only:*** **Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 5 days prior to illness?**

NO

**9.** **Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV? | | | |
| | | Playing cards or games? | | | |
| | | Religious services? | | | |
| | | Recreation or sports? | | | |
| | | Work? | | | |
| | | Education? | | | |
| | | Library? | | | |
| | | Other? | | | |
| | | Other? | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

## CONTACT INVESTIGATION Questions for COVID-19 Illness
### Staff or Inmate

---

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for

(1) establishing the infectious period;  and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do Not file interview documentation in the inmate's medical record *or* ***staff record.***
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:**  There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

**Inmate Name** [REDACTED (b)(6); (b)(7)(C)]  **Registration #** [REDACTED (b)(6); (b)(7)(C)]  **Facility Intake Date:** 4·21·20

**STAFF MEMBER:** _____  **DEPT** _____  **FACILITY** DSP B²

**Interviewer Name** [REDACTED (b)(6); (b)(7)(C)]  **Interview Date:** 8-11·20

Cellmate [REDACTED (b)(6); (b)(7)(C)]

V/04

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 illness

---

**1.  Review the COVID diagnosis with the person:**
- ☑ Assess person's knowledge of the condition.
- ☐ Describe COVID, how it is diagnosed and treated, and the treatment plan.
- ☐ Describe how COVID is transmitted (droplet).
- ☑ Discuss the need to identify potentially exposed contacts.

**2.  Ask about the history:**

**a.** Have you had any known contact with a confirmed or probable diagnosis of COVID? ☐ Yes ☑ No.
IF YES, where and when?

**b** Have you had a positive COVID test? ☑ YES ☐ NO.
IF YES, where and when?  8/10/20    TEST  Neg 7/27/20

**c.** Have you been diagnosed with COVID-19? ☑ YES ☐ NO.
IF YES, where and when?  8/10/20

**3.  Ask about medical history: (NA for staff)**
What other medical conditions do you have?  Nothing

**4.  Ask about history of COVID symptoms:**

| (b)(6), (b)(7)(C) | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|---|---|---|
| | Cough | (b)(6), (b)(7)(C) |
| | Fever | |
| | Shortness of breath | |
| | Chills | |
| | Muscle pain | |
| | Lethargy or fatigue | |
| | Headache | |
| | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | Chest pain or tightness | |
| | Sore throat | |
| | Loss of taste or smell | |
| | Other: | |
| **Date of symptom onset:__/__/__** | | |

Contact Investigation – Interview Questions (page 1 of 3)

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 Illness

**5.** Ask about the risk factors:

| (b)(6); (b)(7)(C) | Please answer the following questions: | When and Where? |
|---|---|---|
| | Are you living with someone diagnosed with COVID-19? | |
| | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| | Are you part of a carpool to work or use public transit? | |

**6.** If symptoms began prior to arrival at facility: (not applicable to staff)

**a.** Where were you living? NA

**b.** Who were you living with? Asymptomatic

**7.** Please describe your previous day-to-day activities at this facility:

| Time of Day | Daily Activities |
|---|---|
| Morning | Coffee, stretch, read, draw |
| Mid-Day | Music or talk to other (b)(6); (b)(7)(C) |
| Afternoon | Music or draw |
| Evening | Read, workout, face. |

**8.** Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | Nothing has changed.* Asymptomatic |

**9.** *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

**9.** Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| ✓ | | Watching TV | Wasn't watching TV | until 150 | |
| | ✓ | Playing cards or games | | | |
| | ✓ | Religious services | | | |
| | ✓ | Recreation or sports | ✗ | | |
| | ✓ | Work | in cell | | |
| | ✓ | Education | | | |
| | ✓ | Library | Just rosing | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 Illness

11. **Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

(For Staff: Only close contacts that work at institution)

Only cellie [(b)(6); (b)(7)(C)] on 8th c 9th

[(b)(6); (b)(7)(C)] went home on 10th

12. **Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | None |
| | | |
| | | |

13. **Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| Asymptomatic | |

14. **Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| No. | | |
| it | | |
| Just you today | | |

15. **Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?**

No.

16. **Ask: Do you have any questions about the COVID-19 illness?**

None

COVID-1 Contact Investigation – Interview Questions (page 3 of 3)

(b)(6); (b)(7)(C) **Staff Recovered Request-**(b)(6); (b)(7)(C)

**From:**    THA/Command Center~
**To:**      (b)(6); (b)(7)(C)
**Date:**    8/31/2020 4:05 PM
**Subject:** Staff Recovered Request-(b)(6); (b)(7)(C)
**CC:**      (b)(6); (b)(7)(C)

**Staff Recovered Request**
Name:(b)(6); (b)(7)(C)
Department: Correctional Services
Last Day at Work:  8/11/2020  (b)(6); (b)(7)(C)
First Symptoms:  8/11/2020
Test Date: 8/13/2020
Test Confirmed Date: 08/15/2020 POSITIVE
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  N/A

**Date Back to Work: 8/28/2020**
**Symptomatic/Asymptomatic: Asymptomatic (over 10 days)**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

- (1) establishing the infectious period:  and
- (2) Identifying potential contacts.
- (3) When utilizing for staff investigation, if question is not applicable, note N/A.

### Overview:

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or **staff record.***
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

### Definitions:

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur –** which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:**  There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

(b)(6); (b)(7)(C)

Inmate Name:_____ Registration #:_____ Facility Intake Date: _____

**STAFF MEMBER:** (b)(6); (b)(7)(C) DEPT _C/O_ _____ FACILITY _FC1_

Interviewer Name (b)(6); (b)(7)(C) _____ Interview Date: __8/15/20__

*Federal Bureau of Prisons*                                                      *Contact Investigation for COVID-19 Illness*

**5.** **Ask about the risk factors:**

| (b)(6); (b)(7)(C) | | |
|---|---|---|
| | lease answer the following questions: | When and Where? |
| | re you living with someone diagnosed with COVID-19? | (b)(6); (b)(7)(C) |
| | ave you had contact with someone diagnosed with OVID-19 (> 10 minutes, < 6 feet)? | |
| | re you part of a carpool to work or use public transit? | |

**6.** **If symptoms began prior to arrival at facility:** (not applicable to staff)

| | | |
|---|---|---|
| a. | Where were you living? | N/A |
| b. | Who were you living with? | |

**7.** **Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | *Sleep work* |
| Mid-Day | *Workout out a Fitness there 3/8* |
| Afternoon | *Anytime Not been open* |
| Evening | *July* |

**8.** **Ask: Has this been your pattern during the period since** �__ *1/09/20* (2 days before symptom onset), **or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| ✓ | | *Worked* (b)(6); (b)(7)(C) *on EW on 9th : 10th* |

**9.** *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

*No*

**9.** **Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | N/A | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

(b)(6); (b)(7)(C)  **Contact Investigation**

**From:** (b)(6); (b)(7)(C)
**To:**
**Date:** 8/15/2020 7:30 PM
**Subject:** Contact Investigation
**BC:** (b)(6); (b)(7)(C)

The following staff were identified to not have a mask on or not wearing it properly around Officer (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) (Correctional Services)
(b)(6); (b)(7)(C) (Health Services)
(b)(6); (b)(7)(C) (Correctional Services)
(b)(6); (b)(7)(C) (Correctional Services)
(b)(6); (b)(7)(C) (Facilities)
(b)(6); (b)(7)(C) (Correctional Services) (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) (Correctional Services)
(b)(6); (b)(7)(C) (Correctional Services) (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C) (Correctional Services) (b)(6);

The following staff were identified to not have a mask on or not wearing it properly around Officer (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) (Correctional Services)

## CONTACT INVESTIGATION Questions for COVID-19 Illness
### Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for

(1) establishing the infectious period, and

(2) Identifying potential contacts

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

### Overview:

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

### Definitions:

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days)
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Clean - clean move.

Dei M

| | | |
|---|---|---|
| **Inmate Name:** | ation # | cility Intake Date: 2/20/19 |
| **STAFF MEMBER:** _____ | DEPT _____ | FACILITY USP |
| **Interviewer Nam** | | **Interview Date:** 8/12/20 |

Cellmate:

V109

1.  **Review the COVID diagnosis with the person:**
    ☑ Assess person's knowledge of the condition
    ☑ Describe COVID, how it is diagnosed and treated  and the treatment plan
    ☐ Describe how COVID is transmitted (droplet)
    ☑ Discuss the need to identify potentially exposed contacts

2.  **Ask about the history:**
a.  Have you had any known contact with a confirmed or probable diagnosis of COVID? ☐ Yes ☐ No
    IF YES, where and when?    No

b   Have you had a positive COVID test?  ☐ YES ☐ NO.
    IF YES  where and when?

c.  Have you been diagnosed with COVID-19? ☐ YES ☐ NO
    IF YES. where and when?

3.  **Ask about medical history: (NA for staff)**     (b)(6); (b)(7)(C)
    What other medical conditions do you have?

4.  **Ask about history of COVID symptoms:**
    (b)(6); (b)(7)(C)              you had any of the following symptoms?    IF Yes  how long have you had them? When did they start?
                                                                             (b)(6); (b)(7)(C)

    ess of breath

    e pain
    gy or fatigue
    che
    nptoms-Nausea or Diarrhea ( 3+
    in 24 hours)
    pain or tightness
    hroat
    f taste or smell

    Date of symptom onset:___ /___ /
    Contact Investigation – Interview Questions (page 1 of 3)

**5. Ask about the risk factors:**

| (b)(6), (b)(7)(C) | ase answer the following questions | When and Where? |
|---|---|---|
| | you living with someone diagnosed with COVID-19? | |
| | e you had contact with someone diagnosed with VID-19 (> 10 minutes, < 6 feet)? | |
| | you part of a carpool to work or use public transit? | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

a. Where were you living? ASUMP₹₂·matic

b. Who were you living with? (b)(6), (b)(7)(C)  cellic, not sick

**7. Please describe your pre_____ _____ at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | Exercise, breakfast, shower, Lockin rook |
| Mid-Day | Some Read, Watch TV² |
| Afternoon | Same |
| Evening | Same Nothing Λ³ |

**8. Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change |
|---|---|---|
| | | Been the Same None (b)(6), (b)(7)(C) January event to |

**9.** *Staff only:* **Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?**

**9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| ✓ | | Watching TV | Day room when | out for | rec. or in pod |
| | ✓ | Playing cards or games | | | |
| | ✓ | Religious services | | (b)(6), (b)(7)(C) | |
| ✓ | | Recreation or sports | Naytor N | ↗ | |
| ✓ | | Work | | | |
| | ✓ | Education | | | |
| | ✓ | Library | | | |
| | | Other: | Ø | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

**11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

**(For Staff: Only close contacts that work at institution)**

**12. Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |

**13. Inmates - Ask: Since / / (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

**14. Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| (b)(6); (b)(7)(C) | | |
| | | |
| | | |
| | | |

**15. Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?**

(b)(6); (b)(7)(C)

None  Only  other  inmate  but  wasnt  close to  anyone

**16. Ask: Do you have any questions about the COVID-19 illness?**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
### Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for

(1) establishing the infectious period; and

(2) Identifying potential contacts

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

### Overview:



- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or **staff record.***
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

### Definitions:

- **Main symptoms of COVID-19:**  Fever and cough; shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours)
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days)
- **Treatment:**  There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
    - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
    - Caring for a sick person with COVID-19
    - Being within 6 feet of a sick person with COVID-19 for about 10 minutes; OR
    - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)



**Inmate Name** _____  **Registration** _____  Facility Intake Date: 4/22/20

**STAFF MEMBER:** _____  **DEPT** _____  **FACILITY** _____

**Interviewer Name:** _____  Interview Date: 8/11/20



Cellmate.

1. **Review the COVID diagnosis with the person:**
   ☑ Assess person's knowledge of the condition.
   ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan
   ☑ Describe how COVID is transmitted (droplet)
   ☑ Discuss the need to identify potentially exposed contacts

2. **Ask about the history:**

a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☐ Yes ☒ No
   IF YES, where and when?  *UNKnown*

b. Have you had a positive COVID test? ☒ YES ☐ NO.
   IF YES, where and when?

c. Have you been diagnosed with COVID-19? ☒ YES ☐ NO.
   IF YES, where and when?  *Aug*  *@ FCC THP*  (b)(6); (b)(7)(C)

3. **Ask about medical history: (NA for staff** (b)(6); (b)(7)(C)
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| (b)(6); (b)(7)(C) ou had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|---|---|
| | (b)(6); (b)(7)(C) |
| ess of breath | |
| pain | |
| y or fatigue | |
| che | |
| ptoms-Nausea or Diarrhea ( 3+ n 24 hours) | |
| ain or tightness | |
| roat | |
| taste or smell | |

*Denies*

Date of symptom onset: ___/___/___  *A Symptomatic*

[illegible]                                        (b)(6), (b)(7)(C)                              [illegible]

**5.** Ask about the risk factors:

(b)(6), (b)(7)(C)

| ...se answer the following questions | When and Where? |
|---|---|
| ...ou living with someone diagnosed with COVID-19? | |
| ...e you had contact with someone diagnosed with ...ID-19 (> 10 minutes, < 6 feet)? | not aware of ' |
| ...ou part of a carpool to work or use public transit? | |

**6.** If symptoms began prior to arrival at facility: (not applicable to staff)   (b)(6), (b)(7)(C)

**a.** Where were you living?   Has been here since

**b.** Who were you living with?   NA

**7.** Please describe your previous day-to-day activities at this facility:

| Time of Day | Daily Activities |
|---|---|
| Morning | Wake up |
| Mid-Day | Nothing |
| Afternoon | Nothing just walk about cell |
| Evening | Same thing" |

**8.** Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?

Same | Changed

How and when did your daily pattern change?

✓   Been that way since I got here"

**9.** *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

**9.** Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| ✓ | | Watching TV | (b)(6), (b)(7)(C) through door | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: Nothing | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)

(For Staff: Only close contacts that work at institution)

12. Inmates - Ask: Did you have any visitors 2 days before symptom onset? ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |

13. Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

14. Ask: Are there any staff members that you have had close contact with? ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

15. Ask: Is there any other information that might help identify anyone else you've been in contact with?
Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?

16. Ask: Do you have any questions about the COVID-19 illness?

HDW long am I going to be in unit.

COVID-1 Contact Investigation – Interview Questions (page 3 of 3)



[b)(6); (b)(7)(C)] **- Fwd: + COVID RESULT/** [b)(6); (b)(7)(C)] **/ USP**

**From:**        THA/Command Center~
**To:**          [b)(6); (b)(7)(C)]
**Date:**        8/10/2020 7:41 AM
**Subject:**     Fwd: + COVID RESULT [b)(6); (b)(7)(C)] / USP
**Attachments:** [b)(6); (b)(7)(C)] +.pdf

So you're tracking

>>> THA/Command Center~ 8/10/2020 7:39 AM >>>
Inmate [b)(6); (b)(7)(C)] has tested POSITIVE.  He is currently housed in [b)(6); (b)(7)(C)] His cellie, [b)(6); (b)(7)(C)] [b)(6); (b)(7)(C)] and him need to be moved over to [b)(6); (b)(7)(C)] Isolation.

>>> [b)(6); (b)(7)(C)] 8/10/2020 7:05 AM >>>

[b)(6); (b)(7)(C)]
**Medical laboratory Technician**
**812-238-1531  xt**[b)(6);]

[b)(6); (b)(7)(C)] **@bop.gov**

**Staff Recovered Request-**

| | |
|---|---|
| **From:** | THA/Command Center~ |
| **To:** | (b)(6); (b)(7)(C) |
| **Date:** | 8/28/2020 12:51 PM |
| **Subject:** | Staff Recovered Request- (b)(6); (b)(7)(C) |
| **CC:** | (b)(6); (b)(7)(C) |

**Staff Recovered Request**

Name: (b)(6); (b)(7)(C)
Department: Correctional Services
Last Day at Work: 8/11/2020
First Symptoms: 8/15/2020 (b)(6); (b)(7)(C)
Test Date: 8/16/2020
Test Confirmed Date: 08/16/2020 POSITIVE (verbal confirmation)
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  N/A

Illinois State Board of Health instructed him to quarantine for 10 days.
**Date Back to Work: 8/28/2020**
**Symptomatic/Asymptomatic: Asymptomatic (over 10 days)**

# CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or **staff record.***
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur –** which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - o  Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - o  Caring for a sick person with COVID-19
  - o  Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - o  Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Inmate Name:_____ Registration #:_____ Facility Intake Date: _____

STAFF MEMBER [(b)(6); (b)(7)(C)] DEPT *Correct. Service* FACILITY *FCI*

Interviewer Name: _____     Interview Date: _____

*Easy Care* [(b)(6); (b)(7)(C)]

[(b)(6); (b)(7)(C)]

*Federal Bureau of Prisons*                                                                   *Contact Investigation for COVID-19 illness*

1. **Review the COVID diagnosis with the person:**
   - ☑ Assess person's knowledge of the condition.
   - ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan. *Isolation x 10 days*
   - ☑ Describe how COVID is transmitted (droplet).
   - ☑ Discuss the need to identify potentially exposed contacts. *Corridor - ~~Yes~~ No outside, alone*

2. **Ask about the history:**
a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☑ Yes ☐ No.
   IF YES, where and when? *FCI - Aug 8th   Picking up covid. Cohort*
b. Have you had a positive COVID test? ☑ YES ☐ NO.
   IF YES, where and when? *Rapid test   Easy Care*   (b)(6); (b)(7)(C)
c. Have you been diagnosed with COVID-19? ☑ YES ☐ NO.
   IF YES, where and when?   (b)(6); (b)(7)(C)   *Easy Care*   (b)(6); (b)(7)(C)

3. **Ask about medical history: (NA for staff)**
   What other medical conditions do you have?   (b)(6); (b)(7)(C)

4. **Ask about history of COVID symptoms:**

| (b)(6); (b)(7)(C) | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|---|---|---|
| | Cough | (b)(6); (b)(7)(C) |
| | Fever | |
| | Shortness of breath | |
| | Chills | |
| | Muscle pain | |
| | Lethargy or fatigue | |
| | Headache | |
| | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | Chest pain or tightness | |
| | Sore throat | |
| | Loss of taste or smell | |
| | Other: | |

Date of symptom onset: *8/11/20*

*Federal Bureau of Prisons*                                    *Contact Investigation for COVID-19 Illness*

**Ask about the risk factors:**

(b)(6), (b)(7)(C)

| Please answer the following questions: | When and Where? |
|---|---|
| Are you living with someone diagnosed with COVID-19? | |
| Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | (b)(6), (b)(7)(C) |
| Are you part of a carpool to work or use public transit? | |

**6.** If symptoms began prior to arrival at facility: (not applicable to staff)

**a.** Where were you living?

**b.** Who were you living with?

NA

**7.** Please describe your previous day-to-day activities at this facility:

| Time of Day | Daily Activities |
|---|---|
| Morning | |
| Mid-Day | |
| Afternoon | |
| Evening | |

*Been at ... since (2th ... sleeping*

**8.** Ask: Has this been your pattern during the period since ___/___/___ (2 days before symptom onset), or has the way you spend your time changed in any way?

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | |

**9.** *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

**9.** Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

NA

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

**11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

(For Staff: Only close contacts that work at institution)

(b)(6); (b)(7)(C)

**12. Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**13. Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

**14. Ask: Are there any staff members that you have had close contact with?** ☑ YES ☐ NO

| Staff Name | | |
|---|---|---|
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | Thurs / Friday ⟶ not seen in 4-5 days |
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) notified | |
| | (b)(6); (b)(7)(C) | |
| Work detail crew ⊕ — 2 | out of (b)(6); (b)(7)(C) | orderly |
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | |
| | (b)(6); (b)(7)(C) | |

(b)(6); (b)(7)(C)

**15. Ask: Is there any other information that might help identify anyone else you've been in contact with?**
Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?  Staff.
(b)(6); (b)(7)(C)

**16. Ask: Do you have any questions about the COVID-19 illness?**

(b)(6); (b)(7)(C)    **Staff Recovered Request-** (b)(6); (b)(7)(C)

**From:**      THA/Command Center~
**To:**        (b)(6); (b)(7)(C)
**Date:**      8/26/2020 2:37 PM
**Subject:**   Staff Recovered Request- (b)(6); (b)(7)(C)
**CC:**        (b)(6); (b)(7)(C)

**Staff Recovered Request**
Name: (b)(6); (b)(7)(C)
Department: Correctional Services
Last Day at Work: 8/12/2020
First Symptoms: 8/12/2020
Test Date: 8/13/2020
Test Confirmed Date: 08/15/2020 POSITIVE
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  N/A

Indiana State Board of Health instructed her to stay home until at least 8/26/2020
**Date Back to Work: 8/26/2020**
**Symptomatic/Asymptomatic: Asymptomatic (over 10 days)**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates. job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do Not file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough. shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g.. being coughed on, sharing cups or utensils. sharing personal items, kissing, etc.)

(b)(6); (b)(7)(C)

**Inmate Name:**_____ **Registration #:**_____ **Fac**

**STAFF MEMBER:** (b)(6); (b)(7)(C) **DEPT** C/U **FACILITY** FCI (b)(6); (b)(7)(C)

**Interviewer Name** (b)(6); (b)(7)(C) **Interview Date:** 8/15/2

*Federal Bureau of Prisons*                                    *Contact Investigation for COVID-19 Illness*

**5. Ask about the risk factors:**

| | | When and Where? |
|---|---|---|
| (b)(6); (b)(7)(C) | ase answer the following questions: | (b)(6); (b)(7)(C) |
| | e you living with someone diagnosed with COVID-19? | |
| | ve you had contact with someone diagnosed with OVID-19 (> 10 minutes, < 6 feet)? | |
| | e you part of a carpool to work or use public transit? | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

| a. | Where were you living? | N/A |
|---|---|---|
| b. | Who were you living with? | |

**7. Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | |
| Mid-Day | *Sleeping off while ... Ordering groceries, inmates, Normal duties* |
| Afternoon | |
| Evening | |

**8. Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| ✓ | | *Only worked the 8th* |

**9.** *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

**9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | N/A | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)



(b)(6); (b)(7)(C)   **Fwd: Positive Staff Info -**(b)(6); (b)(7)(C)

**From:**   THA/Command Center~
**To:**   (b)(6); (b)(7)(C)
**Date:**   8/21/2020 9:33 AM
**Subject:**   Fwd: Positive Staff Info -(b)(6); (b)(7)(C)

>>> THA/Command Center~ 8/15/2020 11:36 AM >>>
Name:(b)(6); (b)(7)(C)
Department: Correctional Services
Last Day at Work:  8/12/2020
First Symptoms:  8/12/2020
Test Date: 8/13/2020
Test Confirmed Date: 08/15/2020 POSITIVE
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  N/A

Indiana State Board of Health instructed her to stay home until at least 8/26/2020

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do Not file interview documentation in the inmate's medical record or **staff record.**
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:**  There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Inmate Name:_____ Registration #:_____ Facility Intake Date: _____

STAFF MEMBER [(b)(6); (b)(7)(C)] _____DEPT_Correctional Serv._ FACILITY_VSP_

Interviewer Name [(b)(6); (b)(7)(C)] Interview Date: ___9|10|20___

[(b)(6); (b)(7)(C)]

*Federal Bureau of Prisons*                                    *Contact Investigation for COVID-19 Illness*

| 5. | **Ask about the risk factors:** | | |
|---|---|---|---|
| (b)(6); (b)(7)(C) | Please answer the following questions: | When and Where? | |
| | Are you living with someone diagnosed with COVID-19? | | |
| | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | | |
| | Are you part of a carpool to work or use public transit? | | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

| a. | Where were you living? | N/A |
|---|---|---|
| b. | Who were you living with? | N/A |

**7. Please describe your previous day-to-day activities at this facility** *(b)(6); (b)(7)(C)* USP

Works 2-10 pm

| Time of Day | Daily Activities |
|---|---|
| Morning | |
| Mid-Day | |
| Afternoon | Not doing a whole lot, get count slips *(b)(6); (b)(7)(C)* trash @ 7pm |
| Evening | Trash 7- 8:30 pm   Spends down time in break room |

*[handwritten left margin: csnt ... ar mask break room ... r was ... ially ... ristanced]*

**8. Ask: Has this been your pattern during the period since 9/14/20 (2 days before symptom onset), or has the way you spend your time changed in any way?**

| | Same | Changed | How and when did your daily pattern change? |
|---|---|---|---|
| | Sunday | | Activity hasn't changed. Days off were Friday/Sat. Worked Sunday. Called in Monday morning. |

**9. Staff only: Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?**

Sunday break room. *(b)(6); (b)(7)(C)* not in break room. Can't remember who

**9. Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

(b)(6); (b)(7)(C) **- Re: Staff Positive-** (b)(6); (b)(7)(C)

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **To:** | BOP-CPD/Emergency Operations Center; (b)(6); (b)(7)(C)  NCRO/Command Ce... |
| **Date:** | 9/10/2020 9:42 AM |
| **Subject:** | Re: Staff Positive-(b)(6); (b)(7)(C) |
| **CC:** | (b)(6); (b)(7)(C) |
| **Attachments:** | LHIApptResults09082020.pdf |

Confirmed positive

(b)(6); (b)(7)(C)

Chief, Occupational Safety & Health Branch
Health Services Division
Federal Bureau of Prison
(b)(6); @bop.gov
202-305-(b)(6);

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> THA/Command Center~ 9/10/2020 9:38 AM >>>
Name (b)(6); (b)(7)(C)
Department: Correctional Services
Last day at Work:  09/06/2020
First Symptoms:  09/08/2020
Test Date: 09/08/2020   POSITIVE
Test Confirmed Date: 09/10/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No

file: C: Users BO (b)(6); (b)(7)(C)

FCC THX



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to <span style="background:#0f0">(b)(6)</span> <span style="background:#0f0">(b)(6); (b)(7)(C)</span> @bop.gov) and <span style="background:#0f0">(b)(6); (b)(7)(C)</span> @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | <span style="background:#0f0">(b)(6); (b)(7)(C)</span> |
| Institution: | USP ¿ FCI |
| Employee Department: | C/O |
| Last Day of Work: | 7/26/20 |
| First Day of Symptoms: | 7/24/20 (bad)   7/25/20 |
| Test Date: | 7/27/20 |
| Test Confirmed Date: | 7/31/20 |
| Test Report Date: | 7/31/20  VCBH <span style="background:#0f0">(b)(6); (b)(7)(C)</span> |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | See below. |
| *Number of known staff contacts: | Six was all she could recall. Names were given to command center. |
| *Staff notified and given the priority testing memo? | Staff were notified. |
| *Number of known inmate contacts: | <span style="background:#0f0">(b)(6); (b)(7)(C)</span>  helping □ <span style="background:#0f0">(b)(6); (b)(7)(C)</span> unit during count |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | <span style="background:#0f0">(b)(6); (b)(7)(C)</span> is on quarantine <span style="background:#0f0">(b)(6); (b)(7)(C)</span> Unit at FCI was locked down by exa. staff due to working that unit. |
| *Were staff wearing facial covering or PPE during potential exposure window? | <span style="background:#0f0">(b)(6); (b)(7)(C)</span> Every one pretty much had masks except in offices station |
| *Needed for CI | Temps and symptom checks completed in <span style="background:#0f0">(b)(6); (b)(7)(C)</span> on 7/31/20 |

Version 2.0 Updated 7.21.2020          **Sensitive But Unclassified**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for

(1) establishing the infectious period   and

(2) Identifying potential contacts

(3) When utilizing for staff investigation. if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital). information can be obtained from cellmates, job supervisors. unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT. etc
- Do NOT file interview documentation in the inmate's medical record *or **staff record.***
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days)
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general. you need to be in close contact with a sick person to get infected. Close contact includes
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
    Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils. sharing personal items, kissing. etc.)

---

**Inmate Name:** ✗    **Registration #:** _____    **Facility Intake Date:** _____

(b)(6); (b)(7)(C)

**STAFF MEMBER:** _____ **DEPT** _C/O_    **FACILITY** _USP_

(b)(6); (b)(7)(C)

**Interviewer Name** _____    **Interview Date:** _7/31/20_

(b)(6); (b)(7)(C)

*[handwritten, illegible]* Lost taste of sense of smell.

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 Illness

---

1. **Review the COVID diagnosis with the person:**
   - ☑ Assess person's knowledge of the condition.
   - ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
   - ☑ Describe how COVID is transmitted (droplet).  *(b)(6), (b)(7)(C)*  **Nobody outside**
   - ☐ Discuss the need to identify potentially exposed contacts.

2. **Ask about the history:**
   a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☐ Yes ☑ No
      IF YES, where and when? **No one actually diagnosed.**
   b. Have you had a positive COVID test? ☑ YES ☐ NO  *(b)(6), (b)(7)(C)*   **Resulted back 7/31/20**
      IF YES, where and when? **Contacted by V.G.H.D   Monday - test 7/27/20**
   c. Have you been diagnosed with COVID-19? ☑ YES ☐ NO   *(b)(6), (b)(7)(C)*
      IF YES, where and when? **Tested a) Convient care from Dr. office**

3. **Ask about medical history: (NA for staff)**  **NA**
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| *(b)(6), (b)(7)(C)* | Have you had any of the following symptoms? | *(b)(6), (b)(7)(C)* |
|---|---|---|
| | Cough | |
| | Fever | |
| | Shortness of breath | |
| | Chills | |
| | Muscle pain | |
| | Lethargy or fatigue | |
| | Headache | |
| | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | Chest pain or tightness | |
| | Sore throat | |
| | Loss of taste or smell | |
| | Other: | |

Date of symptom onset: **July 2020**

Contact Investigation – Interview Questions (page 1 of 3)

Federal Bureau of Prisons                    Contact Investigation for COVID-19 illness

*Wears mask ~~back~~ at work* *(handwritten across top)*

| 5. | **Ask about the risk factors:** | | |
|---|---|---|---|
| (b)(6), (b)(7)(C) | Please answer the following questions | | When and Where? |
| | Are you living with someone diagnosed with COVID-19? | | |
| | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | | (b)(6); (b)(7)(C) |
| | Are you part of a carpool to work or use public transit? | | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

| a. | Where were you living? | |
|---|---|---|
| b. | Who were you living with? | |

**7. Please describe your previous day-to-day activities at this facility:** *Works* (b)(6); (b)(7)(C) *till Sat 7/26/20* *(handwritten: Starts (b)(6) that week)*

| Time of Day | Daily Activities |
|---|---|
| Morning | *Home* — *7/24/20* |
| Mid-Day | *Came to Works → Friday* (b)(6), (b)(7)(C) *Mandate FCI M* |
| Afternoon | *Sat Eve* (b)(6), (b)(7)(C) *Day watch* (b)(6), (b)(7)(C) *– on 7/26/20* |
| Evening | |

*Wer'nt feeling sick on Sunday at Work, then felt sick (handwritten across)*

**8. Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | *See above.* |

**9. Staff only: Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?**

**9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other | | | |
| | | Other | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 Illness

11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there others whom you've spent time with that you would be concerned about getting exposed COVID-19? (>15 minutes of close contact)    [b)(6), (b)(7)(C)]

(For Staff: Only close contacts that work at institution)
[b)(6), (b)(7)(C)]

Sunday - [b)(6), (b)(7)(C)]  Sat Eve [b)(6), (b)(7)(C)]  MW - [b)(6), (b)(7)(C)]
helped [b)(6); [b)(6)(7)(C)]  to count, Friday [b)(6), (b)(7)(C)]
[b)(6); (b)(7)(C)]  23rd                                    7/24

12. Inmates - Ask: Did you have any visitors 2 days before symptom onset? ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

13. Inmates - Ask: Since / / (2 days before symptom onset) have you had lawyer visits?
☐ YES ☐ NO

| Lawyer Name/Info | | When Visited |
|---|---|---|
|  |  |  |
|  |  |  |

14. Ask: Are there any staff members that you have had close contact with? ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| [b)(6); (b)(7)(C)] | [b)(6); (b)(7)(C)]  Negative | |
| [b)(6); (b)(7)(C)] | Tested 8/3  Tested 8/4  Neg  Neg | Refused testing [b)(6); (b)(7)(C)] ✗ |
|  | [b)(6); (b)(7)(C)]  Wed | |

15. Ask: Is there any other information that might help identify anyone else you've been in contact with?
Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?

16. Ask: Do you have any questions about the COVID-19 illness?

COVID-1 Contact Investigation – Interview Questions (page 3 of 3)

(b)(6); (b)(7)(C) **Positive Staff Info**

**From:** THA/Command Center~
**To:** (b)(6); (b)(7)(C)
**Date:** 7/31/2020 11:38 AM
**Subject:** Positive Staff Info

Name (b)(6); (b)(7)(C)
Department: Correctional Services
Last day at Work: 07/26/2020
First Symptoms: 07/26/2020
Test Date: 07/27/2020  POSITIVE
Test Confirmed Date: 07/31/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No

**PHONE NUMBER:** (b)(6); (b)(7)(C)

Her current schedule is below:

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) - **Re: Positive Staff Info**

**From:** THA/Command Center~
**To:** (b)(6); (b)(7)(C)
**Date:** 7/31/2020 11:53 AM
**Subject:** Re: Positive Staff Info

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

>> (b)(6); (b)(7)(C)    7/31/2020 11:46 AM >>>
(b)(6); (b)(7)(C)



(b)(6); (b)(7)(C) RN IDC
FCC Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802-0033
Phone:  812-244-(b)(6); (b)(7)(C)
Fax:  812-238-4773
Email: (b)(6); (b)(7)(C) @bop.gov

>>> THA/Command Center~ 7/31/2020 11:38 AM >>>

Fri. 7/24   [REDACTED (b)(6); (b)(7)(C)]      Mandate to FCI uni [REDACTED (b)(6); (b)(7)(C)]

Sat 7/25   [REDACTED (b)(6); (b)(7)(C)]

Sun  7/26   Shift Δ to day watch 7/26
   Wasn't feeling sick @ work on Sunday, then
   not feeling well. During night into Monda
   started [REDACTED (b)(6); (b)(7)(C)]  Came to work, was told
   temp was fine, turned herself away; went to
   [REDACTED (b)(6); (b)(7)(C)]  to get tested
   Was in [REDACTED (b)(6); (b)(7)(C)]

FCC THX



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to (b)(6); (b)(6); (b)(7)(C)             @bop.gov) and (b)(6); (b)(7)(C)        @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | (b)(6); (b)(7)(C) |
| Institution: | FCC THA    Normally (b)(6); (b)(7)(C) @ FCI EW. |
| Employee Department: | (b)(6); (b)(7)(C) |
| Last Day of Work: | 7/17/20 |
| First Day of Symptoms: | 7/19/20 |
| Test Date: | 7/20/20 |
| Test Confirmed Date: | 7/22/20 |
| Test Report Date: | 7/22/20 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | (b)(6); (b)(7)(C) |
| *Number of known staff contacts: | Unknown (b)(6); (b)(7)(C) |
| *Staff notified and given the priority testing memo? | Yes, staff were notified as many as possible |
| *Number of known inmate contacts: | 0 |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | 0 |
| *Were staff wearing facial covering or PPE during potential exposure window? | Was at a known establishment (during off hours with (b)(6); staff) which has closed due to a positive covid employee. |

*Needed for CI

**Sensitive But Unclassified**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or **staff record.***
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Inmate Name: _____ Registration #: _____ Facility Intake Date: _____

STAFF MEMBER _____ DEPT Fci _____ FACILITY _____

Interviewer Name _____ Interview Date: 7/23/20

*Federal Bureau of Prisons*                                        *Contact investigation for COVID-19 Illness*

---

1. **Review the COVID diagnosis with the person:**
   ☑ Assess person's knowledge of the condition.
   ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
   ☑ Describe how COVID is transmitted (droplet).
   ☑ Discuss the need to identify potentially exposed contacts.

2. **Ask about the history:**
a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☐ Yes ☒ No
   IF YES, where and when?
   Retived ∼1⁄2.

b. Have you had a positive COVID test? ☒ YES ☐ NO.
   IF YES, where and when? Resulted 7/22/20   LI+I care

c. Have you been diagnosed with COVID-19? ☐ YES ☒ NO
   IF YES, where and when?

---

3. **Ask about medical history: (NA for staff)**
   What other medical conditions do you have?

---

4. **Ask about history of COVID symptoms:**

| YES | NO | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|-----|-----|---------------------------------------------|---------------------------------------------------------|
| (b)(6); (b)(7)(C) | | Cough | (b)(6); (b)(7)(C) |
| | | Fever | |
| | | Shortness of breath | |
| | | Chills | |
| | | Muscle pain | |
| | | Lethargy or fatigue | |
| | | Headache | |
| | | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | | Chest pain or tightness | |
| | | Sore throat | |
| | | Loss of taste or smell | |
| | | Other: | |

**Date of symptom onset:** 7/19/20

Contact Investigation – Interview Questions (page 1 of 3)

(b)(6); (b)(7)(C)

*Federal Bureau of Prisons*                                    *Contact Investigation for COVID-19 Illness*

**5. Ask about the risk factors:**

| (b)(6); (b)(7)(C) | Please answer the following questions: | When and Where? |
|---|---|---|
| | Are you living with someone diagnosed with COVID-19? | |
| | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| | Are you part of a carpool to work or use public transit? | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

| a. | Where were you living? | ✗ |
| b. | Who were you living with? | |

**7. Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | Works evenings  (b)(6); (b)(7)(C) |
| Mid-Day | |
| Afternoon | Normal routine, Rds, pass food trays, count |
| Evening | |

**8. Ask: Has this been your pattern during the period since __/__/__ (2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | ✓ | (b)(6); (b)(7)(C) |
| | | (b)(6); (b)(7)(C) |

*Was wearing a mask*

**9. Staff only: Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?**

(b)(6); (b)(7)(C)                                    Just work to home to work.

**9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

(b)(6); (b)(7)(C)

*Federal Bureau of Prisons*                                          *Contact Investigation for COVID-19 Illness*

11. **Ask: In the last 2 days……Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

(For Staff: Only close contacts that work at institution)

Nobody

12. **Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |

13. **Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

14. **Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | |
|---|---|
| (b)(6), (b)(7)(C) | |
| | |
| | |
| | |

15. **Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?** (b)(6), (b)(7)(C)

16. **Ask: Do you have any questions about the COVID-19 illness?**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do Not file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur –** which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days)
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - ○ Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - ○ Caring for a sick person with COVID-19
  - ○ Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - ○ Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Inmate Name: _____  Registration #: _____  Facility Intake Date: _____

STAFF MEMBER: _____  DEPT __C/O__  FACILITY __THY__

Interviewer Name _____  Interview Date: __7/21/20__

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 Illness

(b)(6); (b)(7)(C)

1. **Review the COVID diagnosis with the person:**
   ☑ Assess person's knowledge of the condition.
   ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
   ☑ Describe how COVID is transmitted (droplet).
   ☑ Discuss the need to identify potentially exposed contacts

2. **Ask about the history:**
a. Have you had any known contact with a confirmed or probable diagnosis of COVID? □ Yes ☒ No.
   IF YES, where and when?  (b)(6);
   _Inmate In (b)(7)(C) came over._

b. Have you had a positive COVID test? ☒ YES □ NO.
   IF YES, where and when?

c. Have you been diagnosed with COVID-19? □ YES □ NO
   IF YES, where and when?

3. **Ask about medical history: (NA for staff)**
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| YES | NO | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|---|---|---|---|
| | | Cough | |
| | | Fever | |
| | | Shortness of breath | |
| | | Chills | |
| | | Muscle pain | |
| | | Lethargy or fatigue | |
| | | Headache | |
| | | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | | Chest pain or tightness | |
| | | Sore throat | |
| | | Loss of taste or smell | |
| | | Other: | |

**Date of symptom onset:__/ /**

Contact Investigation – Interview Questions (page 1 of 3)

Mon - Worked went home
Tues: Worked ( Dr. appt.) went home
        Went to (b)(6); (b)(7)(C) but socially isolated
        7 people in group. Last to leave restaurant
                                              8:30- 9:00
Wed: Worked home ate @ home
Thurs: Worked (b)(6); (b)(7)(C)      ate @ home
Fri: (b)(6); (b)(7)(C)      . No temp. Felt bad after work. (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)

*Federal Bureau of Prisons*

*Contact Investigation for COVID-19 Illness*

**5.** Ask about the risk factors:

| (b)(6), (b)(7)(C) | Please answer the following questions: | When and Where? |
|---|---|---|
| | Are you living with someone diagnosed with COVID-19? | (b)(6); (b)(7)(C) |
| | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| | Are you part of a carpool to work or use public transit? | |

**6.** If symptoms began prior to arrival at facility: (not applicable to staff)

a. Where were you living?

b. Who were you living with?

**7.** Please describe your previous day-to-day activities at this facility:

| Time of Day | Daily Activities |
|---|---|
| Morning | |
| Mid-Day | *See back page* |
| Afternoon | |
| Evening | |

**8.** Ask: Has this been your pattern during the period since ___ / ___ / ___ (2 days before symptom onset), or has the way you spend your time changed in any way?

| Same | Changed | How and when did your daily pattern change |
|---|---|---|
| | | (b)(6); (b)(7)(C) |

*Went to get OM to get food. Thurs or Friday. No one in OM.*

*This Friday*

*On Thurs. went to ... ate ... when home ... ate ... Felt fine. Then ... work ... leaving ... bad on Friday*

**9.** *Staff only:* Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?

(b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)   *Not sure about masks. Had mask.*   *in office (No masks)*  (b)(6); (b)(7)(C)

**9.** Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |

*Mon. Tue.*

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

Federal Bureau of Prisons

Contact Investigation for COVID-19 Illness

11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)

(For Staff: Only close contacts that work at institution)

See page before

12. Inmates - Ask: Did you have any visitors 2 days before symptom onset? ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

13. Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| | |
| | |

14. Ask: Are there any staff members that you have had close contact with? ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

15. Ask: Is there any other information that might help identify anyone else you've been in contact with?
Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?

16. Ask: Do you have any questions about the COVID-19 illness?

(b)(6); (b)(7)(C) **Re: Staff Recovered Request** (b)(6); (b)(7)(C)

| | |
|---|---|
| **From:** | (b)(6); (b)(7)(C) |
| **To:** | BOP-CPD/Emergency Operations Center; NCRO/Command Center; THA/CommandC... |
| **Date:** | 8/5/2020 11:49 AM |
| **Subject:** | Re: Staff Recovered Request- (b)(6); (b)(7)(C) |
| **CC:** | (b)(6); (b)(7)(C) |
| **Attachments:** | (b)(6); (b)(7)(C) .pdf |

Confirmed recovered.

(b)(6); (b)(7)(C)

Chief, Occupational Safety & Health Branch
Health Services Division
Federal Bureau of Prison
(b)(6); @bop.gov
202-305(b)(6);

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> THA/Command Center~ 8/5/2020 11:27 AM >>>
**Staff Recovered Request**

Name: (b)(6); (b)(7)(C)
Department: Correctional Services
Last day at Work: 7/18/2020
First Symptoms: 7/17/2020
Test Date: 07/18/2020 POSITIVE
Test Confirmed Date: 07/21/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed: N/A

**Date Back to Work: 8/4/2020**
**Symptomatic/Asymptomatic: Asymptomatic**

FCC THX



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to [(b)(6);] [(b)(6); (b)(7)(C)] @bop.gov) and [(b)(6); (b)(7)(C)] @bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

_Include the following information when reporting:_     He is trying to get results. Will send to me.

| | |
|---|---|
| Emp name, initial or numerical indicator | [(b)(6); (b)(7)(C)] |
| Institution: | THA~FCI |
| Employee Department: | [(b)(6); (b)(7)(C)]  day shift officer |
| Last Day of Work: | 7/17/20 |
| First Day of Symptoms: | 7/17/20 Felt okay when he came to work. About noon, he started not feeling well. Sat [(b)(6); (b)(7)(C)] |
| Test Date: | 7/18/20 |
| Test Confirmed Date: | 7/21/20 |
| Test Report Date: | 7/21/20 |
| ***Unit(s)**/Facility worked 48 hrs prior to symptoms or testing: | Only [(b)(6); (b)(7)(C)] |
| *Number of known staff contacts: | "6" |
| *Staff notified and given the priority testing memo? | Yes, given memo, not sure. |
| *Number of known inmate contacts: | 120 inmates approx |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | [(b)(6); (b)(7)(C)] on quarantined |
| *Were staff wearing facial covering or PPE during potential exposure window? | Was wearing inside the unit around inmates. |

*Needed for CI     (+) 7/21/20, pending next text results.

Version 2.0 Updated 7.21.2020          **Sensitive But Unclassified**

8/3/20  [(b)(6); (b)(7)(C)]          Much improvement  [(b)(6); (b)(7)(C)]

(b)(6); (b)(7)(C)

**From:** THA/Command Center~
**To:** (b)(6); (b)(7)(C)
**Date:** 7/21/2020 9:43 AM
**Subject:** (b)(6); (b)(7)(C)

Could you please have him provide us with a copy of his results if he has it?

(b)(6); (b)(7)(C)     **Here are the list of names** (b)(6); (b)(7)(C)     **said he was around at work.  Not sure if they had masks on or not.**

**From:** (b)(6); (b)(7)(C)
**To:**
**Date:** 7/21/2020 10:53 AM
**Subject:** Here are the list of names (b)(6); (b)(7)(C) said he was around at work.  Not sure if they had masks on or not.
**CC:** (b)(6); (b)(7)(C)
**BC:**

Here are the list of names (b)(6); (b)(7)(C) said he was around at work.  Not sure if they had masks on or not. These are the only names he gave to me.



Said he went to the OM on Thursday or Friday, but there were no staff in there.

(b)(6); (b)(7)(C)

RN IDC
FCC Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802-0033
Phone:  812-244 (b)(6);
Fax:  812-238-4773
Email (b)(6); @bop.gov

**RESPONSE:** Defendants object to this Interrogatory on the basis that it is not relevant to the allegations made in this case and is not likely to lead to the discovery of admissible evidence. Defendants also object on the basis that the term "assisted" is vague and unclear. Defendants also object to providing personally identifiable information related to the staff member who tested positive, or the individuals named in the contact investigation. Defendants also object to providing the exact date of the positive tests, as doing so could lead to identifying a member of the execution team. Finally, Defendants object to providing a specific description of execution related responsibilities, as doing so could jeopardize the safety, security, and orderly operation of the institution.

Subject to and without waiving these objections, Defendants refer Plaintiffs to their responses to Request for Production No. 3 and Interrogatory No. 1.

**INTERROGATORY NO. 4:** Identify the number of Execution Team members and FCC Terre Haute staff members who tested positive for COVID-19 following the executions held at FCC Terre Haute in August, September, and November 2020 but for whom defendants do not have contact tracing records, and state why such records do not exist.

**RESPONSE:** Defendants object to this Interrogatory on the basis that it is not relevant to the allegations made in this case and is not likely to lead to the discovery of admissible evidence. Specifically, as established in this case, the FCI Terre Haute, where the Plaintiffs are housed, is physically separate from the execution facility and execution team members generally do not even enter the FCI or come into contact with inmates in the FCI. Defendants also object to providing personally identifiable information related to the staff member who tested positive, or the individuals named in the contact investigation. Defendants also object to providing the exact date of the positive tests, as doing so could lead to identifying a member of the execution team.

4

Defendants also object to producing any contact tracing from team members home institutions, as such investigations are not relevant to FCC Terre Haute.

Subject to and without waiving these objections, the Defendants state that eight BOP execution team members tested positive for COVID-19 within the timeframe referenced above; while a total of nine BOP staff members tested positive for COVID-19 within three weeks of the executions referenced above. One staff member tested positive the week of August 9; six staff members tested positive within one week after return home after the November 19 execution; and two staff members tested positive more than 1 week after returning home from the November 19 execution. Defendants state that they do not possess the test results for these individuals because the tests were conducted by outside, third-party providers, not the Bureau of Prisons. The Defendants also state that the Bureau of Prisons conducted contact tracing for one of the staff members at his home Institution; however, the Defendants do not possess responsive documents regarding the other eight staff members because the Bureau of Prisons did not conduct the contact tracing for those individuals. By way of explanation, the execution team is comprised of members from various BOP locations and was designed to protect the confidentiality of its members. Therefore, when team members report back to their home institution, the institution staff may not know that the employee was a member of the execution team in order to contract trace them, nor do they generally know the identities of other staff members who are part of the execution team. Moreover, some execution team members who tested positive did not return to work at their home institution until meeting CDC guidelines; therefore negating the need for contact tracing at all. Defendants have produced the redacted contact tracing records for the one execution team staff member for whom it possesses responsive records. This record relates to one of the staff members who tested positive within 1

5

week after returning home from the November 19 execution. Defendants state that the staff member did not identify any FCC Terre Haute staff members or inmates in this contact tracing record, nor is there any reference to FCC Terre Haute in the contact tracing records.

**INTERROGATORY NO. 5:** For the executions held in August, September and November 2020, identify all instances in which members of an Execution Team (a) spent time in any buildings in FCI Terre Haute or (b) interacted with any inmates other than the inmate who was executed, and state for each such instance why the team member was at FCI Terre Haute or interacted with the inmate(s).

**RESPONSE:** Defendants object to this Interrogatory on the basis that the word "interacted" is vague and unclear. Defendants further object to this Interrogatory to the extent it may call for information relating to interactions with inmates who are not in the FCI on the basis that it is not relevant to the allegations made in this case and is not likely to lead to the discovery of admissible evidence.

Subject to and without waiving these objections, Defendants state that there are no instances in which members of an execution team spent time in the FCI Terre Haute or interacted with any inmates in FCI Terre Haute.