# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:20-cv-630- JMS-DLP |
| JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF CAROLINE M. MEW

I, Caroline Mew, hereby declare as follows:

1.       I am over 18 years of age, of sound mind, and otherwise competent to make this declaration.  The declaration is based on my personal knowledge, unless otherwise stated.

2.       I am a senior counsel at the law firm of Perkins Coie LLP and a counsel of record for Plaintiffs in this action. I am submitting this declaration in support of Plaintiffs' Second Motion for Preliminary Injunction.

3.       Attached as Exhibit A to this declaration is a true and correct copy of Defendants' Responses to Requests for Production of Documents, served on December 15, 2020.

4.       Attached as Exhibit B to this declaration is a true and correct copy of Defendants' Responses to Interrogatories, served on December 15, 2020.

150607460.1

5.      Attached as <u>Exhibit C</u> to this declaration are true and correct copies of a December 22, 2020 letter from Shelese Woods to Robert Burgoyne, and Defendants' supplemental response to Request for Production No. 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 28, 2020.

_Caroline M. Mew_
Caroline M. Mew
