# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

PATRICK R. SMITH and )
BRANDON S. HOLM, individually and )
on behalf of all others similarly situated, )
)
       Plaintiffs, )
)
v. )     Cause No. 2:20-cv-00630-JMS-DLP
)
WILLIAM P. BARR, in his official )
capacity as the Attorney General of the )
United States, *et al.*, )
)
       Defendants. )

**DEFENDANTS' RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

      The Federal Defendants respond to the Plaintiffs' expedited Requests for Production of

Documents as follows:

**GENERAL STATEMENT AND OBJECTIONS**

      The Defendants have been ordered to respond to the Plaintiffs' first Requests for

Production on an expedited basis. The Defendants are in good faith attempting to gather all

responsive information in an expedited fashion in order to respond fully and completely to the

Requests. To the extent the Defendants are unable to obtain all of the responsive information, or

obtain additional responsive information, they will supplement the responses pursuant to Fed.

R. Civ. P. 26.

      The Defendants object to the Plaintiff's Instructions and Objections to the extent that they

purport to require more from the Defendants than is required under Federal Rules of Civil

Procedure 34 or 26.

      The Defendants object to Plaintiffs' definition of the term "document," to the extent it

encompasses more than the definition contained in Federal Rule of Civil Procedure 34.

The Defendants object to creating a privilege log for documents created since this lawsuit was filed, as this would be unduly burdensome on the Defendants and their counsel.

## RESPONSES

**REQUEST NO. 1**:  Complete contact tracing records for the staff member who was identified as testing positive in *Hartkemeyer v. Barr*, 2:20-cv-0336-MMS-DLP, Dkt. 77-1, including records identifying all inmates who were exposed to that staff member and the results of any COVID-19 tests administered to those prisoners.

**RESPONSE:**  Defendants object to this Request on the basis that it is not relevant to the allegations made in this case and is not likely to lead to the discovery of admissible evidence. Specifically, as set forth in the Winter Declaration filed in the *Hartkemeyer* case, the staff member who tested positive did not come into contact with the BOP execution protocol team, nor did he enter the execution facility or the adjacent command center. Defendants also object to providing the name of the staff member or personally identifiable information related to the staff member who tested positive, or the individuals named in the contact investigation.

Subject to and without waiving these objections, Defendants produce the redacted contact tracing records for this staff member.

**REQUEST NO. 2**: Complete contact tracing records and COVID-19 test records for every member of any Execution Team who tested positive for COVID-19 within three weeks of any of the executions that were held at FCC Terre Haute in August or September 2020 (a total of four executions) or in November 2020 (Mr. Hall's execution), including but not limited to the eight (8) members of the Execution Team for Mr. Hall's execution who were referenced in this case in the Declaration of Rick Winter at ¶ 8 (ECF 33-2) (Dec. 7, 2020).

**RESPONSE:**  Defendants object to this Request on the basis that it is not relevant to the

2

allegations made in this case and is not likely to lead to the discovery of admissible evidence. Specifically, as established in this case, the FCI Terre Haute, where the Plaintiffs are housed, is physically separate from the execution facility and execution team members generally do not even enter the FCI or come into contact with inmates in the FCI. Defendants also object to producing information that could lead to the identity of the team member, such as the names of or personally identifiable information related to staff members who tested positive, or the individuals named in the contact investigation, as well as the name of the Institution where the team member works or information that could lead to the identification of the Institution where the team member works. Defendants also object to providing the exact date of the positive tests, as doing so could lead to identifying a member of the execution team. Defendants also object to producing any contact tracing from team members' home institutions, as such investigations are not relevant to FCC Terre Haute.

Subject to and without waiving these objections, Defendants state that nine BOP execution team members tested positive for COVID-19 within three weeks of the executions referenced above.  One staff member tested positive the week of August 9; six staff members tested positive within one week after returning home after the November 19 execution; and two staff members tested positive more than 1 week after returning home from the November 19 execution.  Defendants state that they do not possess the test results for these individuals because the tests were conducted by outside, third-party providers, not the Bureau of Prisons. Defendants also state that the Bureau of Prisons conducted contact tracing for one of the staff members at his home Institution; however, Defendants do not possess responsive documents regarding the other eight staff members because the Bureau of Prisons did not conduct the contact tracing for those individuals. Defendants produce the redacted contact tracing records for the staff member for

whom they possess responsive records. This record relates to one of the staff members who tested positive within 1 week after returning home from the November 19 execution. Defendants state that the staff member did not identify any FCC Terre Haute staff members or inmates in this contact tracing record, nor is there any reference to FCC Terre Haute in the contact tracing records.

**REQUEST FOR PRODUCTION NO. 3:** Complete contact tracing records and COVID-19 test records for all FCC Terre Haute staff members who tested positive for COVID-19 within three weeks of assisting in any way in any of the executions that were held at FCC Terre Haute in August or September 2020 (a total of four executions) or in November 2020 (Mr. Hall's execution).

**RESPONSE:**  Defendants object to this Request on the basis that it is not relevant to the allegations made in this case and is not likely to lead to the discovery of admissible evidence. Defendants also object on the basis that the Request is overly broad, as it asks for information related to staff members who did not work at the FCI. Defendants also object on the basis that the term "assisting" is vague and unclear. Defendants also object to providing personally identifiable information related to staff members who tested positive, or the individuals named in any contact investigation.

Subject to and without waiving these objections, Defendants state that the Bureau of Prisons has conducted a search for contact tracing records related to all FCC Terre Haute staff who assisted in executions during the time relevant to this interrogatory.  As to staff members who: 1) work in the FCI Terre Haute, and 2) assisted in the executions in August or September 2020 (a total of four executions) or in November 2020 (Mr. Hall's execution), and 3) also tested positive for COVID-19 within three weeks of those executions, to date, the BOP has

identified no staff members who met these criteria. Therefore, Defendants possess no documents responsive to this Request.

However, there was one USP Terre Haute staff member who also worked in the FCI Terre Haute, tested positive for COVID-19 within three weeks of the above-mentioned executions, and who was tangentially involved in duties related to carrying out the executions. Specifically, this staff member was assigned to perimeter security, which largely involved being outside or in his vehicle. Defendants produce the redacted contact tracing records for this staff member.

Respectfully submitted,

JOHN C. CHILDRESS
Acting United States Attorney

BY:  *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Brigham J. Bowen
Assistant Director

Lisa A. Olson
Jordan L. Von Bokern
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20001
(202) 305-7919
Lisa.olson@usdoj.gov
Jordan.L.Von.Bokern2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2020, the foregoing was served via electronic mail

and by U.S. mail, first class postage pre-paid addressed to the following counsel of record:

Robert A. Burgoyne
Caroline New
Perkins Coie LLP
700 13th Street, N.W.
Suite 600
Washington, D.C.  20005

John R. Maley
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535

s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney

# Response to Request for Production of Documents No. 1

FCC THY



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to Dr. Sylvie Cohen (scohen@bop.gov) and Julie King (jdking@bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: **"COVID-19 Staff + Results – Name of Institution"**

### _Include the following information when reporting:_

| | |
|---|---|
| Emp name, initial or numerical indicator | ███████████████████ |
| Institution: | ████████████ |
| Employee Department: | ██████ |
| Last Day of Work: | July 8, 2020 until 10:30 ish. |
| First Day of Symptoms: | July 8, 2020 that evening stuffy nose |
| Test Date: | July 8, 2020 |
| Test Confirmed Date: | July 11, 2020 |
| Test Report Date: | July 11, 2020 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | ████████████████████████ |
| *Number of known staff contacts: | |
| *Staff notified and given the priority testing memo? | |
| *Number of known inmate contacts: | Alot |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | No |
| *Were staff wearing facial covering or PPE during potential exposure window? | Wore mask white speaking with inmates, but not with staff in ████ |

*Needed for CI

**Sensitive But Unclassified**

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and
(2) Identifying potential contacts.
(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea.
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur** – which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - o  Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - o  Caring for a sick person with COVID-19
  - o  Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - o  Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Inmate Name: ▮▮▮▮▮▮▮▮ Registration #:_____ Facility Intake Date: NA

STAFF MEMBER: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ FACILITY ELP

Interviewer Name: ▮▮▮▮▮▮▮▮ Date: 7/11/20

*Federal Bureau of Prisons*                                    *Contact Investigation for COVID-19 Illness*

1. **Review the COVID diagnosis with the person:**
   - ☑ Assess person's knowledge of the condition.                 *No symptoms.*
   - ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
   - ☑ Describe how COVID is transmitted (droplet).
   - ☑ Discuss the need to identify potentially exposed contacts.

2. **Ask about the history:**
   a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☑ Yes ☐ No.
      IF YES, where and when? *Last week inlaws became positive. Tested on 7/6 Results ⊕ 7/8/20*
   b. Have you had a positive COVID test? ☑ YES ☐ NO.
      IF YES, where and when? *Went Wednesday 7/8 / Results positive on 7/11/20*
   c. Have you been diagnosed with COVID-19? ☑ YES ☐ NO.
      IF YES, where and when? *resulted positive 7/11/20   LHI behind Regional Hosp*

3. **Ask about medical history: (NA for staff)** ⊘
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| YES | NO | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|-----|-----|----|----|
|  |  | Cough |  |
|  | ✓ | Fever |  |
|  | ✓ | Shortness of breath |  |
| ✓ |  | Chills | *Little bit Started Wed night x two* |
|  | ✓ | Muscle pain |  |
|  | ✓ | Lethargy or fatigue |  |
| ✓ |  | Headache | *Started Wed. consistant until after Tylenol continues with headaches.* |
|  | ✓ | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) |  |
|  | ✓ | Chest pain or tightness |  |
|  | ✓ | Sore throat |  |
|  | ✓ | Loss of taste or smell |  |
|  | ✓ | Other: | *Nasal congestion like sinus started 7/8/20* |

Date of symptom onset: *7/8/20*

Contact Investigation – Interview Questions (page 1 of 3)

Federal Bureau of Prisons                                    Contact Investigation for COVID-19 Illness

| 5. | Ask about the risk factors: | | | |
|---|---|---|---|---|
| | YES | NO | Please answer the following questions: | When and Where? |
| | ✓ | | Are you living with someone diagnosed with COVID-19? | ████ █ ████ Showing for |
| | ✓ | | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | ██ █ ┆ 7/5/20 |
| | | ✓ | Are you part of a carpool to work or use public transit? | |

6. If symptoms began prior to arrival at facility: (not applicable to staff)

a. Where were you living?                                    *No Mask Mon 7/6 : 7/7*

b. Who were you living with?     ⊘

*Tues 7/7 Evening*

7. Please describe your previous day-to-day activities at this facility:

| Time of Day | |
|---|---|
| Morning | ████████ |
| Mid-Day | ████████ |
| Afternoon | ████████ |
| Evening | ████████ |

8. Ask: ~~has u~~ ████████
or has the ~~way you spend your time changed in any way?~~

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | Pretty much the same everyday. |

*Not wear mask)*

9. **Staff only:** Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?     ████ ██

Lunch ē Staff. Interviewed 2 FCI inmates Loonsfoot
Had mask on. Doesn't think inmates had mask on.

9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)

| | YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|---|
| | | | Watching TV | | | |
| | | | Playing cards or games | | | |
| | | | Religious services | | | |
| | | | Recreation or sports | | | |
| | | | Work | | | |
| | | | Education | | | |
| | | | Library | | | |
| | | | Other: | | | |
| | | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

*7/1/20 Made Rounds*

*████ ē mask on 7/1/20*

*Observed 4 on count in ████ No mask @ table. They did not talked. Went to ā talked. With others No masks.*

Tues evening: Was a ████ due to possible
Stayed emergency count
Not sure if
Who staff. Can't remember.                              had mask
Not sure about any masks. Was inside,                Just walked

Federal Bureau of Prisons                          Contact Investigation for COVID-19 Illness

11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)

(For Staff: Only close contacts that work at institution)        No

*Been home last two days*

12. Inmates - Ask: Did you have any visitors 2 days before symptom onset? ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

13. Inmates - Ask: Since  /  /   (2 days before symptom onset), have you had lawyer visits?
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
|  |  |

14. Ask: Are there any staff members that you have had close contact with? ☐ Yes ☐ NO

| Staff Name |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*See prior page*

15. Ask: Is there any other information that might help identify anyone else you've been in contact with?
Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?

*Not that I know of.*

16. Ask: Do you have any questions about the COVID-19 illness?

*None.*

▇▇▇▇▇▇ - **Fwd: Previous Staff Positive**

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇▇▇▇ |
| **To:** | ▇▇▇▇ |
| **Date:** | 7/31/2020 11:33 AM |
| **Subject:** | Fwd: Previous Staff Positive |
| **Attachments:** | ▇▇▇▇ Covid Results |

>>> ▇▇▇▇▇▇▇▇ 7/31/2020 8:14 AM >>>
Name: ▇▇▇▇▇▇
Department: ▇▇▇▇▇▇▇▇
Last day at Work: 07/08/2020
First Symptoms: 07/08/2020
Test Date: 07/11/2020 POSITIVE 07/22/2020 NEGATIVE 07/23/2020 NEGATIVE
Test Confirmed Date: 07/11/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed: No

>>> ▇▇▇▇▇▇ 6/23/2020 10:20 AM >>>
Confirmed positive and now recovered.

We did not have this individual in our database as positive.
Please provide the following information:
Name:
Department:
Last day at Work:
First Symptoms:
Test Date:
Test Confirmed Date:
On/Returning from TDY in past 14 days:
If Yes, Name of Institution where TDYed:



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> ▇▇▇▇▇▇ 6/23/2020 10:15 AM >>>
Please see the attached results for the positive staff member at FCC Terre Haute. He is now considered recovered.





█████████ - **Fwd: Previous Staff Positive**

**From:** ████████████████
**To:** ████████
**Date:** 7/31/2020 11:33 AM
**Subject:** Fwd: Previous Staff Positive
**Attachments:** ██████ Covid Results

>>> ████████████ ~ 7/31/2020 8:14 AM >>>
Name: ██████████████
Department: ████████████
Last day at Work: 07/08/2020
First Symptoms: 07/08/2020
Test Date: 07/11/2020  POSITIVE  07/22/2020 NEGATIVE  07/23/2020 NEGATIVE
Test Confirmed Date: 07/11/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed: No

>>> ██████████ 6/23/2020 10:20 AM >>>
Confirmed positive and now recovered.

We did not have this individual in our database as positive.
Please provide the following information:
Name:
Department:
Last day at Work:
First Symptoms:
Test Date:
Test Confirmed Date:
On/Returning from TDY in past 14 days:
If Yes, Name of Institution where TDYed:



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> ███████████████ ~ 6/23/2020 10:15 AM >>>
Please see the attached results for the positive staff member at FCC Terre Haute.  He is now considered recovered.

# Response to Request for Production of Documents No. 2



**██████ - Contact investigation**

**From:** ████████
**To:** ████████████
**Date:** 11/██/2020 1:35 PM
**Subject:** Contact investigation
**CC:** ████████████

Tested positive on 11-██-20 result on 11-██-20
Exposed from a ████████████ who tested positive from COVID 19
Staff States asymptomatic

Possible exposure is ████████████████
Denies any prolonged contact with other staff  greater than 15 min and less than 6 feet.

Response to Request for Production of
Documents No. 3

**- Re: Staff Recovered Request-** ███████

**From:** ███████
**To:** ███████
**Date:** 10/20/2020 9:38 AM
**Subject:** Re: Staff Recovered Request- ███████
**CC:** ███████

Confirmed recovered

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> ███████ 10/20/2020 9:20 AM >>>
**Staff Recovered Request**
Name: ███████
Department: ███████
Last day at Work:  10/05/2020
First Symptoms:  10/03/2020
Test Date:   10/05/2020 POSITIVE
Test Confirmed Date: 10/7/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No
**Date Back to Work: 10/20/2020**
**Symptomatic/Asymptomatic: Asymptomatic (over 10 days)**

**Staff Recovered Request-** ███████████

**From:** ██████████████
**To:** ████████████████████████████
**Date:** 10/20/2020 9:20 AM
**Subject:** Staff Recovered Request-████████████
**CC:** █████████████████

**Staff Recovered Request**
Name: ███████████
Department: ███████████
Last day at Work: 10/05/2020
First Symptoms: 10/03/2020
Test Date:   10/05/2020 POSITIVE
Test Confirmed Date: 10/7/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No
**Date Back to Work: 10/20/2020**
**Symptomatic/Asymptomatic: Asymptomatic (over 10 days)**



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to Dr. Sylvie Cohen (scohen@bop.gov) and Julie King (jdking@bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: "**COVID-19 Staff + Results – Name of Institution**"

## *Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | ███████████ |
| Institution: | FCC THP |
| Employee Department: | ███████████ |
| Last Day of Work: | 10/5/20 @ the Command Center |
| First Day of Symptoms: | 10/5/20 evening |
| Test Date: | 10/5/20 |
| Test Confirmed Date: | 10/7/20 |
| Test Report Date: | 10/7/20 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | Was off work 10-2-20, 10-3-20 and 10-4-20 |
| *Number of known staff contacts: | Named. 3: |
| *Staff notified and given the priority testing memo? | Staff were notified by ███████ |
| *Number of known inmate contacts: | Ø he was off 3 days prior to symptoms and hadn't been around the inmates. |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | Not @ this time. |
| *Were staff wearing facial covering or PPE during potential exposure window? | Reports wearing a "gator type mask". Reported while at the Command Center they were not wearing masks, but were socially distanced |

*Needed for CI

Version 2.0 Updated 7.21.2020          Sensitive But Unclassified

Sent to ████████████████████  10/8/20  9:59
                              10/8/20  10:09
████████████████████████████████████

## CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period  and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates. If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc
- Do NOT file interview documentation in the inmate's medical record *or staff record.*
- Refer to CDC: **https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html**

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue) diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur –** which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown.  The average incubation period may be 3-5 days (range 2-14 days)
- **Treatment:**  There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected  Close contact includes
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

Inmate Name:_____   Registration #:_____   Facility Intake Date: _____

STAFF MEMBER:_____   FACILITY USP

Interviewer Name_____   Interview Date: 10/7/20

Left message @ 3:15
Left message @ 1800 from home

Federal Bureau of Prisons

Contact Investigation for COVID-19 Illness

---

1. **Review the COVID diagnosis with the person:**
   - ☑ Assess person's knowledge of the condition.
   - ☑ Describe COVID, how it is diagnosed and treated. and the treatment plan.
   - ☑ Describe how COVID is transmitted (droplet).
   - ☑ Discuss the need to identify potentially exposed contacts

2. **Ask about the history:**
   a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☐ Yes ☒ No
      IF YES, where and when?
      _Denies_

   b. Have you had a positive COVID test? ☒ YES ☐ NO
      IF YES, where and when?
      _Oct 5 took, resulted 10/7/20._

   c. Have you been diagnosed with COVID-19? ☒ YES ☐ NO
      IF YES, where and when?
      _Union Hosp. Clinic @ 6th : Popular._

3. **Ask about medical history: (NA for staff)**  _NA_
   What other medical conditions do you have?

4. **Ask about history of COVID symptoms:**

| YES | NO | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|-----|-----|---------------------------------------------|----------------------------------------------------------|
| | ✓ | Cough | |
| | ✓ | Fever | |
| | ✓ | Shortness of breath | |
| ✓ | | Chills | Mon. 10/5 evening |
| ✓ | | Muscle pain | Mon. 10/5 evening |
| ✓ | | Lethargy or fatigue | Tues. 10/6 |
| ✓ | | Headache | Tues. 10/6 |
| | ✓ | GI symptoms-Nausea or Diarrhea ( 3+ Stools in 24 hours) | |
| | ✓ | Chest pain or tightness | |
| ✓ | | Sore throat | Just from drainage. |
| | ✓ | Loss of taste or smell | |
| | | Other: | |

Date of symptom onset: _10/5/20_

Contact Investigation – Interview Questions (page 1 of 3)

*Federal Bureau of Prisons*                                        *Contact Investigation for COVID-19 Illness*

| 5. | Ask about the risk factors: | | |
|----|----|----|----|
| | **YES** **NO** | Please answer the following questions. | **When and Where?** |
| | ✓ | Are you living with someone diagnosed with COVID-19? | just tested. Kids out of school. |
| | ✓ | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | |
| | ✓ | Are you part of a carpool to work or use public transit? | |

| 6. | If symptoms began prior to arrival at facility: (not applicable to staff) | |
|----|----|----|
| a. | Where were you living? | Ø |
| b. | Who were you living with? | Ø |

| 7. | Please describe your previous day-to-day activities at this facility: | |
|----|----|----|
| | **Time of Day** | **Daily Activities** |
| | Morning | Check emails. |
| | Mid-Day | Go out and walk around. No groups |
| | Afternoon | Check emails paperwork |
| | Evening | Workout / Jujitsu. |

**8.** Ask: Has this been your pattern during the period since 10.30.20 (2 days before symptom onset), or has the way you spend your time changed in any way?

| | Same | Changed | How and when did your daily pattern change? |
|---|---|---|---|
| | | | Was off on Fri. Oct. 2, 2020 Sat./Sun off as well 10/5: Worked Command Center |

**9.** *Staff only:* Did you spend time with anyone outside of your assigned ▓▓▓▓▓▓▓▓▓▓▓ outside

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ at work

**9.** Ask: Please tell me if you have been involved in any of the following activities …(Inmates only)

| | YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|---|
| | | | Watching TV | | | |
| | | | Playing cards or games | | | |
| | | | Religious services | | | |
| | | | Recreation or sports | | | |
| | | | Work | N/A | | |
| | | | Education | | | |
| | | | Library | | | |
| | | | Other: | | | |
| | | | Other: | | | |

COVID-19 ILLNESS Contact Investigation – Interview Questions (page 2 of 3)

▓▓▓▓▓▓▓▓▓▓▓▓ @ Command Center

Federal Bureau of Prisons

Contact Investigation for COVID-19 Illness

**11. Ask: In the last 2 days......Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

(For Staff: Only close contacts that work at institution)

[redacted]  Not wearing masks.
Also weren't sitting real close.
Ate separately
Social distanted @ 00m computer

**12. Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| | | |
| | | |
| | | |

**13. Inmates - Ask: Since  /  /  (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | | When Visited |
|---|---|---|
| | | |
| | | |

**14. Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

| Staff Name | | |
|---|---|---|
| [redacted] | | |
| | | |
| | | |
| | | |

**15. Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?**

Work class. Already notified.
Kids out of sports.

**16. Ask: Do you have any questions about the COVID-19 illness?**

If need any give a hollor @ us.

Oct. 15, 2020

**Staff Positive-** ████████████

**From:** ██████████████
**To:** ████████████████████████
**Date:** 10/8/2020 9:29 AM
**Subject:** Staff Positive- ████████████
**CC:**
**Attachments:** ████████████████████

Name: ████████████
Department: ████████████
Last day at Work: 10/05/2020
First Symptoms: 10/03/2020
Test Date:   10/05/2020 POSITIVE
Test Confirmed Date: 10/7/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No



**- Re: Staff Positive-**

| | |
|---|---|
| **From:** | █████████ |
| **To:** | ██████████████████████ |
| **Date:** | 10/8/2020 10:34 AM |
| **Subject:** | Re: Staff Positive- ████████ |
| **CC:** | ███████ |
| **Attachments:** | ██████████████ |

Confirmed positive

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> ███████████ 10/8/2020 9:29 AM >>>
Name: ██████
Department: ████████
Last day at Work:  10/05/2020
First Symptoms:  10/03/2020
Test Date:    10/05/2020 POSITIVE
Test Confirmed Date: 10/7/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed:  No

*Lab Report*

*Observation ID:* ███████████

*Patient ID*
*Current:* ███████████

*Age:* 

## Patient Information

| | |
|---|---|
| Name: | |
| Alias: | |
| Home Address: | |
| Home Phone: | |
| Work Phone: | |
| Sex: | |
| Race: | |
| DOB: | |
| Age: | |
| Deceased: | |
| Death Date/Time: | |
| Marital Status: | |
| Ethnicity: | |
| Patient Comments: | |
| SSN: | |

| ID Type | ID: | Assigning Authority | Expiration Date |
|---|---|---|---|
| Patient Internal Identifier | | | |
| Patient External Identifier | | | |

## Test Results

**Ordered Test:** SARS coronavirus 2 RNA (SARS-CoV-2, NAA)

**Codes:** 94500-6(LN LOINC)/139900(L LOCAL)

**Status:** Final

### Resulted Tests and Results

**Resulted Test:** SARS coronavirus 2 RNA(SARS-CoV-2, NAA)

**Result(s):** Detected(SNOMED)

*Wednesday, October 7, 2020*          *7:27:57 PM*          *Page 1 of 5*

*Lab Report*

█████████████

*Observation ID:* ██████████
*Patient ID* █
*Current* █████████

*Age:*

---

**Reference Range:** Not Detect

**Date/Time:** 2020-10-07 00:35:02.0

**Interpretation:** Abnormal

**Performing Facility:** Covance Central Laboratory

**Result Method:**

**Facility ID:** 15D0647217

(FI)

**Status:** Final

**Test Code(s):** 94500-6 (LN LOINC) /139901 (L LOCAL)

**Result Code(s):** 260373001 (SNM SNOMED) /LDTDET (L LOCAL)

**Result Comments:** Detected

This nucleic acid amplification test was developed and its performance

characteristics determined by LabCorp Laboratories. Nucleic acid

amplification tests include PCR and TMA. This test has not been FDA

cleared or approved. This test has been authorized by FDA under an

Emergency Use Authorization (EUA). This test is only authorized for

the duration of time the declaration that circumstances exist

justifying the authorization of the emergency use of in vitro

diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis

of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C.

360bbb-3(b) (1), unless the authorization is terminated or revoked

sooner.

*Wednesday, October 7, 2020*                    *7:27:57 PM*                    *Page 2 of 5*

*Lab Report*
*User:* ███████████

Observation ID: ███████████
Patient ID
Age:                Current █

When diagnostic testing is negative, the possibility of a false

negative result should be considered in the context of a patient's

recent exposures and the presence of clinical signs and symptoms

consistent with COVID-19. An individual without symptoms of COVID-19

and who is not shedding SARS-CoV-2 virus would expect to have a

negative (not detected) result in this assay.

## Order Information

### Facility and Provider Information

Reporting Facility:   LABCORP BURLINGTON

Ordering Facility:    UAP Clinic LLC
                      221 S. 6th St.
                      Terre Haute, Indiana 47807
                      812-232-0564

Ordering Provider:    ████████████████

### Order Details

Program Area:     ████████████

Jurisdiction:     ████████████

Share record with Guests for this Program Area and Jurisdiction

**Lab Report**
User: ▮

Observation ID: ▮

Patient ID
Current

Age:

Date Specimen Collected:    10/05/2020 08:24 PM

Specimen Source:

Specimen Site:

Accession Number:    27907915620

Specimen Details:    Respiratory

Patient Status at Specimen Collection:

Pregnant:

Weeks:

## Lab Report Comments

Add Comment

| There is no information to display |
|---|

| Other Information |
|---|

Patient's Birth Place:

Multiple Birth:

Alternate Contact:

Alternate Contact Phone:

Alternate Contact Relationship:

Collection Volume:

Clinical Information:

Reason for Test:

Danger Code:

Message Control ID:

Priority Code:

Order Comments:

Receiving Facility:

*Lab Report*
*User:* ▮▮▮▮

*Age:*

*Observation ID:* ▮▮▮▮
*Patient II*
*Current*

**Participant(s)**

| ttle | name |
|------|------|
| There is no information to display | |

**Copy to Provider(s)**

**Associated Lab Document(s)**

| Add Time | Version |
|----------|---------|
| 10/07/2020 09:42 | 1 |