# EXHIBIT C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Indiana*

*10 West Market Street*
*Suite 2100*
*Indianapolis, IN 46204-3048*

*(317) 226-6333*
*TDD (317) 226-5438*

*FAX NUMBERS:*
*Criminal (317) 226-6125*
*Administration (317) 226-5176*
*Civil (317) 226-5027*
*FLU (317) 226-6133*
*OCDETF (317) 226-5953*

December 22, 2020

VIA EMAIL AND U.S. MAIL

Robert A. Burgoyne
Caroline New
Perkins Coie LLP
700 13th Street, N.W.
Suite 600
Washington, D.C. 20005

Re: *Smith v. Barr, et al.*

Dear Mr. Burgoyne:

I am writing to follow up on our court conference conducted today, December 22, 2020.

**Requests for Production of Documents**

*Request for Production No. 1*

The Defendants hereby produce a revised version of this document. We have removed the redaction on page 1 identifying the Institution where this employee primarily worked. As discussed, on page 1, we have also included the Units and Facilities where this staff member worked 48 hours prior to symptoms or testing (FCI and USP), and the Facility (USP) where he had known staff contacts. We did the same on page 4 of the documents, including information about the Units and Facilities where this staff member had previous day-to-day activities. We hope that this suffices to resolve any conflict regarding this document.

*Request for Production No. 2*

As directed by the Court, attached is a revised version of Defendants' responsive document production.

*Request for Production No. 3*

As discussed during the conference, Defendants hereby produce a revised version of this document removing the typed text on page 7, line 9. Line 9 identifies three individuals by name, whose names have been redacted to protect their privacy and security. I must make one correction to my statement during the Court conference today that one of the names was not a BOP employee ("outside"). I have since learned that all three individuals listed in line 9 are BOP employees. We are therefore providing a description of where these employees typically work in the facility, noting that some of them have job duties that require them to go into more than one Institution. We hope that this suffices to resolve any conflict regarding this document.

**Responses to Interrogatories**

*Interrogatory No. 1*

The Defendants have considered your request that we identify the number of people who worked at the FCC Terre Haute, and whose job duties involved working in the FCI, and who also assisted in any way in the executions held at FCC Terre haute in August, September or November 2020. The BOP has informed me that it cannot reliably provide a response to this question without, at a minimum, interviewing each of the employees who may have assisted in any way in the executions. As set forth in prior declarations and responses, approximately 70+ employees at FCC Terre Haute have functions related to execution events. These employees are not part of the execution team, but have tangential duties related to the executions, including managing checkpoints, perimeter security, staffing the Command Center, and escorting witnesses and demonstrators. These employees include staff who work at the USP, FCI and the Camp. Some of the staff have duties that require them to enter more than one Institution on a regular basis.

In order to provide the requested information, the BOP would need to speak with every staff member who assisted in these executions in any way to determine whether they also went into the FCI during the relevant timeframe. It is also unclear whether employees would reliably recall this information depending on their duty assignment at the time. As discussed, we believe that we have provided sufficient information by identifying all employees who worked in the FCC Terre Haute, assisted in the executions in any way, and tested positive for COVID-19 during the relevant timeframe. Moreover, information about the number of FCI Terre Haute employees who have tested positive for COVID-19 since March is available on the BOP-OIG website.

Sincerely,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

cc: John Maley, Barnes & Thornburg

FCC THA



# Staff Positive Case Form

Be advised, all staff positive cases should be reported through your EOC. A copy/screenshot of the laboratory results or healthcare provider statement indicating the results should be sent to Dr. Sylvie Cohen (scohen@bop.gov) and Julie King (jdking@bop.gov) for confirmation into the Bureau's database. The subject line for the email should include: **"COVID-19 Staff + Results – Name of Institution"**

*Include the following information when reporting:*

| | |
|---|---|
| Emp name, initial or numerical indicator | Staff 1 [redacted] |
| Institution: | FCI [redacted] |
| Employee Department: | [redacted] |
| Last Day of Work: | July 8, 2020 until 10:30 ish. |
| First Day of Symptoms: | July 8. 2020 that evening stuffy nose |
| Test Date: | July 8, 2020 |
| Test Confirmed Date: | July 11, 2020 |
| Test Report Date: | July 11. 2020 |
| *Unit(s)/Facility worked 48 hrs prior to symptoms or testing: | FCI [redacted] USP [redacted] USP [redacted] |
| *Number of known staff contacts: | ? "Alot USP [redacted] |
| *Staff notified and given the priority testing memo? | Got tested because [redacted] |
| *Number of known inmate contacts: | ? Alot |
| *Are any inmates quarantined and being tested as result of exposure? (#, unit) | No |
| *Were staff wearing facial covering or PPE during potential exposure window? | Wore mask while speaking with inmates, but not with staff USP [redacted] |

*Needed for CI

# CONTACT INVESTIGATION Questions for COVID-19 Illness
## Staff or Inmate

**Purpose: This is a tool to help guide contact investigations at the institution level.** The goal of interviewing the index case in a contact investigation is to gain the information needed for:

(1) establishing the infectious period; and

(2) Identifying potential contacts.

(3) When utilizing for staff investigation, if question is not applicable, note N/A.

**Overview:**

- It is critically important that time be spent establishing trust with persons before conducting the interview, and making sure that the person understands the purpose of the contact investigation. Use an interpreter, if needed.
- The following questions should be used to guide the contact investigation interview. Depending on the person's responses, additional questions may be asked as follow-up on their answers.
- Inmates: If inmate is unavailable for interview (i.e., hospital), information can be obtained from cellmates, job supervisors, unit officer or team, etc.
- Staff: If staff is unavailable for interview, may need to obtain information from department head or Admin LT, etc.
- Do NOT file interview documentation in the inmate's medical record *or **staff record.***
- Refer to CDC: https://www.cdc.gov/coronavirus/2019-ncov/php/principles-contact-tracing.html

**Definitions:**

- **Main symptoms of COVID-19:** Fever and cough, shortness of breath and may include-headache, sore throat, general feeling of being unwell (myalgia or fatigue), diarrhea or nausea
- **Infectious period:** Person is contagious at onset of symptoms and possibly shortly before (~48 hours).
- **Asymptomatic infections occur –** which means a person may be contagious without symptoms
- **Incubation** of illness or the time from exposure to illness onset is unknown. The average incubation period may be 3-5 days (range 2-14 days).
- **Treatment:** There is no specific treatment for COVID-19 at this time and no vaccine is currently available.
- **Exposed to COVID-19:** In general, you need to be in close contact with a sick person to get infected. Close contact includes:
  - Living in the same household or room and sharing close space (bathroom) with a sick person with COVID-19
  - Caring for a sick person with COVID-19
  - Being within 6 feet of a sick person with COVID-19 for about 10 minutes, OR
  - Being in direct contact with secretions from a sick person with COVID-19 (e.g., being coughed on, sharing cups or utensils, sharing personal items, kissing, etc.)

**Inmate Name** Staff 1 [redacted] **Registration #:**______ **Facility Intake Date:** NA

**STAFF MEMBER:** Staff 1 [redacted] **DEPT** [redacted] **FACILITY** ECP

**Interviewer Name:** [redacted] **Interview Date:** 7/11/20

**1. Review the COVID diagnosis with the person:**

- ☑ Assess person's knowledge of the condition.
- ☑ Describe COVID, how it is diagnosed and treated, and the treatment plan.
- ☑ Describe how COVID is transmitted (droplet).
- ☑ Discuss the need to identify potentially exposed contacts.

No symptoms.

**2. Ask about the history:**

a. Have you had any known contact with a confirmed or probable diagnosis of COVID? ☑ Yes ☐ No.
IF YES, where and when?
Last week inlaws became positive. Tested on 7/6 Results ⊕ 7/8/20

b Have you had a positive COVID test? ☑ YES ☐ NO.
IF YES, where and when?
Went Wednesday 7/8 / Results positive on 7/11/20

c. Have you been diagnosed with COVID-19? ☑ YES ☐ NO.
IF YES, where and when?
resulted positive 7/11/20 LHI behind Regional Hosp.

**3. Ask about medical history: (NA for staff)**
What other medical conditions do you have? Ø

**4. Ask about history of COVID symptoms:**

| YES | NO | Have you had any of the following symptoms? | IF Yes, how long have you had them? When did they start? |
|---|---|---|---|
| | ✓ | Cough | |
| | ✓ | Fever | |
| | ✓ | Shortness of breath | |
| ✓ | / | Chills | Little bit Started Wed night x two |
| | ✓ | Muscle pain | |
| | ✓ | Lethargy or fatigue | |
| ✓ | | Headache | Started Wed. consistant until after Tylenol continues with headaches. |
| | ✓ | GI symptoms-Nausea or Diarrhea ( 3+ stools in 24 hours) | |
| | ✓ | Chest pain or tightness | |
| | ✓ | Sore throat | |
| | ✓ | Loss of taste or smell | |
| ✓ | ✓ | Other: | Nasal congestion like sinus started 7/8/20 |

**Date of symptom onset:** 7/8/20

**5. Ask about the risk factors:**

| YES | NO | Please answer the following questions: | When and Where? |
|---|---|---|---|
| ✓ | | Are you living with someone diagnosed with COVID-19? | Showing for |
| ✓ | | Have you had contact with someone diagnosed with COVID-19 (> 10 minutes, < 6 feet)? | 7/5/20 |
| | ✓ | Are you part of a carpool to work or use public transit? | |

**6. If symptoms began prior to arrival at facility: (not applicable to staff)**

a. Where were you living? Ø

b. Who were you living with?

No Mask Mon 7/6 7/7

**7. Please describe your previous day-to-day activities at this facility:**

| Time of Day | Daily Activities |
|---|---|
| Morning | Staying in FCI FCI |
| Mid-Day | Depends. M- went to FCI mask on Tues. Met FCI |
| Afternoon | Office computer work. lunch ē out mask |
| Evening | Wed 7/8/20 USP meeting no mask, no staff ē mask |

**8. Ask: Has this been your pattern during the period since** 7/6/20 **(2 days before symptom onset), or has the way you spend your time changed in any way?**

| Same | Changed | How and when did your daily pattern change? |
|---|---|---|
| | | Pretty much the same everyday. |

**9.** ***Staff only:*** **Did you spend time with anyone outside of your assigned duty post (i.e., lunch, visits, socializing, and institution gym) in the 2 days prior to illness?**

Lunch ē staff. Interviewed 2 FCI inmates Had mask on. Doesn't think inmates had mask on.

**9. Ask: Please tell me if you have been involved in any of the following activities ...(Inmates only)**

| YES | NO | Activity | Where? | When? | With whom? |
|---|---|---|---|---|---|
| | | Watching TV | X | | |
| | | Playing cards or games | | | |
| | | Religious services | | | |
| | | Recreation or sports | | | |
| | | Work | | | |
| | | Education | | | |
| | | Library | | | |
| | | Other: | | | |
| | | Other: | | | |



Tues 7/7 Evening @ USP. Not wearing mask) 7/1/20 Made Rounds USP ē mask on 7/7/20 Observed 4 pm count in USP No mask @ table. They did not USP USP Went to with officers No masks.

Tues evening: Was @ Camp due to possible Stayed emergency count Not sure + Who staff. Can't remember. had mask Not sure about any masks. Was inside Camp No direct with I/m Just walked by.

**11. Ask: In the last 2 days……Who are your close friends that you spend time with? Are there any others whom you've spent time with that you would be concerned about getting exposed to COVID-19? (>15 minutes of close contact)**

**(For Staff: Only close contacts that work at institution)**

Been home last two days No

**12. Inmates - Ask: Did you have any visitors 2 days before symptom onset?** ☐ YES ☐ NO

| Visitor Name | When Visited | Locating Information |
|---|---|---|
| Ø | | |
| | | |
| | | |
| | | |

**13. Inmates - Ask: Since / / (2 days before symptom onset), have you had lawyer visits?**
☐ YES ☐ NO

| Lawyer Name/Info | When Visited |
|---|---|
| Ø | |
| | |

**14. Ask: Are there any staff members that you have had close contact with?** ☐ Yes ☐ NO

See prior page

| Staff Name | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**15. Ask: Is there any other information that might help identify anyone else you've been in contact with?**
**Is there anyone else who you're concerned could have become infected with COVID-19 by being near you?**

Not that I Know of.

**16. Ask: Do you have any questions about the COVID-19 illness?**

None.

## - Fwd: Previous Staff Positive

**From:**
**To:**
**Date:** 7/31/2020 11:33 AM
**Subject:** Fwd: Previous Staff Positive
**Attachments:** Staff 1 Covid Results

>>> 7/31/2020 8:14 AM >>>
Name: Staff 1
Department:
Last day at Work: 07/08/2020
First Symptoms: 07/08/2020
Test Date: 07/11/2020 POSITIVE 07/22/2020 NEGATIVE 07/23/2020 NEGATIVE
Test Confirmed Date: 07/11/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed: No

>>> 6/23/2020 10:20 AM >>>
Confirmed positive and now recovered.

We did not have this individual in our database as positive.
Please provide the following information:
Name:
Department:
Last day at Work:
First Symptoms:
Test Date:
Test Confirmed Date:
On/Returning from TDY in past 14 days:
If Yes, Name of Institution where TDYed:

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> 6/23/2020 10:15 AM >>>
Please see the attached results for the positive staff member at FCC Terre Haute. He is now considered recovered.





07/11/2020

To: Staff 1

**Your COVID-19 test result is Positive.**

Your Public Health Department has been told of this result as is required by law.

**If you're currently experiencing symptoms or if you begin to develop symptoms (shortness of breath and/or fever more than 100.4 degrees F) seek immediate care when one or more of the following symptoms are exhibited:**

- Shortness of breath with activities of daily living such as going to the restroom or getting dressed
- Experiencing fast or labored breathing with air hunger
- Fever of 101 degrees F or higher
- Chest pain
- Irregular heartbeat
- Persistent headache
- Vomiting
- Coughing blood
- Feel severely ill

**If you show signs of any of the symptoms listed above, seek care within 8 hours if:**

- You are pregnant
- Diabetic
- Have chronic high blood pressure
- Heart disease
- Have had a stroke
- Have underlying respiratory diseases like asthma or COPD
- Have a chronic kidney or liver disease
- Have an immunosuppressive condition

**When seeking medical care:**

- Request Telemedicine/Virtual Visit, if available. These options can help prevent COVID-19 transmission.
- When seeking in person medical care, contact the healthcare facility in advance to inform personnel of positive COVID-19 diagnosis. The facility will tell you how to get care and prevent spread of infection.
- Try to remain calm until help is received. Stress or anxiety may increase breathing difficulty. Sit up, if possible.
- Avoid direct contact with other people. Practice physical distancing by staying 6 feet away from others.
- Wear a cloth face covering over your mouth and nose, when possible. Masks can be made from a bandana, scarf or t-shirt.







07/22/2020

To: Staff 1

**Your COVID-19 test result is Negative.**

If you feel well and do not have a fever or cough, you may go about your normal activity abiding by your state and local health department recommendation in regards to 'Stay at Home' or 'Shelter in Place' orders. There are times when a second test is needed. Contact your primary health care provider or local Public Health Department if you have a question about re-testing.

**Regardless of your result, it is still important for you to take the following actions for care at home:**

- Wash hands thoroughly and frequently with soap and water for at least 20 seconds. If soap and water are not readily available, use an alcohol based hand sanitizer that contains at least 60% alcohol. Avoid touching eyes, nose, and mouth with unwashed hands.
- To cough or sneeze, cover mouth and nose with a tissue and immediately dispose of it. If no tissue is available, cough/sneeze into the inside of elbow, not hands. Wash hands thoroughly with soap and water immediately following.
- Avoid sharing eating utensils, towels, linens, clothes or other items. Wash items thoroughly with soap and water.
- Practice physical distancing. This includes avoiding crowded public places where close contact with others may occur. Maintain distance of 6 feet (2 meters) from others, when possible. Avoid contact with people who are sick.
- Use household detergent and water to clean frequently touched surfaces such as tabletops, light switches, handles, phones, keyboards, toilets, faucets, and doorknobs. Dirty surfaces should be cleaned, then disinfected using common household disinfectant.

If you have additional questions please contact your primary provider. It has been our great privilege in assisting you in your healthcare.





07/23/2020

To: Staff 1

**Your COVID-19 test result is Negative.**

If you feel well and do not have a fever or cough, you may go about your normal activity abiding by your state and local health department recommendation in regards to 'Stay at Home' or 'Shelter in Place' orders. There are times when a second test is needed. Contact your primary health care provider or local Public Health Department if you have a question about re-testing.

**Regardless of your result, it is still important for you to take the following actions for care at home:**

- Wash hands thoroughly and frequently with soap and water for at least 20 seconds. If soap and water are not readily available, use an alcohol based hand sanitizer that contains at least 60% alcohol. Avoid touching eyes, nose, and mouth with unwashed hands.
- To cough or sneeze, cover mouth and nose with a tissue and immediately dispose of it. If no tissue is available, cough/sneeze into the inside of elbow, not hands. Wash hands thoroughly with soap and water immediately following.
- Avoid sharing eating utensils, towels, linens, clothes or other items. Wash items thoroughly with soap and water.
- Practice physical distancing. This includes avoiding crowded public places where close contact with others may occur. Maintain distance of 6 feet (2 meters) from others, when possible. Avoid contact with people who are sick.
- Use household detergent and water to clean frequently touched surfaces such as tabletops, light switches, handles, phones, keyboards, toilets, faucets, and doorknobs. Dirty surfaces should be cleaned, then disinfected using common household disinfectant.

If you have additional questions please contact your primary provider. It has been our great privilege in assisting you in your healthcare.

## [redacted] - Fwd: Previous Staff Positive

**From:** [redacted]
**To:** [redacted]
**Date:** 7/31/2020 11:33 AM
**Subject:** Fwd: Previous Staff Positive
**Attachments:** Staff 1 Covid Results

---

>>> [redacted] 7/31/2020 8:14 AM >>>
Name: Staff 1
Department: [redacted]
Last day at Work: 07/08/2020
First Symptoms: 07/08/2020
Test Date: 07/11/2020 POSITIVE 07/22/2020 NEGATIVE 07/23/2020 NEGATIVE
Test Confirmed Date: 07/11/2020
On/Returning from TDY in past 14 days: No
If Yes, Name of Institution where TDYed: No

>>> [redacted] 6/23/2020 10:20 AM >>>
Confirmed positive and now recovered.

We did not have this individual in our database as positive.
Please provide the following information:
Name:
Department:
Last day at Work:
First Symptoms:
Test Date:
Test Confirmed Date:
On/Returning from TDY in past 14 days:
If Yes, Name of Institution where TDYed:

[redacted]

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

>>> [redacted] 6/23/2020 10:15 AM >>>
Please [redacted] for the positive staff member at FCC Terre Haute. He is now considered recovered.

[redacted]