UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN,[1] in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex,<br><br>Defendants. | No. 2:20-cv-630-JMS-DLP |

**PLAINTIFFS' MOTION FOR EXPEDITED BRIEFING
ON THEIR SECOND MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7-1, plaintiffs Patrick R. Smith and Brandon S. Holm ("Plaintiffs") move for expedited briefing on their second motion for preliminary injunction. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed their original motion for preliminary injunction on November 30, 2020, seeking relief with respect to executions that were scheduled for December 10 and 11, 2020 and January 12, 14, and 15, 2021. The Court ordered expedited briefing on the motion.

2. On December 8, 2020, the Court issued an order denying Plaintiffs' motion for preliminary injunction and noted, among other things, that it was "unfortunately hamstrung by the limited information the government chose to disclose" in response to Plaintiffs' motion. [Dkt. 37 at 11].

---

[1] Substituted for former Attorney General William P. Barr pursuant to Fed. R. Civ. P. 25(d).

150571450.1

3. Plaintiffs worked to gather additional facts and information to address the concerns raised by the Court in its preliminary injunction ruling.

3. Plaintiffs sought, and the Court ordered, limited, expedited discovery from Defendants relevant to the issues raised in Plaintiffs' complaint and motion for preliminary injunction. Defendants were ordered to produce responses to Plaintiffs' discovery requests by December 15, 2020. [Dkts. 40, 45].

5. Defendants produced discovery responses to Plaintiffs on December 15, 2020. Unfortunately, Defendants' responses were incomplete.

6. On the evening of December 16, 2020, counsel for Plaintiffs sent an email to counsel for Plaintiffs, seeking to meet and confer regarding Defendants' discovery responses.

7. Counsel for Defendants indicated that she would be available to speak on December 18, 2020.

8. On December 17, 2020, counsel for Plaintiffs sent counsel for Defendants a detailed letter explaining Plaintiffs' concerns regarding Defendants' discovery responses. On Friday, December 18, 2020, counsel for Plaintiffs and Defendants discussed these concerns in a call, and counsel for Defendants indicated that she would follow up on some of Plaintiffs' concerns and maintained Defendants' objections on other points. Counsel for Plaintiffs followed up with counsel for Defendants by letter following the call.

9. On Monday, December 21, 2020, counsel for Plaintiffs requested a Local Rule 37-1 telephone conference to discuss the discovery issues with the Magistrate Judge.

10. The parties participated in a telephonic discovery conference with the Magistrate Judge on the morning of December 22 and mid-day on December 22.

11. Defendants provided supplemental discovery responses to Plaintiffs on December 21 and 22, 2020. Late in the afternoon on December 22, counsel for Defendants also indicated that Defendants would not provide a complete response to Plaintiffs' Interrogatory No. 1, because "in order to provide reliable responsive information, the BOP would need to interview the 70+ employees who have assisted in any way in the executions, which would be unduly burdensome."

12. In addition to seeking expedited discovery from Defendants following the Court's Order on their initial preliminary injunction motion, Plaintiffs reached out to Nina Fefferman, Ph.D., a professor at the University of Tennessee, Knoxville and a researcher in infectious diseases and pandemic preparedness. Among other things, Dr. Fefferman has modeled the COVID-19 outbreak, with specific attention to the risks of spread from and within carceral facilities and the corresponding implications for community healthcare resources.

13. Plaintiffs prepared and filed their second motion for preliminary injunction promptly after receiving discovery responses from Defendants and obtaining additional scientific evidence in support of their motion.

14. Executions are scheduled for January 12, 14, and 15 at FCC Terre Haute. Plaintiffs respectfully request an expedited briefing schedule on their second motion for preliminary injunction to allow for a decision by the Court in advance of the next scheduled execution date.

9. Plaintiffs propose the following schedule:

| | |
|---|---|
| Plaintiffs' Second Motion for Preliminary Injunction: | December 28, 2020 |
| Defendants' Opposition: | January 4, 2021 |
| Plaintiffs' Reply: | January 6, 2021 |

Wherefore, Plaintiffs respectfully request that the Court grant their request for expedited briefing.

Dated: December 28, 2020

Respectfully submitted,

/s/ *Robert A. Burgoyne*
John R. Maley
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 231-7464 (direct)
John.maley@btlaw.com

Robert A. Burgoyne, *pro hac vice*
Caroline M. Mew, *pro hac vice*
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005-3960
Telephone: (202) 654-1767
rburgoyne@perkinscoie.com
cmew@perkinscoie.com

Sarah Howland, *pro hac vice*
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, N.Y. 10036-2711
Telephone: (212) 262-6900
showland@perkins.coie.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

*/s/ Robert A. Burgoyne*
Robert A. Burgoyne

- 5 -
150571450.1