**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-cv-00630-JMS-DLP |
| ) | |
| JEFFREY A. ROSEN , et al, ) | |
| ) | |
| Defendants. ) | |

SECOND DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994. I am also involved in functions related to the BOP's role in effectuating executions.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or information acquired by me through the performance of my official duties. This declaration supplements the December 7, 2020 declaration (ECF No. 33-2) I provided in this matter.

3. I am aware that Plaintiffs in this matter seek a preliminary injunction that postpones all executions at FCC Terre Haute until Defendants can demonstrate that the executions do not create a substantial risk that Plaintiffs and other inmates will contract COVID-19. (ECF No. 48).

4. In my December 7, 2020 declaration (ECF No. 33-2), I provided the number of BOP execution team members who took tests, and the number who tested positive for COVID-19 after the execution in November 2020.

5. Similar to the practice for the November execution, after the executions in December 2020,

      a number of execution team members were tested for COVID-19 at FCC Terre Haute. Specifically, three team members were tested, and all three were negative. Zero team members have reported a positive COVID-19 test since the executions in December 2020.

6. For the executions in December 2020, team members were required to wear N-95 respirator masks. Team members will again be required to wear N-95 respirator masks for the executions scheduled in January 2021. Additionally, they are subject to temperature checks and COVID-19 screening upon entering FCC Terre Haute. They have been educated regarding the importance of staying home if they are feeling ill, and are required to self-report any COVID-19 exposure (known or suspected) as well as any positive COVID-19 test. If a team member tests positive for COVID-19, he or she is required to stay home in compliance with current CDC guidelines.

7. Furthermore, BOP has begun providing COVID-19 vaccinations to staff members. Of the execution team, eleven members have received the first dose of the COVID-19 vaccination. Additional team members may receive it as it becomes available.

8. I am aware that Plaintiffs propose requiring execution team members to quarantine for 14 days after arriving in Terre Haute. Such a requirement is not feasible as the execution team is comprised of BOP staff members from various locations. Several days in advance of an execution, these staff members are, by necessity, removed from their normal duties, which include a wide range of correctional and administrative positions within the BOP. A 14 day quarantine would require the execution team to be removed from their normal duties an additional 14 days in advance and to remain in quarantine, unable to work. This would hamper staffing, productivity, and security at the home institutions of the team members, in addition to being financially very costly to the BOP (for example, requiring payment for lodging and meals and paying other staff overtime to cover quarantined staff duties at their home institutions).

9. I am aware that Plaintiffs allege "Defendants appear to place a greater priority on protecting the anonymity of individuals who serve on Execution Teams than they place on protecting the health of FCC Terre Haute staff members or others who came in contact with infectious Execution Team members, or the health of anyone with whom those individuals subsequently interact, including inmates throughout FCC Terre Haute."

10. The BOP has invested a tremendous amount of time, effort, and resources into protecting the health and safety of its staff members and inmates. *See* https://www.bop.gov/coronavirus/ for listing of modified operations, mass testing, screening staff, limiting movement, and transferring thousands of inmates to home confinement. *See also* Declaration of T.J. Watson (ECF No. 28-1) ("Watson Dec.") for practices at FCC Terre Haute.

11. The BOP also places great importance in the confidentiality of its execution team members. Individuals on the execution team are employed in a sensitive occupation. Many of them perform work within a prison environment and are responsible for the safety and security of the institution, their colleagues, inmates, and the public. Disclosing their roles as execution team members could subject them to threats and harassment from inmates, members of the public, and others. Courts have recognized that the work of these staff members renders them vulnerable to harassment, threats or attack. *See Roane v. Gonzales*, No. 1:05-cv-02337 (RWR/DAR) (D.D.C. Feb. 23, 2007) at ECF No. 30-1 (Privacy Act Protective Order prohibiting, as "contrary to law and the public interest," the release even to the plaintiffs of identifying information concerning anyone "involved in past executions" or "expected to be involved" in future executions).

12. Accordingly, the identities of execution team members are kept confidential to the greatest extent possible, from inmates, the public, and even from other BOP staff members.

13. Therefore, while the BOP generally conducts contact tracing when a staff member tests

      positive for COVID-19, doing so is not always possible for members of the execution team, given their unique mission and the paramount need for confidentiality. Contact tracing would either provide the identities of team members, or information that would lead to the identities of team members, to individuals who would otherwise not have access to this information, and who could threaten the safety of the team member.

14. Although the BOP cannot always conduct contact tracing on execution team members, the execution team has very little significant interaction with staff from FCC Terre Haute, and numerous precautions are taken to mitigate any potential risks of COVID-19 transmission. *See* Watson Declaration, ECF No. 28-1. For the executions in January, all team members will be required to wear N-95 respirator masks while at FCC Terre Haute, although they will be allowed to remove them while outdoors and not around other people.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this  4th  day of January, 2021.

*Richard M. Winter*

                Rick Winter
                Federal Bureau of Prisons