1 We also know, of course, that Mr. Nur tested positive. And we
2 have seen the general numbers after the most recent execution,
3 showing a significant spike with 264 inmates or staff currently
4 positive at the facility.
5     There was a suggestion we don't represent anybody
6 other than these two inmates; and that, the only thing to
7 consider here is whether or not those two inmates face a risk.
8 We are, of course, pursuing the lawsuit as a class action, Your
9 Honor. Obviously, the Court hasn't had an opportunity to take
10 up any of that, but we are providing on behalf of these two
11 named Plaintiffs who happen to live in a building where there
12 are currently 180 positive cases are in a facility, as well as
13 other inmates within the prison.
14     We don't represent the general public or members of
15 the Terre Haute community, but obviously the public has an
16 interest in preventing the spread of COVID. And the public
17 interest is a relevant factor in the context of a preliminary
18 injunction motion.
19     They say, well, we would have the same legal argument
20 if they brought in a contracting crew or something else. That
21 is true. They decided to hold a conference, a prison
22 conference at FCC Terre Haute, and there was the same risk that
23 that activity would lead to increased exposure for our clients
24 and other inmates, then yes, we would have the identical Eighth
25 Amendment claim.