UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:20-cv-00630-JMS-DLP |
| | ) |
| WILLIAM P. BARR, et al. | ) |
| | ) |
| Defendants. | ) |

**Order Directing Plaintiffs to Address 18 U.S.C. § 3626(a)(2)**

The plaintiffs have moved for preliminary injunction barring the defendants from carrying out executions at FCC Terre Haute without implementing a series of new procedures. Because the plaintiffs seek preliminary injunctive relief with respect to prison conditions, any such relief "must be narrowly drawn, extend no further than necessary to correct the harm the court finds requires preliminary relief, and be the least intrusive means necessary to correct that harm." 18 U.S.C. § 3626(a)(2).

The defendants do not expressly rely on 18 U.S.C. § 3626(a)(2), but they argue no relief is necessary because there is no constitutional harm that requires correction. It follows from this argument that, according to the defendants, no form of injunctive relief would satisfy 18 U.S.C. § 3626(a)(2).

The plaintiffs are directed to address in their reply whether the relief they request satisfies the requirements of 18 U.S.C. § 3626(a)(2) and, if not, to propose relief that does satisfy them.

**IT IS SO ORDERED.**

Date: 1/5/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov