UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH, <br> BRANDON S. HOLM, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, <br> MICHAEL CARVAJAL, <br> T.J. WATSON, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:20-cv-00630-JMS-DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Order Granting Preliminary Injunction**

The Court concluded in an order issued on this date that plaintiffs Patrick R. Smith and Brandon S. Holm have demonstrated that they are entitled to a preliminary injunction. The defendants are enjoined from carrying out any future executions in the next 60 days without implementing the following policies:

1. The defendants will enforce mask requirements for all staff participants in the executions.

2. The defendants will maintain contact logs for all FCC Terre Haute staff members involved in any execution who have close contact—within 6 feet for a total of 15 minutes over the course of a 24-hour period—with any other person during execution preparation, during an execution, or during the post-execution process.

3. For 14 days following any such close contact, the defendants will require the impacted FCC Terre Haute staff member to produce a negative COVID-19 result using one of the complex's rapid testing machines each day before beginning ordinary duties that involve interaction with FCC inmates.

4. The defendants will ensure that thorough contract tracing is conducted for any such FCC staff member who tests positive for COVID-19 during this 14-day period.

**IT IS SO ORDERED.**

January 7, 2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov