UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex,<br><br>  Defendants. | No. 2:20-cv-630-JMS-DLP |

**PLAINTIFFS' EMERGENCY MOTION FOR
PRE- AND POST-EXECUTION COMPLIANCE REPORTS**

On January 7, 2021, the Court partially granted Plaintiffs' second motion for preliminary injunction, finding that Plaintiffs "have made a strong showing that they face an unconstitutional health risk if they defendants carry out scheduled executions without significant modifications to their COVID-19 prevention measures." Order Granting in Part and Denying in Part Plaintiffs' Second Motion for Preliminary Injunction (Dkt. 55), at 1 ("PI Decision"). The Court enjoined Defendants from carrying out any executions in the next 60 days without implementing a series of additional safety measures, including mask requirements, contact logs, testing, and contact tracing. Order Granting Preliminary Injunction (Dkt. 56), at 1-2 ("Order").

Plaintiffs appreciate the Court's recognition of the safety concerns and hope that the required measures will help protect all inmates at FCC Terre Haute (as well prison staff and

- 2 -

individuals outside the prison).  It is not clear, however, how Defendants' compliance with the Court's Order will be implemented and confirmed.

Because Defendants apparently intend to proceed with the executions scheduled for January 12, 14, and 15, *see* www.bop.gov/resources/federal_executions_info.jsp, Plaintiffs respectfully request that the Court order Defendants to file a compliance report by no later than 8 p.m. on January 11, 2021, outlining the steps they have taken and will take to implement the Court's Order, supported by a sworn declaration from Warden Watson or another appropriate government representative.  It is important to review Defendants' actions in advance of any further executions, given the Defendants' prior inconsistent implementation of COVID-19 safety precautions and inaccurate disclosures regarding those precautions.  *See* PI Decision at 11.

Plaintiffs also request that, if any executions are held within the next sixty (60) days, Defendants be directed to file a first compliance report within twenty-four (24) hours and a second compliance report within fifteen (15) days after any such execution is held, supported in each instance by a sworn declaration from a government representative, listing all steps taken to comply with the Court's Order for each execution and providing supporting documentation of those steps.

150940325.1

- 3 -

Wherefore, Plaintiffs respectfully request that the Court order Defendants to file compliance reports in advance of and after any further executions conducted in the next sixty (60) days, as set forth above.

Dated:  January 10, 2021    Respectfully submitted,

/s/ *Robert A. Burgoyne*
John R. Maley
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana  46204-3535
Telephone:  (317) 231-7464 (direct)
John.maley@btlaw.com

Robert A. Burgoyne, *pro hac vice*
Caroline M. Mew, *pro hac vice*
Perkins Coie LLP
700 13th St. NW, Suite 800
Washington, DC 20005-3960
Telephone:  (202) 654-1767
rburgoyne@perkinscoie.com
cmew@perkinscoie.com

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2021, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

*/s/ Robert A. Burgoyne*
Robert A. Burgoyne
