UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PATRICK R. SMITH, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00630-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting in Part and Denying in Part Plaintiffs' Emergency Motion
for Pre- and Post-Execution Compliance Reports**

On January 7, 2021, the Court granted in part the plaintiffs' second motion for preliminary injunction and issued a preliminary injunction directing the defendants to impose additional safety precautions for any execution carried out at FCC Terre Haute in the next 60 days. Neither party has filed a notice of appeal. The plaintiffs have now moved for an additional order directing the defendants to create and file compliance reports before and after any such executions.

In furtherance of the Court's interest in enforcing its preliminary injunction, and due to previously expressed concerns about the defendants' forthrightness, *see* dkt. 55 at 11, the plaintiffs' motion, dkt. [57], is **granted in part and denied in part**. Within 15 days of each execution carried out at FCC Terre Haute, the defendants shall each file with the Court a sworn affidavit or declaration under penalty of perjury attesting that they have complied with the Court's preliminary injunction. Any other requested relief is **denied**. Nothing in this entry prevents the Court from taking additional enforcement action, should it learn its injunction is not being followed.

**IT IS SO ORDERED.**

Date: 1/11/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov