# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex, <br><br> Defendants. | No. 2:20-cv-630- JMS-DLP |

## DECLARATION OF JENNIFER DAVIS

I, Jennifer Davis, declare as follows:

1. I am an investigator with the Federal Public Defender's Office for the Western District of Washington, where I have been employed since April of 1987.

2. I was part of Brandon Bernard's legal team, who was executed by the federal government on December 10th, 2020, and have been closely monitoring the media regarding the federal executions since they started in July, 2020.

3. George Hale, a journalist with Indiana Public Media, attended several of the executions. He attended the execution of Corey Johnson on January 14, 2021, held at USP Terre Haute. A true and accurate copy of his Twitter posts regarding the events he witnessed at Mr. Johnson's execution are attached to my declaration.

1

4.      Mr. Hale observed that one executioner in the death chamber did not wear a mask at any point during the execution. In fact, this prison official did not appear to have a mask on his person.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  15 January 2021                              By:  _____
                                                                                    Jennifer Davis