# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

|  |  |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex,<br><br>    Defendants. | No. 2:20-cv-630-JMS-DLP |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHOW CAUSE

This matter is before the Court on Patrick R. Smith and Brandon S. Holm ("Plaintiffs") motion for Defendants to show cause why they should not be held in contempt for violating this Court's Order of January 7, 2021 (Dkt. 56) ("Order"), for the execution of Mr. Dustin Higgs on January 15, 2021 to be enjoined pending a ruling by the Court on the show-cause motion, and/or for other relief. For good cause shown, the motion is GRANTED.

It is hereby ORDERED that (1) Defendants shall show cause why they should not be held in contempt for violating this Court's Order to enforce mask requirements for all personnel participating in executions held this week at FCC Terre Haute; (2) Defendants are enjoined from proceeding with the execution of Dustin Higgs or any other individuals at FCC Terre Haute pending a ruling by the Court on the show-cause motion; and (3) Defendants are enjoined from

151044064.1

- 2 -

allowing the two executioners described in the Declaration of William Breeden from participating in any additional executions pending further order of the Court.

SO ORDERED:

Dated: January 15, 2021

                                                                         _____
                                                                         Hon. Jane Magnus-Stinson, Chief Judge
                                                                          United States District Court
                                                                          Southern District of Indiana

- 3 -

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Caroline M Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP
jmaley@btlaw.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE
Lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE
Jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
Shelese.woods@usdoj.gov