UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:20-cv-00630-JMS-DLP ) |
| WILLIAM P. BARR, et al. | ) ) |
| Defendants. | ) |

**Order Directing Defendants Michael Carvajal and T.J. Watson to Show Cause**

This Court entered an order on January 11, 2021, enjoining the defendants from carrying out executions without taking certain safety precautions to minimize the risk of spreading COVID-19 to the plaintiffs. Dkt. 56. The first precaution listed is, "The defendants will enforce mask requirements for all staff participating in the executions." *Id.* at 1.

The plaintiffs have presented evidence that personnel in the execution chamber did not comply with mask requirements. Dkts. 61-1, 62-2, 62-3. They have also filed a motion seeking an order directing the defendants to show cause why they should not be held in contempt for violating the Court's injunction. Dkt. 61.

The plaintiffs' motion, dkt. [61], is **granted** to the extent that defendants T.J. Watson and Michael Carvajal shall have **until 7:00 p.m. Eastern on January 15, 2021, to show cause why they should not be held in contempt** for violating the injunction. The response must be personally verified by each of these defendants.

**IT IS SO ORDERED.**

Date: 1/15/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov