# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JEFFREY A. ROSEN, et al, ) <br> ) <br> Defendants. ) | No. 2:20-cv-00630-JMS-DLP |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994. I am also involved in functions related to the BOP's role in effectuating executions.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. I am aware that witnesses provided a declarations regarding the execution of Cory Johnson in the above referenced lawsuit. Specifically Mr. William Breeden, Johnson's Minister of Record (MOR), claims government officials inside the execution facility were not wearing masks. (ECF No. 61-3). Additionally, Ms. Jennifer Davis, an investigator at the Public Defender's Office, cites Twitter posts by a member of the media stating that one official did not have a mask on. (ECF No. 61-1 and 61-2).

4. I witnessed the execution on January 14, 2021, from a room adjacent to the execution room. I could see the entirety of the execution process through a large window which was not covered at any point. The audio from the execution room was broadcast to the room I was

in throughout the entire process.

5. In his declaration, Mr. Breeden claims that when he was taken into the execution room to administer last rites to Mr. Johnson, two prison officials in the room were not wearing masks. (ECF No. 61-3 at 2). From the context of the statement, it appears he is referring to the United States Marshals' representative, and the BOP's government official in the execution room.

6. I observed both the United States Marshals' representative, and the BOP's government official throughout the execution process, including the time when Mr. Breeden was taken into the execution room to administer last rites. I saw both the United States Marshals' representative, and the BOP's government official to be wearing masks up until the point in the execution process when the curtains were raised for witnesses to be able to view the proceeding.

7. When the curtains raised, the BOP official removed his mask as he needed to communicate clearly to the U.S. Marshals' representative and to the witnesses in the various witness rooms. Specifically, the BOP official asked Mr. Johnson if he wished to make a last statement, read his sentencing information aloud, and asked the U.S. Marshals' representative to check for impediments to the execution.

8. The U.S. Marshals' representative then removed his mask and asked, via the phone inside the execution room, whether there were impediments to proceed. He communicated the response to the BOP official that there were no impediments to proceed. He then placed his mask back on.

9. The BOP Official then made a radio communication and put his own mask back on. He kept his mask on for the remainder of the proceeding.

10. Given the critical importance of these communications, both individuals removed their masks for a brief periods of time so that they could clearly communicate. Additionally,

      both were spaced more than six feet away from each other and Mr. Breeden during the execution proceeding.

11.     I am also aware that Mr. Breeden claims that when the execution began, Mr. Johnson said his hands and mouth were burning. (ECF No. 61-3 at 2). I was closely listening to the audio feed at this time, and did not hear Mr. Johnson say these words, nor give any indication that he was experiencing pain. I have confirmed with the BOP official and the other witnesses in the government room, that no one else heard nor saw Mr. Johnson give any indication that he was in pain.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this <u>15th</u> day of January, 2021.

*Richard M. Winter*

Rick Winter
Federal Bureau of Prisons