# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

|  |  |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, in his official capacity as the Acting Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T. J. WATSON, in his official capacity as Complex Warden for the Terre Haute Federal Correctional Complex,<br><br>    Defendants. | No. 2:20-cv-630-JMS-DLP |

## REPLY BRIEF IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION REQUIRING DEFENDANTS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION ORDER

With the same cavalier attitude they have exhibited throughout this litigation, Defendants do not dispute that executioners in the room with Corey Johnson failed to fully comply with the Court's preliminary injunction Order. Instead, they blame the Court for not being clearer in its preliminary injunction Order, and Plaintiffs for not seeking clarification of that Order. Defendants' Response to Court's Order to Show Cause at 1. They submit two declarations that say nothing beyond, "my understanding is consistent with what Mr. Winter says in his declaration," from Mr. Watson and Carvajal, and a declaration from Mr. Winter (an attorney for the BOP) that is flatly contradicted by Mr. Breeden's declaration (just as his earlier declaration in this litigation was flatly contradicted by the sworn testimony of Orlando Hall's spiritual advisor

about his experience in the death chamber).  Unlike Mr. Breeden, Mr. Winter was not in the execution chamber.

Defendants suggest that the violations of the Court's Order were brief and necessary to their ability to carry on the executions.  Apart from being contradicted as a factual matter regarding how long the violation lasted, there is no reason those two individuals could not perform their jobs wearing masks -- as thousands of people do every day.

At some point, Defendants need to be held accountable for their actions.  They cannot continue to hide behind a purported need to perform prison-related functions without interference while ignoring an unambiguous Order from this Court and Plaintiffs' rights under the Eighth Amendment to the Constitution.  As Plaintiffs feared, they apparently had no real intention of complying with the Court's injunction, despite assuring the Court they would comply with the injunction and expressing no confusion about what was expected of them or suggesting that there might be instances where they need to vary from the directive.

Plaintiffs therefore renew their request that the Court take one of the following actions:

1. Barring any future executions at FCC Terre Haute in light of Defendants' non-compliance with the Court's preliminary injunction, pending a ruling by the Court on this show-cause motion; and/or

2. Entering an order precluding the executioners who violated the Court's mask requirement from participating in the execution scheduled for January 15, 2021 and any other executions in the next 60 days.

Dated: January 15, 2021              Respectfully submitted,

                                     /s/ *Robert A. Burgoyne* _____

                                     John R. Maley
                                     Barnes & Thornburg LLP
                                     11 South Meridian Street
                                     Indianapolis, Indiana  46204-3535
                                     Telephone:  (317) 231-7464 (direct)
                                     John.maley@btlaw.com

- 3 -

        Robert A. Burgoyne, *pro hac vice*
        Caroline M. Mew, *pro hac vice*
        Perkins Coie LLP
        700 13th St. NW, Suite 800
        Washington, DC 20005-3960
        Telephone:  (202) 654-1767
        rburgoyne@perkinscoie.com
        cmew@perkinscoie.com

        Sarah Howland, *pro hac vice*
        Perkins Coie LLP
        1155 Avenue of the Americas, 22nd Floor
        New York, N.Y. 10036-2711
        Telephone:  (212) 262-6900
        showland@perkins.coie.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on January 15, 2021, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

        Respectfully submitted,

        */s/ Robert A. Burgoyne*
        Robert A. Burgoyne