UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-cv-00630-JMS-DLP |
| ) | |
| WILLIAM P. BARR, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Denying in Part Plaintiffs' Motion for Finding of Contempt**

This Court entered an order on January 11, 2021, enjoining the defendants from carrying out executions without taking certain safety precautions to minimize the risk of spreading COVID-19 to the plaintiffs. Dkt. 56. The first precaution listed is, "The defendants will enforce mask requirements for all staff participating in the executions." *Id.* at 1.

The plaintiffs have presented evidence that personnel in the execution chamber did not comply with mask requirements. Dkts. 61-1, 62-2, 62-3. They have also filed a motion seeking an order directing the defendants to show cause why they should not be held in contempt for violating the Court's injunction. Dkt. 61.

The defendants have presented evidence that the personnel who removed their masks did so (1) briefly and (2) to ensure clear communication at particular key moments of the execution process. *See* dkt. 63-1, ¶¶ 6−10 (Rick Winter Declaration Jan. 15, 2021).

There is conflicting evidence about the amount of time the relevant officials were unmasked in the execution chamber. Moreover, the Court recognizes the need for clear communication at certain crucial points in the execution process. The plaintiffs' motion, dkt. [61], is therefore **denied in part**. The Court shall not stay executions pending a ruling on the motion to

show cause. Nor shall the Court prohibit the officials who removed their masks during the execution on January 14, 2021, from participating in the execution on January 15, 2021.

However, the defendants **shall ensure** that these two officials shall not have close contact with any FCC Terre Haute personnel, beginning immediately and for the remainder of the officials' time at FCC Terre Haute in January 2021. "Close contact" shall be defined as "being within 6 feet of a person for a cumulative total of 15 minutes or more over a 24-hour period." The defendants shall certify compliance with this requirement in accordance with the terms in the Court's order dated January 11, 2021.

The Court may set a hearing for additional factfinding in a future order.

**IT IS SO ORDERED.**

Date: 1/15/2021

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov