UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and<br>BRANDON S. HOLM, individually and<br>on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>JEFFREY ROSEN in his official<br>capacity as the Acting Attorney General of<br>the United States, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Cause No. 2:20-cv-00630-JMS-DLP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME**

The Defendants, by counsel, and pursuant to S.D. Ind. L.R. 6-1, hereby notify the court that the time for filing their Answer or other responsive pleading to the Plaintiffs' Complaint is automatically extended for twenty-eight days, to and including February 22, 2021. The Complaint was served on the United States Attorney's Office on November 25, 2020, making any Answer or other responsive pleading due on or before January 25, 2021. This deadline has not been previously extended. The extension does not interfere with a Case Management Plan, scheduled hearing or trial, or other deadlines set by Court Order.

The Defendants advise the Court that counsel for the Defendants contacted counsel for the Plaintiffs via an email message regarding this notice, and counsel for the Plaintiffs has no objection to the extension of time.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney


By: *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Brigham J. Bowen
Assistant Director

Lisa A. Olson
Jordan L. Von Bokern
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20001
(202) 305-7919
Lisa.olson@usdoj.gov
Jordan.L.Von.Bokern2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*s/ Shelese Woods*
Shelese Woods
Assistant U.S. Attorney
