UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PATRICK R. SMITH and BRANDON S. HOLM, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY ROSEN in his official capacity as the Acting Attorney General of the United States, *et al.*, <br><br> Defendants. | Cause No. 2:20-cv-00630-JMS-DLP |

**DEFENDANTS' NOTICE OF COMPLIANCE**

The Defendants in their official capacities, respectfully notify the Court that they have complied with the Court's Order dated January 7, 2021 (ECF No. 56), the Court's Order dated January 11, 2021 (ECF No. 60), and the Court's Order dated January 15, 2021 (ECF No. 65) with respect to the execution of Lisa Montgomery.

In support thereof, the Defendants tender the Declarations of T.J. Watson, Complex Warden, Federal Correctional Complex, Terre Haute, Indiana, and Michael Carvajal, Director of the Bureau of Prisons.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Brigham J. Bowen
Assistant Director

Lisa A. Olson
Jordan L. Von Bokern
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20001
(202) 305-7919
Lisa.olson@usdoj.gov
Jordan.L.Von.Bokern2@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*s/ Shelese Woods*
Shelese Woods
Assistant U.S. Attorney
