IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF INDIANA
TERRE HAUTE DIVISION

PATRICK R. SMITH and BRANDON S. HOLM, )
)
        Plaintiffs, )
)
v. ) No. 2:20-cv-00630-JMS-DLP
)
JEFFREY ROSEN, et al, )
)
        Defendants. )

### Declaration of M.D. Carvajal

I, M.D. Carvajal, declare the following:

1. I am currently employed as Director of the Federal Bureau of Prisons (BOP). I have held this position since February 25, 2020. My business office is located at the BOP Central Office in Washington, D.C.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, and on the basis of information acquired by me through the performance of my official duties.

3. This declaration is in response to the Court's Order dated January 11, 2021. (ECF No. 60), which states that "within 15 days of each execution carried out at FCC Terre Haute, the defendants shall each file with the Court a sworn affidavit or declaration under penalty of perjury attesting that they have complied with the Court's preliminary injunction."

4. I am aware of the Court's Order Granting Preliminary Injunction dated January 7, 2021 (ECF No. 56), stating that defendants are enjoined from carrying out any future executions in the next 60 days without implementing the following policies:

- The defendants will enforce mask requirements for all staff participants in the executions.

- The defendants will maintain contact logs for all FCC Terre Haute staff members involved in any execution who have close contact—within 6 feet for a total of 15 minutes over the course of a 24-hour period—with any other person during execution preparation, during an execution, or during the post-execution process.

- For 14 days following any such close contact, the defendants will require the impacted FCC Terre Haute staff member to produce a negative COVID-19 result using one of the complex's rapid testing machines each day before beginning ordinary duties that involve interaction with FCC inmates.

- The defendants will ensure that thorough contract tracing is conducted for any such FCC staff member who tests positive for COVID-19 during this 14-day period.

5. I am also aware of the Court's Order Denying in Part Plaintiffs' Motion for Finding of Contempt (ECF No. 65) requiring that the two officials who removed their masks during the execution on January 14, 2021, "shall not have close contact with any FCC Terre Haute personnel, beginning immediately and for the remainder of the officials' time at FCC Terre Haute in January 2021."

6. As Director, I am not involved in the day-to-day operations at FCC Terre Haute. Rather, oversight of the day-to-day operations at the institution is a function of the Complex Warden at FCC Terre Haute and those employees to whom he may have delegated these duties. However, I have been advised that since the issuance of the above referenced orders (ECF Nos. 56, 65), the BOP has complied with their requirements.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 27th day of January, 2021.

_____
M.D. Carvajal
Director
Federal Bureau of Prisons