UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PATRICK R. SMITH, | ) | |
| BRANDON S. HOLM, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00630-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, | ) | |
| MICHAEL CARVAJAL, | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE DORIS L. PRYOR**

This matter is set for a telephone status conference on February 5, 2021 at 3:00 p.m. (Eastern). The purpose of the conference is to discuss case status. Counsel shall attend the conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 2/2/2021

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email