UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| PATRICK R. SMITH, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00630-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Without Prejudice Plaintiffs' Motion to Require Supplemental Report**

The plaintiffs filed this civil rights action alleging that the defendants, by conducting executions during a pandemic, showed deliberate indifference to their health and safety.

On January 7, 2021, the Court granted in part the plaintiffs' motion for preliminary injunction and prohibited the defendants from carrying out executions without taking certain precautions. Dkts. 55 and 56. On January 11, 2021, the Court directed the defendants to file sworn affidavits or declarations following each execution attesting to their compliance with the preliminary injunction. Dkt. 60.

The defendants filed declarations on January 27 and January 29, 2021. Dkts. 67−69. The plaintiffs filed a purported response to those declarations, dkt. 74, asking for a Court order directing the defendants to file a supplemental report documenting their compliance with the preliminary injunction. The Court construes this response as a motion for the Court to order a supplemental report, and that motion, dkt. [74], is **denied without prejudice**. The plaintiffs have not shown that the discovery process is inadequate for them to obtain the information they seek. If, after discovery, the plaintiffs wish to challenge the defendants' declarations as inadequate, this Order does not prevent them from doing so.

**IT IS SO ORDERED.**

February 19, 2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Robert A. Burgoyne
PERKINS COIE LLP
rburgoyne@perkinscoie.com

Sarah Howland
PERKINS COIE LLP
showland@perkinscoie.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Caroline M. Mew
PERKINS COIE LLP
cmew@perkinscoie.com

Lisa A. Olson
U.S. DEPARTMENT OF JUSTICE (Washington DC)
lisa.olson@usdoj.gov

Jordan L. Von Bokern
U.S. DEPARTMENT OF JUSTICE (Washington DC)
jordan.l.von.bokern2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov